Casey R. Fronk (Illinois Bar No. 6296535)
Michael E. Welsh (Massachusetts Bar No. 693537)
Cheryl M. Mori (Utah Bar No. 8887)
Attorneys for Plaintiff
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, UT  84101
Tel: (801) 524-5796
fronkc@sec.gov
moric@sec.gov

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>　　　　Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>　　　　Relief Defendants. | **MOTION FOR ENTRY OF CONSENT JUDGMENTS**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

Plaintiff the Securities and Exchange Commission (the "SEC") moves for entry of consent judgments as to Defendants The Estate of Stephen Romney Swensen and Crew Capital Group, LLC; and Relief Defendants Wendy Swensen, Wingman, LLC, and Swensen Capital, LLC (herein, the "Consenting Defendants"). In support of this motion, the SEC states as follows:

1. The SEC and the Consenting Defendants have reached agreements to partially settle the SEC's claims as to those defendants via entry of the attached Consent Judgments.

2. The Consenting Defendants have executed Consents to the proposed Consent Judgments. Those Consents are attached hereto as Exhibits 1–5.

3. The proposed Judgments to which the Consenting Defendants have consented are attached hereto as Exhibits 6–10.

4. Entry of the proposed judgments will resolve the SEC's claims as to injunctive relief as to the Consenting Defendants, leaving only the SEC's claims for monetary relief as to those defendants. Pursuant to the proposed judgments, the SEC may request, and the Court may award, such monetary relief upon further motion.

Accordingly, the SEC respectfully requests that the Court grant this Motion and enter the proposed Consent Judgments as to Defendants The Estate of Stephen Romney Swensen and Crew Capital Group, LLC; and Relief Defendants Wendy Swensen, Wingman, LLC, and Swensen Capital, LLC.

Dated: September 8, 2023

/s/ *Casey R. Fronk*
Casey R. Fronk

*Counsel for Plaintiff SEC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2023, I caused a true and correct copy of the foregoing document to be served via CM/ECF on the following:

Thomas A. Brady
Katherine E. Pepin
Keith M. Woodwell
**CLYDE SNOW & SESSIONS**
One Utah Center
201 S Main St. Suite 2200
Salt Lake City, UT 84111-2216
tab@clydesnow.com
kep@clydesnow.com
kmw@clydesnow.com

*Counsel for Defendants the Estate of Stephen Romney Swensen and Crew Capital Group, LLC and Relief Defendants Wendy Swensen, WS Family IP, LLC, Wingman LLC, and Swensen Capital, LLC*

Raymond N. Malouf
**MALOUF LAW OFFICES**
150 E 200 N-D
Logan, UT 84321
malouflaw150@gmail.com

*Counsel for Relief Defendant Saria Rodriguez*

                                              /s/ *Casey R. Fronk*
                                              Casey R. Fronk