IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>　　Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>　　Relief Defendants. | **ORDER GRANTING MOTION FOR ORDER AUTHORIZING RECEIVER TO EMPLOY ACCOUNTANTS**<br><br>Case No. 1:22-cv-00135-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

　　Now before the court is Receiver Chad S. Pehrson's Motion for Order Authorizing Receiver to Employ Accountants.[1]  For good cause shown, the Motion is GRANTED and the Receiver may engage the proposed accounting firm.

　　SO ORDERED this 20th day of October, 2023.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 52.