# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>Relief Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF CASE SCHEDULE**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

This matter comes before the Court on the Stipulated Motion for Extension of Case Schedule ("Stipulated Motion") filed by Plaintiff Securities and Exchange Commission and Defendants The Estate of Stephen Romney Swensen and Crew Capital Group, LLC; and Relief Defendants WS Family IP, LLC; Wingman, LLC; Swensen Capital, LLC; Wendy Swensen; and Saria Rodriguez. The Court, having considered the Stipulated Motion, and being duly advised in the premises and, good cause appearing, the Motion is GRANTED (ECF No. 75) and the Court hereby enters the following amended case schedule:

**\*Deadline for filing dispositive or potentially dispositive motions**:  **5/15/24**

**\*Deadline for filing a request for a scheduling order with the district judge for purposes of setting a trial date if no dispositive motions are filed:**  **5/22/24**

**\*At the time of argument on motions for summary judgment, the court will discuss the scheduling of trial. Counsel should come to the hearing prepared to discuss possible trial dates. If the schedule set forth herein is not extended, the parties can generally expect that trial will be set sometime during the 1st quarter of 2025.**

DATED:     February 15, 2024.

BY THE COURT:

Dustin B. Pead
United States Magistrate Judge

1