IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>  Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>  Relief Defendants. | **ORDER GRANTING FIRST INTERIM FEE APPLICATION**<br><br>Case No. 1:22-cv-00135-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

Now before the court is Receiver Chad S. Pehrson's First Interim Fee Application.[1] The Fee Application seeks the court's approval for expenses incurred by Receiver's counsel, Kunzler Bean & Adamson (KB&A), and the Receiver's experts at Sage Forensic Accounting, from the appointment of the Receiver through December 31, 2023. Receiver requests authorization to pay all allowed fees and expenses from funds of the Receivership Estate. Based on the Fee Application and accompanying exhibits, and for good cause shown, the Fee Application is

---

[1] Dkt. 87.

GRANTED.[2]  Receiver is authorized to pay from the Receivership Estate the following fees and expenses incurred:

- Payment to KB&A in the amount of $59,817.60 for fees and $603.92 for out-of-pocket expenses.
- Payment to Sage Forensic Accounting in the amount of $1,599.79 for fees.

SO ORDERED this 16th day of July 2024.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[2] *Id.*