**KB&A**

**CHAD S. PEHRSON**
cpehrson@kba.law

Salt Lake: 801.939.3698    San Diego: 619-371-5511

VIA EMAIL

Domains By Proxy, LLC
100 S. Mill Ave., Suite 1600
Tempe, Arizona 85281

October 31, 2024
RE: Wingman.com Domain Ownership

To Whom It May Concern:

  This correspondence is in regard to a domain to which you are the registrar, namely wingman.com. I am the court appointed receiver in the matter SEC v. The Estate of Stephen Romney Swensen, a case pending in the United States District Court for the District of Utah. (see Exhibit A, Order Appointing Receiver).

  It is my understanding that wingman.com was owned by Stephen Swensen, who had listed his address as 1148 W Legacy Crossing Blvd, Suite 300, Centerville, Utah, 84014, and had used the email heyswensen@gmail.com in registering the domain. I also understand that in registering the domain, Mr. Swensen chose to keep ownership private by using Domains By Proxy, LLC. I understand that inquiries could be sent to wingman.com@domainstbyproxy.com which would then forward emails to sswensen@gmail.com.

  Prior to my appointment as Receiver in the aforementioned lawsuit, Mr. Swensen passed away in June 2022. Since his passing, neither of the email accounts associated with the wingman.com domain name has been accessible. I understand that on or around November 12, 2020, one of Mr. Swensen's business associates, Ronald Gibb, transferred the wingman.com domain into his own GoDaddy account.

  There is confusion as to the current owner of the domain name as it is currently in Mr. Gibb's account but lists Mr. Swensen as the contact person and has all emails forwarded to Mr. Swensen's accounts. Could you please advise me on who the current owner of this domain is? Thank you for your assistance.

Sincerely,

**KUNZLER BEAN & ADAMSON**

/s/ Chad S. Pehrson
CHAD S. PEHRSON