**From:** Courtdisputes@godaddy.com <Courtdisputes@godaddy.com>
**Sent:** Tuesday, November 12, 2024 3:33 PM
**To:** Chad Pehrson <cpehrson@kba.law>; Jeremy Adamson <jadamson@kba.law>; Bud Todd <btodd@kba.law>
**Cc:** Courtdisputes@godaddy.com
**Subject:** RE: correspondence re wingman.com

- EXTERNAL EMAIL -
Hello,

Thank you for your email.

To the extent you seek to initiate the transfer of or otherwise secure access to the domain referenced in the correspondence below, you will need to provide a court order that (1) specifically identifies the domain registration(s) at issue; and (2) specifically directs GoDaddy to take a specific action with regard to the domain registration(s) at issue.

Once you are able to provide a court order meeting these requirements, you will also need to advise our team of the specific GoDaddy account into which the domain registration(s) should be deposited by identifying the GoDaddy customer account number; for security purposes, this information does not need to be included in the court order.  Please be advised that GoDaddy cannot transfer the domains directly into a third-party registrar account.

We understand that the requirements set forth above may require you to seek a new court order; unfortunately, we must insist that we receive such an order prior to effectuating the requested transfer.

Regards,
Court Disputes



**From:** Chad Pehrson <cpehrson@kba.law>
**Sent:** Friday, November 1, 2024 8:04 AM
**To:** Legal <legal@godaddy.com>; support@godaddy.com; accountservices@domainsbyproxy.com
**Cc:** Jeremy Adamson <jadamson@kba.law>; Bud Todd <btodd@kba.law>
**Subject:** correspondence re wingman.com

> You don't often get email from cpehrson@kba.law. Learn why this is important
>
> Caution: This email is from an external sender. Please do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspicious emails to isitbad@.

Dear Godaddy and DomainsbyProxy:

As explained in more detail in the attached legal correspondence, I was recently appointed Receiver over entities that own the domain name wingman.com, as to which Godaddy is the registrar.

We would greatly appreciate a prompt reply to the attached letter.

Best,



CHAD S. PEHRSON
Partner

Salt Lake: 801.939.3698    San Diego: 619-371-5511

"Perfection is achieved, not when there is nothing more to add, but when there is nothing left to take away." Antoine de Saint-Exupéry, *Airman's Odyssey*