IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>Relief Defendants. | **ORDER GRANTING RECEIVER CHAD PEHRSONS' MOTION DIRECTING GODADDY.COM TO GRANT RECEIVER SECURE ACCESS TO WINGMAN.COM**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Judge: Hon. Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

THE COURT, having considered Chad S. Pehrson, the Court-Appointed Receiver's (the "**Receiver**") Motion Requesting Court Order Directing GoDaddy.com to Grant Receiver Secure Access to Wingman.com (the "**Motion**"), and finding good cause therefor:

IT IS HEREBY ORDERED that the Motion is GRANTED. GoDaddy.com is required to grant the Receiver secure access to, and control of, wingman.com.

SO ORDERED.

DATED: _____, 2024.

_____
Dustin B. Pead
*United States Magistrate Judge*