IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>Relief Defendants. | **ORDER GRANTING RECEIVER CHAD PEHRSON'S MOTION DIRECTING GODADDY.COM TO GRANT RECEIVER SECURE ACCESS TO WINGMAN.COM**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

THE COURT, having considered Chad S. Pehrson, the Court-Appointed Receiver's (the "**Receiver**") Motion Requesting Court Order Directing GoDaddy.com to Grant Receiver Secure Access to Wingman.com (the "**Motion**"), and finding good cause therefor:

IT IS HEREBY ORDERED that the Motion[1] is GRANTED. GoDaddy.com is required to grant the Receiver secure access to, and control of, wingman.com.

SO ORDERED this 9th day of December 2024.

---

[1] Dkt. 110, *Receiver Chad Pehrsons' Motion Requesting Court Order Directing GoDaddy.com to Grant Receiver Secure Access to Wingman.com*.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge