# EXHIBIT A



Exhibit A

50 W. Broadway, 10th Floor, Salt Lake City, UT 84101
**Swensen Receivership - 8675.1, Time Entries and Expenses 4-1-24 through 6-30-24**

| Date | User | Activity Class | Description | Quantity | Rate | Discounted Rate | Total |
|---|---|---|---|---|---|---|---|
| 4/1/2024 | | Expense | Vendor fee for Service of Subpoena on Google #1206040124-609058 | 1 | 115 | n/a | 115 |
| 4/2/2024 | Jeremy Adamson | Service | Attention to emails regarding Wendy's tax returns (0.2). | 0.2 | 545 | 436 | 87.2 |
| 4/8/2024 | Chad Pehrson | Service | Correspondence with Jeremy Adamson re investor inquiry (0.2). | 0.2 | 495 | 396 | 79.2 |
| 4/10/2024 | Bryan Todd | Service | Continue to review documents contained in Stephen Swensen's hard drive (4.4). | 4.4 | 300 | 240 | 1056 |
| 4/10/2024 | Jeremy Adamson | Service | Calls with RQN regarding claims against Bank of Utah (0.6). | 0.6 | 545 | 436 | 261.6 |
| 4/10/2024 | Bryan Todd | Service | Call with counsel from Ray Quinney and Nebeker to discuss Bank of Utah litigation (0.6). | 0.6 | 300 | 240 | 144 |
| 4/10/2024 | Chad Pehrson | Service | Correspondence with investors (0.2); Prepare for and attend Meeting re Bank of Utah claims (0.5). | 0.7 | 495 | 396 | 277.2 |
| 4/11/2024 | Andrea Coats | Service | Update pleading templates with new parties (0.2). | 0.2 | 195 | 156 | 31.2 |
| 4/12/2024 | Jeremy Adamson | Service | Email SEC regarding update on potential claims against third party (0.1). | 0.1 | 545 | 436 | 43.6 |
| 4/12/2024 | Chad Pehrson | Service | Attention to emails re Jake Cazier (0.3) | 0.3 | 495 | 396 | 118.8 |
| 4/15/2024 | Jeremy Adamson | Service | Emails regarding hearing on investor's objection to notice of stay (0.2). | 0.2 | 545 | 436 | 87.2 |
| 4/16/2024 | Bryan Todd | Service | Continue review of documents produced in response to Google subpoena (0.3). | 0.3 | 300 | 240 | 72 |
| 4/16/2024 | Chad Pehrson | Service | Review Bucket Bliss documents (2.5); Evaluate financials (0.3); Begin communication with valuation expert (0.2); Draft investor questionnaire (1.5); Correspondence with investors (0.2); Communications with accountants (0.2). | 4.9 | 495 | 396 | 1940.4 |
| 4/17/2024 | Bryan Todd | Service | Continue review of documents on Stephen Swensen's hard drive (4.8). | 4.8 | 300 | 240 | 1152 |
| 4/22/2024 | Chad Pehrson | Service | Emails with Jason Bussey (0.2) | 0.2 | 495 | 396 | 79.2 |
| 4/25/2024 | Jeremy Adamson | Service | Call with RQN re depositions(.5); Call with SEC (1.1). | 1.6 | 545 | 436 | 697.6 |
| 4/25/2024 | Chad Pehrson | Service | Prepare for and attend telephone conference with SEC team (1.0). | 1 | 495 | 396 | 396 |
| 4/25/2024 | Andrea Coats | Service | Organize case files (0.2). | 0.2 | 195 | 156 | 31.2 |
| 4/26/2024 | Chad Pehrson | Service | Prepare for and attend meeting with RQN and J.Adamson re Bank of Utah claims and other matters (0.4). | 0.4 | 495 | 396 | 158.4 |
| 4/29/2024 | Chad Pehrson | Service | Further work re Bucket Bliss valuation including review of bank statements (1.3); Emails with Dustin Gibb (0.2). | 1.5 | 495 | 396 | 594 |
| 4/30/2024 | Bryan Todd | Service | Review and summarize documents relevant to life insurance issues (0.4); Continue to review documents on Stephen Swensen's hard drive (1.0) communicate with counsel for Jake Cazier (0.2). | 1.6 | 300 | 240 | 384 |
