# EXHIBIT B



**Sage**

FORENSIC ACCOUNTING

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400 • Facsimile 801.328.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

June 30, 2024

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:** 22423

In Reference To: *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/3/2024 | DP | Download and file items for CWD | 0.55 | 27.50 |
|  | CWD | Update tasks for AFCU tracing; review house document production; prepare additional requests | 1.32 | 362.08 |
| 6/4/2024 | THJ | Tracing and reconciling AFCU accounts | 1.17 | 116.67 |
|  | THJ | Tracing and reconciling AFCU accounts | 0.92 | 91.67 |
|  | DP | Download and file items for CWD | 0.50 | 25.00 |
|  | CWD | Review updated insurance production; task with THJ | 0.58 | 160.42 |
| 6/5/2024 | THJ | Tracing and reconciling AFCU accounts | 1.85 | 185.00 |
|  | THJ | Tracing and reconciling AFCU accounts | 1.70 | 170.00 |
|  | THJ | Tracing and reconciling AFCU accounts | 1.87 | 186.67 |
|  | THJ | Tracing and reconciling AFCU accounts | 1.77 | 176.67 |
|  | CWD | Review interest tracing analysis with THJ | 0.35 | 96.25 |



*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*   Page  2

|            |     |                                                                                |  Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------|-------:|-------:|
| 6/6/2024   | THJ | Tracing and reconciling AFCU accounts                                          | 1.35 | 135.00 |
|            | THJ | Tracing and reconciling AFCU accounts                                          | 0.35 | 35.00 |
| 6/7/2024   | THJ | Tracing and reconciling AFCU accounts                                          | 1.62 | 161.67 |
|            | DRO | Handled report deadline issue                                                  | 0.50 | 250.00 |
|            | CWD | Review and edit insurance tracing                                              | 2.22 | 609.58 |
|            | CWD | Review and edit insurance tracing; call with SEC                               | 2.58 | 710.42 |
| 6/10/2024  | THJ | Tracing and reconciling AFCU accounts                                          | 1.13 | 113.33 |
|            | THJ | Tracing and reconciling AFCU accounts                                          | 2.03 | 203.33 |
|            | THJ | Tracing and reconciling AFCU accounts                                          | 1.77 | 176.67 |
|            | DP  | Items for CWD                                                                  | 0.25 | 12.50 |
| 6/11/2024  | THJ | Tracing and reconciling AFCU accounts                                          | 2.02 | 201.67 |
|            | THJ | Tracing and reconciling AFCU accounts                                          | 1.87 | 186.67 |
|            | THJ | Tracing and reconciling AFCU accounts                                          | 1.88 | 188.33 |
|            | THJ | Tracing and reconciling AFCU accounts                                          | 1.78 | 178.33 |
|            | CWD | Update bank and insurance tracing; correspondence with matter experts          | 1.75 | 481.25 |
| 6/12/2024  | THJ | Tracing and reconciling AFCU accounts                                          | 0.72 | 71.67 |
|            | THJ | Tracing and reconciling AFCU accounts                                          | 1.17 | 116.67 |
|            | THJ | Tracing and reconciling AFCU accounts                                          | 2.32 | 231.67 |
|            | THJ | Tracing and reconciling AFCU accounts                                          | 2.23 | 223.33 |
| 6/13/2024  | THJ | Tracing and reconciling AFCU accounts                                          | 1.77 | 176.67 |
|            | THJ | Tracing and reconciling AFCU accounts                                          | 1.88 | 188.33 |



*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*                    Page   3

|            |     |                                              | Hours | Amount   |
|------------|-----|----------------------------------------------|------:|---------:|
| 6/13/2024  | THJ | Tracing and reconciling AFCU accounts        | 1.95  | 195.00   |
|            | THJ | Tracing and reconciling AFCU account         | 1.50  | 150.00   |
| 6/14/2024  | THJ | Tracing and reconciling AFCU account         | 0.62  | 61.67    |
|            | THJ | Tracing and reconciling AFCU account         | 2.47  | 246.67   |
|            | THJ | Tracing and reconciling AFCU account         | 2.20  | 220.00   |
|            | THJ | Tracing and reconciling AFCU account         | 1.87  | 186.67   |
| 6/17/2024  | THJ | Tracing and reconciling AFCU accounts        | 2.20  | 220.00   |
|            | THJ | Creating and summarizing transaction details | 1.97  | 196.67   |
|            | THJ | Creating and summarizing transaction details | 2.03  | 203.33   |
|            | THJ | Creating and summarizing transaction details | 0.57  | 56.67    |
| 6/21/2024  | CWD | Call with counsel; review notes              | 0.35  | 96.25    |

| | Hours | Amount |
|---|---:|---:|
| For professional services rendered | 63.50 | $8,082.95 |
| Interest on overdue balance |  | $10.30 |
| Total amount of this bill |  | $8,093.25 |

Interest accrues monthly on balance not paid after 30 days.

