# EXHIBIT C

# EXHIBIT C

## Kunzler Bean & Adamson PC Rates

| Biller | Title | 2024 Discounted Rate |
|---|---|---|
| Chad Pehrson | Partner | $396 |
| Jeremy Adamson | Partner | $436 |
| Kurt Reber | Partner | $396 |
| Bryan Todd | Associate | $240 |
| Andrea Coats | Paralegal | $156 |
| Mary Mark | Paralegal | $156 |
| Keith Saylin | Paralegal | $156 |