R. Jeremy Adamson (12818)
**KUNZLER BEAN & ADAMSON, PC**
50 West Broadway, Ste 1000 Salt Lake City Utah 84101
Telephone: (801) 994-4646
jadamson@kba.law

*Attorneys for Receiver*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>    Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>    Relief Defendants. | **ORDER GRANTING THIRD INTERIM FEE APPLICATION**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

Before the Court is the Third Interim Fee Application (the "**Fee Application**") submitted by Chad S. Pehrson in his capacity as the Court-Appointed Receiver for the Receivership Defendants, seeking approval by the Court for the expenses incurred by the Receiver's counsel,

1

KB&A, and the Receiver's experts at Sage Forensic Accounting, for the period of April 1, 2024 through June 30, 2024, and authorization to pay all allowed fees and expenses from funds of the Receivership Estate.

Based on the Fee Application and accompanying exhibits, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Fee Application is GRANTED;

2. The Receiver is hereby authorized to pay the fees and expenses incurred by the Receiver as follows:

    a. KB&A: $57,001.60 for fees and $143.00 for out-of-pocket expenses.

    b. SAGE: $18,023.37 for fees.

**DATED this _____ day of _____ 2024.**

_____