R. Jeremy Adamson (12818)
Taylor J. Hadfield (17224)
KUNZLER BEAN & ADAMSON, PC
50 West Broadway Ste 1000
Salt Lake City Utah 84101
Telephone: (801) 994-4646
jadamson@kba.law
thadfield@kba.law

*Attorneys for Receiver
Chad Pehrson*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>Relief Defendants. | **RECEIVER CHAD PEHRSONS' MOTION FOR ORDER AUTHORIZING RECEIVER TO EMPLOY CVO CPA AND ADVISORS AS FORENSIC ACCOUNTANT**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Judge:  Hon. Robert J. Shelby<br><br>Magistrate Judge:  Dustin B. Pead |

Chad S. Pehrson, the Court-Appointed Receiver (the "**Receiver**") of the Estate of

Stephen Romney Swensen; Crew Capital Group, LLC; Wingman LLC; WS Family IP, LLC; and

Swensen Capital, LLC (collectively, the "**Receivership Defendants**"), hereby requests that the Court authorize him to engage the accounting firm of CVO CPA and Advisors ("**CVO**") to perform accounting and investigate services. In support hereof, the Receiver states as follows:

1. On August 8, 2023, the Court entered the Order Appointing Receiver ("**Receivership Order**") [Docket No. 38]. Paragraph 6(f) of the Receivership Order authorizes the Receiver to employ "accountants" to assist in the administration of the receivership.

2. The Receiver requests by this Motion an Order authorizing him to engage CVO to assist in performing his duties on behalf of the receivership estate.

3. CVO employs highly credentialed consultants. The hourly rates for its consultants and professionals range from $75-$250, depending on experience. Troy Hooton ("**Mr. Hooton**") will be significantly involved with all work performed. Mr. Hooton's CV is attached hereto as **Exhibit A**.

4. The Receiver anticipates cooperating closely with CVO to achieve efficient and effective progress on the tasks assigned under the Receivership Order.

5. CVO understands that its employment and compensation are subject to Court approval, and that its compensation must be allowable under applicable law. CVO also understands that compensation will be overseen by the Court pursuant to the Receivership order, which among other things, requires the filing of fee requests with the Court.

DATED:  December 12, 2024

                                                           **KUNZLER BEAN & ADAMSON, PC**

                                                           */s/Taylor J. Hadfield*
                                                           Taylor J. Hadfield
                                                           R. Jeremy Adamson

                                                           *Attorneys for Receiver*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2024, I caused a true and correct copy of the foregoing document to be served via CM/ECF on all counsel of record in this litigation.

/s/Taylor J. Hadfield