# EXHIBIT A

# Troy Hooton, CPA, MBA
*Curriculum Vitae*

14613 South Juniper View Dr
Herriman, UT 84096
Direct: (801) 673-9510
E-mail: troy@cvoadvisory.com

Mr. Hooton is a Certified Public Accountant and Chief Financial Officer specializing in investment banking, business valuation, tax, litigation support, and consulting. A strategic minded advisor and educator, he has over twenty-five years' experience in senior management, consulting and entrepreneurial enterprises.

Recognized by *Utah Business Magazine* as one of **"Utah's Top 40 under 40" (2007)** and having operated one of Utah's **"Fast 50 Growing Businesses" (2008)**, Mr. Hooton has considerable experience with acquisitions, startups, growth companies, capital formation, successful exits and turnarounds. Bringing real-world experience to the classroom, he served for ten years as an Adjunct Professor at Westminster College teaching graduate level courses in the subjects of mergers and acquisitions, business valuation, corporate finance, and Investments.

*Employment History*

| | |
|---|---|
| 2018 to present | **CVO Advisory / Real Value Accounting**<br>Principal |
| 2018 to present | **Olympia Sales Company**<br>Chief Financial Officer |
| 2015 to 2019 | **Lone Peak Valuation Group**<br>*Principal*<br>**Lone Peak Advisory Group**<br>*Investment Banking*<br>Salt Lake City, Utah |
| 2009 to 2015 | **CASFI / CallAssistant / Strategic Fundraising**<br>*Chief Administrative Officer, Chief Financial Officer, Board Member and Shareholder*<br>Salt Lake City, Utah • St. Paul, Minnesota |
| 2004 to 2014 | **Williamsen Manufacturing / H&K Truck Equipment**<br>*Vice President, COO, and Shareholder*<br>Salt Lake City, Utah |
| 2004 to 2013 | **Westminster College**<br>*Adjunct Professor (MBA) – Mergers and Acquisitions, Business Valuation, and Corporate Finance*<br>Salt Lake City, Utah |

| | |
|---|---|
| 1998 to 2005 | **CPA Advisory / Hooton Management / Mike Steele & Associates** *Founder and Accountant* Salt Lake City, Utah |
| 1992 to 1998 | **Great Basin Companies / Peterbilt of Utah** *Business Manager, Assistant Controller, and Sales Coordinator* Salt Lake City, Utah |

*Education*

**Westminster College**
Salt Lake City, Utah
*MBA, 2001*

**University of Utah**
Salt Lake City, Utah
BS Finance, 1996

*Professional Credentials*

Certified Public Accountant (2004-Present)
Certified Valuation Analyst (2000-2006)

*Professional Memberships/Involvement*

Utah Association of Certified Public Accountants, Business Valuation Committee (2001 - 2004)
Westminster College
    Former Vice-Chair of College Alumni Board
    Former Chair of MBA College Alumni Board
    Founding Member of the Westminster Peer to Peer Mentoring Group
    Mentor -- Alumni Mentoring Program
    Mentor – MBA Capstone Project

*Prior Testimony*

**Elliot Collins v Toyakoi Ventures, LLC**
Testimony
2nd District Court of Utah

**Transfac Capital Inc v. Ashtin Transport LLC**
Testimony
3rd District Court of Utah

**Nicholas & Company v. Ed Carr**
Deposition
3rd District Court of Utah

**Wells Fargo, et al. v. Talisker, et al.**
Deposition
3rd District Court of Utah

**Jenhanco, Inc. [Dollar Car Rental] v. The Hertz Corporation, et al.**
Deposition
United States District Court for the Central District of California

**Noguar, L.C., et al. v. CallAssistant, L.C., et al.**
Testimony and Deposition
3rd District Court of Utah

*Presentations and Publications*

Presentation: "The Good and the Bad of Buying and Selling Businesses," Institute of Management Accountants, Salt Lake City, Utah, May 2015.

Presentation: "M&A Update" University of Utah - Institute of Management Accountants, Salt Lake City, Utah, March 2017.

Presentation on business structuring, tax, valuation and funding, USTAR, Salt Lake City, Utah, May 2017.