IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br> Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br> Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br> Relief Defendants. | **ORDER GRANTING THIRD INTERIM FEE APPLICATION**<br><br>Case No. 1:22-cv-00135-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

 Before the court is Receiver Chad S. Pehrson's Third Interim Fee Application (the Fee Application).[1] The Fee Application seeks the court's approval for expenses incurred by the Receiver's counsel, Kunzler Bean & Adamson (KB&A), and the Receiver's experts at Sage Forensic Accounting, for the period of April 1, 2024 through June 30, 2024. Receiver requests authorization to pay all allowed fees and expenses from funds of the Receivership Estate. Based on the Fee Application and accompanying exhibits, and for good cause shown, the Fee

---

[1] Dkt. 113.

1

Application is GRANTED.[2]  Receiver is authorized to pay from the Receivership Estate the following fees and expenses incurred:

- Payment to KB&A in the amount of $57,001.60 for fees and $143.00 for out-of-pocket expenses.

- Payment to Sage Forensic Accounting in the amount of $18,023.37 for fees.

SO ORDERED this 18th day of December 2024.

BY THE COURT:

ROBERT J. SHELBY
United States Chief District Judge

---

[2] *Id.*