IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>    Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>    Relief Defendants. | **ORDER AUTHORIZING RECEIVER TO EMPLOY CVO CPA AND ADVISORS AS FORENSIC ACCOUNTANT**<br><br>Case No. 1:22-cv-00135-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

    Before the court is Receiver Chad S. Pehrson's Motion for Order Authorizing Receiver to Employ CVO CPA and Advisors as Forensic Accountant (the Motion).[1]  The Motion seeks the court's approval for Receiver to engage the accounting firm of CVO CPA and Advisors (CVO) to assist Receiver in his duties on behalf of the receivership estate by performing accounting and investigative services.  Based on the Motion and accompanying exhibits, and for good cause

---

[1] Dkt. 114.

shown, the Motion is GRANTED.[2]  Receiver is authorized to engage CVO.  The court will oversee CVO's compensation pursuant to the Receivership Order.[3]

SO ORDERED this 18th day of December 2024.

BY THE COURT:

ROBERT J. SHELBY
United States Chief District Judge

---

[2] *Id.*

[3] Dkt. 38.