Jason M. Bussey (California Bar No. 227185)
busseyja@sec.gov
Andrew J. Hefty (California Bar No. 220450)
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

Cheryl M. Mori (Utah Bar No. 8887)
moric@sec.gov
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
Telephone (303) 844-1000
Facsimile: (303) 297-1730

*Attorneys for Plaintiff Securities and Exchange Commission*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | **STATUS REPORT** |
| Plaintiff, | Case No.: 1:22-cv-00135-RJS-DBP |
| v. | Judge: Robert J. Shelby |
| THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company, | Magistrate Judge: Dustin B. Pead |
| Defendants, | |
| WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company, | |
| Relief Defendants. | |

Plaintiff Securities and Exchange Commission ("SEC") submits the following status report:

On November 6, 2024, the parties filed a Stipulated Motion to Modify Scheduling Order in which they informed the Court that the SEC and Ms. Swensen had reached an agreement in principle to settle this action and requested that all pretrial deadlines be vacated as to Ms. Swensen. *See* Dkt. No. 107. The Court granted that relief on November 8, 2024 and ordered the SEC to file, by January 7, 2025, either a Consent to Final Judgment and a Proposed Final Judgment as to Ms. Swensen or a status report. *See* Dkt. 109.

On December 18, 2024, Ms. Swensen signed a Consent to Final Judgment. The proposed settlement is subject to consideration and approval by the Commissioners of the SEC. The SEC expects that process to conclude by March 31, 2025. Accordingly, the SEC will file, by March 31, 2025, either a Consent to Final Judgment and Proposed Final Judgment as to Ms. Swensen or a status report.

Dated: January 7, 2025

*/s/ Jason M. Bussey*
Jason M. Bussey
Andrew J. Hefty
Securities and Exchange Commission
Division of Enforcement
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Tel: (415) 705-8152

*Attorneys for Plaintiff*
*Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2025, I caused a true and correct copy of the foregoing document to be served via CM/ECF on the following:


Thomas A. Brady
Katherine E. Pepin
Keith M. Woodwell
**CLYDE SNOW & SESSIONS**
One Utah Center
201 S Main St., Suite 2200
Salt Lake City, UT 84111-2216
tab@clydesnow.com
kep@clydesnow.com
kmw@clydesnow.com

*Counsel for Relief Defendant Wendy Swensen*

Raymond N. Malouf
**MALOUF LAW OFFICES**
150 E 200 N-D
Logan, UT 84321
malouflaw150@gmail.com

*Counsel for Relief Defendant Saria Rodriguez*

Chad Pehrson
Jeremy Adamson
**KUNZLER BEAN & ADAMSON**
50 W Broadway, Suite 1000
Salt Lake City, UT 84101
cperhson@kba.law
jadamson@kba.law

*Receiver and Counsel for Receiver and Receivership Defendants*


*/s/ Jason M. Bussey*
Jason M. Bussey