Jason M. Bussey (California Bar No. 227185)
busseyja@sec.gov
Andrew J. Hefty (California Bar No. 220450)
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

Cheryl M. Mori (Utah Bar No. 8887)
moric@sec.gov
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
Telephone (303) 844-1000
Facsimile: (303) 297-1730

*Attorneys for Plaintiff Securities and Exchange Commission*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | **STATUS REPORT FOR RECEIVERSHIP DEFENDANTS** |
| Plaintiff, | Case No.: 1:22-cv-00135-RJS-DBP |
| v. | Judge: Robert J. Shelby |
| THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company, | Magistrate Judge: Dustin B. Pead |
| Defendants, | |
| WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company, | |
| Relief Defendants. | |

1

Plaintiff Securities and Exchange Commission ("SEC") submits the following status report:

On November 8, 2024, the Court vacated all pretrial deadlines as to Defendants the Estate of Stephen Romney Swensen and Crew Capital Group, LLC, and Relief Defendants WS Family IP, LLC, Wingman, LLC, and Swensen Capital, LLC ("Receivership Defendants") to permit the Receiver additional time to marshal any assets of the Receivership Defendants. Dkt. No. 109. The Court further ordered that "[t]he SEC shall file by February 4, 2025 a status report to update the Court on the anticipated timeline for resolution of the SEC claims against the Receivership Defendants." *Id.*

On January 30, 2025, the Receiver provided the SEC the following update: "The Receiver continues to seek additional assets belonging to the Receivership estate so that those assets can be distributed to the defrauded investors. The Receiver's recent efforts include the following: (1) continuing to gather information from investors regarding their investments into and returns from Mr. Swensen's scheme to evaluate whether any investors were net "winners" and to ascertain a fair distribution model to propose to the Court; (2) obtaining control of the domain "wingman.com" so that it can be marketed and sold; (3) working to recover investor funds that were donated by Mr. Swensen to a charitable organization; (4) investigating potential claims against a bank the Receiver has reason to believe wrongfully received investor funds in connection with Mr. Swensen's scheme; (5) working toward the sale of a small business owned by the Receivership Estate; and (6) investigating claims against individuals the Receiver has reason to believe received investor funds from Mr. Swensen in connection with his fraudulent scheme."

In light of these ongoing efforts by the Receiver, the SEC will file, by May 5, 2025, a further status report as to the Receivership Defendants.

Dated: February 4, 2025

/s/ Jason M. Bussey
Jason M. Bussey
Andrew J. Hefty
Securities and Exchange Commission
Division of Enforcement
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Tel: (415) 705-8152

*Attorneys for Plaintiff*
*Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2025, I caused a true and correct copy of the foregoing document to be served via CM/ECF on the following:

Thomas A. Brady
Katherine E. Pepin
Keith M. Woodwell
**CLYDE SNOW & SESSIONS**
One Utah Center
201 S Main St., Suite 2200
Salt Lake City, UT 84111-2216
tab@clydesnow.com
kep@clydesnow.com
kmw@clydesnow.com

*Counsel for Relief Defendant Wendy Swensen*

Raymond N. Malouf
**MALOUF LAW OFFICES**
150 E 200 N-D
Logan, UT 84321
maloouflaw150@gmail.com

*Counsel for Relief Defendant Saria Rodriguez*

Chad Pehrson
Jeremy Adamson
**KUNZLER BEAN & ADAMSON**
50 W Broadway, Suite 1000
Salt Lake City, UT 84101
cperhson@kba.law
jadamson@kba.law

*Receiver and Counsel for Receiver and Receivership Defendants*

*/s/ Jason M. Bussey*
Jason M. Bussey