| 4/30/2024 | Chad Pehrson | Service | Further work re Bucket Bliss valuation (1.5); Evaluate options in structuring transaction (0.9). | 2.4 | 495 | 396 | 950.4 |
| 5/1/2024 | Chad Pehrson | Service | Attention to correspondence from Troy Hooton (0.1); Conference with Jeremy Adamson re documents and analysis (0.2). | 0.3 | 495 | 396 | 118.8 |
| 5/2/2024 | Jeremy Adamson | Service | Emails about Kimber deposition transcript (.2); Review analysis from CPA re Wendy Swensen tax returns (.2); | 0.4 | 545 | 436 | 174.4 |
| 5/2/2024 | Bryan Todd | Service | Review and summarize documents relevant to life insurance issues (1.5); Prepare summary and analysis of deposition transcript of Jason Kimber (4.7). | 6.2 | 300 | 240 | 1488 |
| 5/2/2024 | Chad Pehrson | Service | Emails with Jeremy Adamson re case administration and review of deposition transcripts (0.2); Attention to subpoenas from SEC (0.2); Communications with SEC re same (0.2); Review discovery materials including Google subpoena materials (2.0). | 2.6 | 495 | 396 | 1029.6 |
| 5/3/2024 | Jeremy Adamson | Service | Emails with Chad and SEC about subpoenas to insurance companies (.2); Call with Joni and Jason at SEC about various issues including schedule and distribution plan (.5); Call with Chad about distribution plan and schedule (.4); | 1.1 | 545 | 436 | 479.6 |
| 5/3/2024 | Chad Pehrson | Service | Communications with experts (0.5); attention to discovery matters (0.5); Work re Bucket Bliss (0.6). | 1.6 | 495 | 396 | 633.6 |
| 5/6/2024 | Jeremy Adamson | Service | Review draft stipulated motion re schedule (.2); emails re same and regarding Wendy Swensen 1099INT (0.2). | 0.4 | 545 | 436 | 174.4 |

| Date | Name | Type | Description | Hours | Rate | Adj Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5/6/2024 | Chad Pehrson | Service | Communications with SEC (0.2); Work re discovery issues (0.6); Attention to stipulation (0.1). | 0.9 | 495 | 396 | 356.4 |
| 5/7/2024 | Bryan Todd | Service | Continue to summarize and analyze Jason Kimber's deposition (4.3); Communicate with Google regarding subpoena response (0.4); Begin reviewing subpoenaed documents (1.0). | 5.7 | 300 | 240 | 1368 |
| 5/7/2024 | Chad Pehrson | Service | Review document produced in response to subpoenas (1.1). | 1.1 | 495 | 396 | 435.6 |
| 5/8/2024 | Bryan Todd | Service | Continue to analyze deposition transcript Jake Cazier and conduct legal research re potential claims (3.3). | 3.3 | 300 | 240 | 792 |
| 5/9/2024 | Bryan Todd | Service | Continue to analyze deposition transcript Jake Cazier and conduct legal research re potential claims (3.2). | 3.2 | 300 | 240 | 768 |
| 5/9/2024 | Chad Pehrson | Service | Analysis re Bucket Bliss valuation and supporting documents (2.0) Emails with Dustin Gibb (0.1); | 2.1 | 495 | 396 | 831.6 |
| 5/10/2024 | Bryan Todd | Service | Continue to analyze deposition transcript Jake Cazier and conduct legal research re potential claims (5.5). | 5.5 | 300 | 240 | 1320 |
| 5/10/2024 | Chad Pehrson | Service | Review Bucket Bliss documentation (0.6); Review documents produced in response to subpoenas (1.2). | 1.8 | 495 | 396 | 712.8 |