### Professional Summary

| Name                | Hours | Rate   | Amount     |
|---------------------|------:|-------:|-----------:|
| Clint Davis         | 9.15  | 275.00 | $2,516.25  |
| Danealle Plascencia | 1.30  | 50.00  | $65.00     |
| Of Counsel-DGR      | 0.50  | 500.00 | $250.00    |
| Trevor Jones        | 52.55 | 100.00 | $5,251.70  |



**Sage**

**FORENSIC ACCOUNTING**

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400 • Facsimile 801.328.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

May 31, 2024

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:** 22304

In Reference To:  *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 5/2/2024 | CWD | Review and edit combined tracing | 1.90 | 475.00 |
| 5/6/2024 | CWD | Review and update combined bank summaries; update SEC reconciliation | 0.70 | 175.00 |
|  | CWD | Review and update combined bank summaries; update SEC reconciliation | 3.63 | 908.33 |
|  | CWD | Review and update combined bank summaries; update SEC reconciliation | 1.00 | 250.00 |
| 5/7/2024 | CWD | Update bank record tracing and source and use categorizations | 1.15 | 287.50 |
|  | CWD | Update bank record tracing and source and use categorizations | 1.63 | 408.33 |
| 5/8/2024 | CWD | Update bank record tracing and source and use categorizations; prepare summary schedules | 0.47 | 116.67 |
| 5/9/2024 | CWD | Update bank record tracing and source and use categorizations; prepare summary schedules | 1.50 | 375.00 |
|  | CWD | Update bank record tracing and source and use categorizations; prepare summary schedules | 0.70 | 175.00 |



*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*     Page 2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 5/9/2024 | CWD | Update bank record tracing and source and use categorizations; prepare summary schedules | 1.68 | 420.83 |
|  | CWD | Update bank record tracing and source and use categorizations; prepare summary schedules | 1.73 | 433.33 |
| 5/10/2024 | CWD | Update bank record tracing and source and use categorizations; prepare summary schedules | 0.57 | 141.67 |
|  | CWD | Update bank record tracing and source and use categorizations; prepare summary schedules | 3.30 | 825.00 |
| 5/13/2024 | DRO | Phone call with CWD and phone call with counsel | 0.60 | 300.00 |
|  | CWD | Discuss with DGR; call with counsel | 0.60 | 150.00 |
| 5/16/2024 | DRO | Phone call with counsel and SEC | 0.50 | 250.00 |
|  | CWD | Call with SEC and counsel | 0.67 | 166.67 |
| 5/21/2024 | THJ | Review produced insurance and home records; index and update tracing | 1.02 | 101.67 |
|  | THJ | Review produced and home records; index and update tracing | 2.27 | 226.67 |
|  | THJ | Review produced and home records; index and update tracing | 1.68 | 168.33 |
|  | THJ | Review produced and home records; index and update tracing | 1.80 | 180.00 |
| 5/22/2024 | THJ | Review produced and home records; index and update tracing | 1.30 | 130.00 |
|  | THJ | Review produced and home records; index and update tracing | 3.30 | 330.00 |
|  | THJ | Review produced and home records; index and update tracing | 1.32 | 131.67 |
|  | THJ | Review produced and home records; index and update tracing | 0.88 | 88.33 |
| 5/23/2024 | THJ | Review produced and home records; index and update tracing | 2.02 | 201.67 |
|  | THJ | Review produced and home records; index and update tracing | 1.68 | 168.33 |
|  | THJ | Review produced and home records; index and update tracing | 1.57 | 156.67 |



*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*   Page   3

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 5/23/2024 | THJ | Review produced and home records; index and update tracing | 1.73 | 173.33 |
|  | DRO | Conference call with counsel and SEC | 0.50 | 250.00 |
|  | CWD | Review notes; call with counsel; review prior insurance and house payment tracing; correspondence with SEC | 2.15 | 537.50 |
| 5/24/2024 | THJ | Review produced and home records; index and update tracing | 1.62 | 161.67 |
|  | THJ | Review produced and home records; index and update tracing | 2.08 | 208.33 |
|  | THJ | Review produced and home records; index and update tracing | 1.53 | 153.33 |
| 5/29/2024 | CWD | Access SEC document transfer database | 0.53 | 133.33 |
| 5/30/2024 | DRO | Phone call with SEC counsel | 0.60 | 300.00 |
|  | CWD | Call with counsel | 0.63 | 158.33 |

| | Hours | Amount |
|---|---:|---:|
| For professional services rendered | 52.54 | $9,817.49 |
| Interest on overdue balance |  | $25.13 |
| Total amount of this bill |  | $9,842.62 |

Interest accrues monthly on balance not paid after 30 days.

## Professional Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| CWD | 24.54 | 250.00 | $6,137.49 |
| Of Counsel-DGR | 2.20 | 500.00 | $1,100.00 |
| Trevor Jones | 25.80 | 100.00 | $2,580.00 |



# Sage
## FORENSIC ACCOUNTING

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400 • Facsimile 801.328.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

April 30, 2024

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:**  22186

In Reference To:  *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

|  |  | Hours | Amount |
|---|---|---|---|
| 4/17/2024 CWD | Review investor questionnaire; prepare notes; correspondence with counsel | 0.35 | 87.50 |
|  | For professional services rendered | 0.35 | $87.50 |

Interest accrues monthly on balance not paid after 30 days.

### Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CWD | 0.35 | 250.00 | $87.50 |