| 5/11/2024 | Bryan Todd | Service | Continue to analyze deposition transcript Jake Cazier and conduct legal research re potential claims (2.4). | 2.4 | 300 | 240 | 576 |
| 5/13/2024 | Bryan Todd | Service | Continue review and analysis of subpoenaed documents (7.5). | 7.5 | 300 | 240 | 1800 |
| 5/13/2024 | Jeremy Adamson | Service | Review tracing summary prepared by Sage (.3); Review notice of subpoena to Citibank and BofA (.1); Prepare for and attend call with Sage re distribution analysis and other issues (.8). | 1.2 | 545 | 436 | 523.2 |
| 5/13/2024 | Chad Pehrson | Service | Review and analyze documents produced in response to subpoenas (3.0); Correspondence with Bucket Bliss valuation expert (0.5). | 3.5 | 495 | 396 | 1386 |
| 5/13/2024 | Andrea Coats | Service | Proof finalize serve and file with court receiver's second status report; | 1.2 | 195 | 156 | 187.2 |
| 5/14/2024 | Bryan Todd | Service | Continue to analyze deposition transcript Jake Cazier and conduct legal research re potential claims (6.2). | 6.2 | 300 | 240 | 1488 |
| 5/14/2024 | Jeremy Adamson | Service | Attention to email from counsel for certain investors regarding status of case and receivership (0.2). | 0.2 | 545 | 436 | 87.2 |
| 5/15/2024 | Bryan Todd | Service | Finalize analysis of depositions (1.5). | 1.5 | 300 | 240 | 360 |
| 5/16/2024 | Bryan Todd | Service | Review documents produced in response to subpoenas (6.6). | 6.6 | 300 | 240 | 1584 |
| 5/16/2024 | Jeremy Adamson | Service | Call with SEC and accountants(0.7). | 0.7 | 545 | 436 | 305.2 |
| 5/16/2024 | Mary Mark | Service | Read and respond to emails from C. Pehrson and B. Todd re investors in Capital Crew Group (0.5); Participate in Teams meeting re same (0.5); Review documents produced by SEC to find additional investor information (4.0); Review and compare Tracking Summary of Investors to spreadsheet compiling Investors and contact information obtained through document review (1.5); | 6.5 | 195 | 156 | 1014 |
| 5/16/2024 | Chad Pehrson | Service | Analyze documentation re net losses and investors (0.8); Conferences with expert team (0.3). | 1.1 | 495 | 396 | 435.6 |
| 5/17/2024 | Jeremy Adamson | Service | Email Chad about potential fraudulent conveyance claims (0.5); attention to email from Justin Toth re the same (0.1). | 0.6 | 545 | 436 | 261.6 |
| 5/17/2024 | Keith Saylin | Service | Met with J.Adamson and reviewed case details in preparation for drafting the complaint (0.2). | 0.2 | 195 | 156 | 31.2 |
| 5/17/2024 | Mary Mark | Service | Continue review documents produced by SEC to find additional investor information (4.0); Download investor tax information for 2018 and 2019 (.5); Draft and send email to C. Pehrson and B. Todd re investor tax information for 2015 through 2018 (0.8); | 5.3 | 195 | 156 | 826.8 |
| 5/17/2024 | Chad Pehrson | Service | Work re banking issues (0.7); Attention to emails from counsel (0.2); | 0.9 | 495 | 396 | 356.4 |
| 5/20/2024 | Jeremy Adamson | Service | Review and respond to email from SEC re discovery dispute (0.2). | 0.2 | 545 | 436 | 87.2 |
| 5/20/2024 | Mary Mark | Service | Bates number investor tax information for 2018 and 2019 (0.4); Draft and send email re numbered documents to C. Pehrson and B. Todd (0.1). | 0.5 | 195 | 156 | 78 |
| 5/21/2024 | Jeremy Adamson | Service | Email Derk and Clint about call with SEC (0.1). | 0.1 | 545 | 436 | 43.6 |
| 5/21/2024 | Bryan Todd | Service | Further research into documents relevant to insurance policy proceeds (2.2). | 2.2 | 300 | 240 | 528 |
| 5/22/2024 | Bryan Todd | Service | Further research into documents relevant to insurance policy proceeds (2.0). | 2 | 300 | 240 | 480 |
| 5/22/2024 | Keith Saylin | Service | Review and analyze factual basis of the case including emails cashier checks real estate purchase and construction contracts and potential causes of action in preparation for drafting the complaint (1.5); met with J.Adamson to compile pleading documents relative to the fact section in the complaint (0.2); begin drafting the complaint (0.3) | 2 | 195 | 156 | 312 |
| 5/22/2024 | Jeremy Adamson | Service | Attention to materials for claw-back complaint (.4); review email from Tom Brady about discovery deadlines (.2); review and revise fee application (.4); | 1 | 545 | 436 | 436 |

| Date | Name | Type | Description | Hours | Rate | Adj Rate | Total |
|---|---|---|---|---|---|---|---|
| 5/22/2024 | Chad Pehrson | Service | Continue analyzing documents relating to fraudulent transfers from Receivership Defendants to Wendy Swensen (2.5); Work re Bucket Bliss valuation (0.8). | 3.3 | 495 | 396 | 1306.8 |
| 5/23/2024 | Jeremy Adamson | Service | Call with SEC Receiver and Wendy Swensen's counsel (.5); confer with Receiver regarding clawback complaints (0.3); Prepare for and attend call with SEC Receiver and Sage (0.6) | 1.4 | 545 | 436 | 610.4 |
| 5/23/2024 | Keith Saylin | Service | Review documents to prepare Complaint and continue drafting complaint (1.8). | 1.8 | 195 | 156 | 280.8 |
| 5/23/2024 | Chad Pehrson | Service | Review documents produced in response to subpoenas (0.5); work re accounting issues (0.5); Continue to evaluate clawback targets (0.5); Research re distinctions between regulator disgorgement claims and fraudulent transfer claims (0.6); Work re Bucket Bliss banking and valuation issues (0.1). | 2.2 | 495 | 396 | 871.2 |
| 5/24/2024 | Keith Saylin | Service | Draft clawback complaint and coonduct legal research on avoidance of fraudulent transfers. | 2.2 | 195 | 156 | 343.2 |
| 5/24/2024 | Bryan Todd | Service | Review and analyze subpoenaed documents (1.1). | 1.1 | 300 | 240 | 264 |
| 5/25/2024 | Bryan Todd | Service | Review and analyze subpoenaed documents (3.5). | 3.5 | 300 | 240 | 840 |
| 5/27/2024 | Bryan Todd | Service | Review and analyze subpoenaed documents (6.4). | 6.4 | 300 | 240 | 1536 |
| 5/27/2024 | Keith Saylin | Service | Revise and edit clawback complaint (1.2). | 1.2 | 195 | 156 | 187.2 |
| 5/28/2024 | Keith Saylin | Service | Continue to revise and edit clawback complaint (3.7); Attorney conference with Jeremy Adamson re same (0.2). | 3.9 | 195 | 156 | 608.4 |
| 5/28/2024 | Bryan Todd | Service | Continue to review and analyze subpoenaed documents (1.5). | 1.5 | 300 | 240 | 360 |
| 5/28/2024 | Jeremy Adamson | Service | Conference with K. Saylin about claims for avoidance of fraudulent transfer (0.2). | 0.2 | 545 | 436 | 87.2 |
| 5/28/2024 | Mary Mark | Service | Review documents and update Swensen Crew Capital Receivership website (4.5); Research and analyze life insurance policy information to complete pertinent information in this Excel sheet (1.5). | 6 | 195 | 156 | 936 |
| 5/28/2024 | Chad Pehrson | Service | Continue to analyze accounting documentation re potential clawbacks (1.2). | 1.2 | 495 | 396 | 475.2 |
| 5/29/2024 | Mary Mark | Service | Work re document reviews and updates to Swensen Crew Capital Receivership website (4.0); | 4 | 195 | 156 | 624 |
| 5/30/2024 | Chad Pehrson | Service | Communications re Bucket Bliss. | 0.6 | 495 | 396 | 237.6 |
| 5/31/2024 | Chad Pehrson | Service | Travel to and attend meeting with Chase (1.0); Continue to analyze clawback claims (0.5). | 1.5 | 495 | 396 | 594 |
| 6/1/2024 |  | Expense | Utah Division of Corporations fee for renewal of business entity - swensen capital llc. | 1 | 28 | n/a | 28 |
| 6/3/2024 | Jeremy Adamson | Service | Emails regarding discovery issues (0.3); attention to email re Wendy's tax liability (0.1); call with SEC and Receiver about scheduling issues (0.3). | 0.7 | 545 | 436 | 305.2 |
| 6/3/2024 | Chad Pehrson | Service | Further communications with Chase Bank and work re Chase forms (1.5); Further communications with Dustin Gibb (0.3). | 1.8 | 495 | 396 | 712.8 |
| 6/4/2024 | Jeremy Adamson | Service | Call with Receiver and RQN re various issues (0.5). | 0.5 | 545 | 436 | 218 |
| 6/4/2024 | Chad Pehrson | Service | Review documents relevant to potential clawback claims (1.5). | 1.5 | 495 | 396 | 594 |
| 6/5/2024 | Chad Pehrson | Service | Communications with Chase Bank (0.3) | 0.3 | 495 | 396 | 118.8 |
| 6/6/2024 | Jeremy Adamson | Service | Review objection to notice of stay (0.1). | 0.1 | 545 | 436 | 43.6 |
| 6/6/2024 | Chad Pehrson | Service | Review documentation re potential clawback actions (1.5); Prepare correspondence to investors (0.8); Continue to analyze Bucket Bliss valuation (0.2). | 2.5 | 495 | 396 | 990 |
| 6/7/2024 | Jeremy Adamson | Service | Review investor questionnaire (0.1). | 0.1 | 545 | 436 | 43.6 |
| 6/7/2024 | Andrea Coats | Service | Download pleadings filed in case against Bank of America (0.2); Organize case file (0.1). | 0.3 | 195 | 156 | 46.8 |
| 6/7/2024 | Chad Pehrson | Service | Review and edit draft clawback Complaint and research re same (2.2); Review BOU action filings (0.9). | 3.1 | 495 | 396 | 1227.6 |
| 6/7/2024 | Mary Mark | Service | Read and respond to email from C. Pehrson re updating Crew Capital Investor List (0.3); Update list draft and send email to C. Pehrson re same (1.7); | 2 | 300 | 240 | 480 |
| 6/10/2024 | Jeremy Adamson | Service | Prepare for and and attend hearing in LaBonty case re notice of stay (0.5). | 0.5 | 545 | 436 | 218 |
| 6/10/2024 | Chad Pehrson | Service | Work re banking issues (0.8); Review documents relevant to clawback complaints (0.4). | 1.2 | 495 | 396 | 475.2 |
| 6/11/2024 | Jeremy Adamson | Service | Review and revise proposed order re stay of state court litigation (0.2). | 0.2 | 545 | 436 | 87.2 |
| 6/11/2024 | Chad Pehrson | Service | Review documents relevant to clawback complaints (1.0); Attention to SEC emails (0.2). | 1.2 | 495 | 396 | 475.2 |
| 6/12/2024 | Bryan Todd | Service | Continue review of documents on Stephen Swensen's hard drive (3.5). | 3.5 | 300 | 240 | 840 |
| 6/13/2024 | Bryan Todd | Service | Review documents produced in response to subpoenas (1.6). | 1.6 | 300 | 240 | 384 |
| 6/13/2024 | Chad Pehrson | Service | Telephone conference with Gibbs (0.2); Continue review of documents relevant to clawback complaints (1.9). | 2.1 | 495 | 396 | 831.6 |
| 6/14/2024 | Jeremy Adamson | Service | Call with Jason B. regarding various issues (0.3); Continue to potential litigation (0.6). | 0.9 | 545 | 436 | 392.4 |
| 6/14/2024 | Chad Pehrson | Service | Review documents re clawback complaints (0.5); banking communications (0.7). | 1.2 | 495 | 396 | 475.2 |

| Date | Name | Type | Description | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 6/17/2024 | Chad Pehrson | Service | Attention to emails from Tom Brady (0.1); continued document review re clawback complaints (0.2). | 0.3 | 495 | 396 | 118.8 |
| 6/21/2024 | Jeremy Adamson | Service | Call with Sage about tracing analysis (0.2); email SEC re the same (0.1); | 0.3 | 545 | 436 | 130.8 |
| 6/21/2024 | Chad Pehrson | Service | Review documents relevant to clawback Complaints (1.5); research and analyze Receiver claims (0.6). | 2.1 | 495 | 396 | 831.6 |
| 6/24/2024 | Keith Saylin | Service | Meeting with C.Pehrson and B.Todd (0.2); Begin analysis of key facts and supporting evidence with regard to each clawback individual (0.9). | 1.1 | 195 | 156 | 171.6 |
| 6/24/2024 | Jeremy Adamson | Service | Calls with J. Bussey and Chad re various issues (0.5). | 0.5 | 545 | 436 | 218 |
| 6/24/2024 | Bryan Todd | Service | Call and research re claw back targets (1.0). | 1 | 300 | 240 | 240 |
| 6/24/2024 | Chad Pehrson | Service | Telephone conferences with Jason Bussey (0.5); Continue to research and analyze clawback complaints (1.0) | 1.5 | 495 | 396 | 594 |
| 6/25/2024 | Keith Saylin | Service | Continue analysis of facts and evidence re clawback complaints (3.2). | 3.2 | 195 | 156 | 499.2 |
| 6/26/2024 | Keith Saylin | Service | Meeting with B.Todd re factual basis for clawback individuals (0.2); review documents and analyze potential evidence for clawback complaints (4.8) | 5 | 195 | 156 | 780 |
| 6/26/2024 | Bryan Todd | Service | Analyze evidence supporting clawback complaints (3.0). | 3 | 300 | 240 | 720 |
| 6/26/2024 | Jeremy Adamson | Service | Review and revise notices of stay (0.2) | 0.2 | 545 | 436 | 87.2 |
| 6/26/2024 | Andrea Coats | Service | Research Howell and Gordon cases re notices of stay (0.3); draft notice of order of receiver and stay in both cases (0.3). | 0.6 | 195 | 156 | 93.6 |
| 6/27/2024 | Keith Saylin | Service | Continue reviewing documents to identify relevant facts re potential clawback individuals (3.4). | 3.4 | 195 | 156 | 530.4 |
| 6/27/2024 | Bryan Todd | Service | Review documents for further analysis of clawback complaints (0.5). | 0.5 | 300 | 240 | 120 |
| 6/27/2024 | Andrea Coats | Service | Gordon & Howell cases - Finalize and file notices of order re Stay (0.4). | 0.4 | 195 | 156 | 62.4 |
| 6/28/2024 | Keith Saylin | Service | Finalized drafts of analyses re clawback targets (1.1). | 1.1 | 195 | 156 | 171.6 |
| | | | | | | Total: | $57,144.60 |