Jason M. Bussey (California Bar No. 227185)
busseyja@sec.gov
Andrew J. Hefty (California Bar No. 220450)
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

Cheryl M. Mori (Utah Bar No. 8887)
moric@sec.gov
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
Telephone (303) 844-1000
Facsimile: (303) 297-1730

*Attorneys for Plaintiff Securities and Exchange Commission*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company, <br><br> Defendants, <br><br> WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company, <br><br> Relief Defendants. | **STIPULATED MOTION TO MODIFY SCHEDULING ORDER** <br><br> Case No.: 1:22-cv-00135-RJS-DBP <br><br> Judge: Robert J. Shelby <br><br> Magistrate Judge: Dustin B. Pead |

Plaintiff Securities and Exchange Commission ("SEC"), Relief Defendant Wendy Swensen ("Ms. Swensen"), Relief Defendant Saria Rodriguez ("Ms. Rodriguez"), and Court-Appointed Receiver Chad Pehrson ("Receiver"; collectively, the "Parties") stipulate as follows:

WHEREAS, on November 6, 2024, the Parties informed the Court that the SEC and Ms. Rodriguez were working to achieve an agreement in principle to settle this action (Dkt. 107);

WHEREAS, on November 8, 2024, the Court continued until February 13, 2025 and February 20, 2025, respectively, the deadlines for the SEC and Ms. Rodriguez to file dispositive and disgorgement motions and to request a scheduling order with the district judge for purposes of setting a trial date (Dkt. 109);

WHEREAS, the SEC and Ms. Rodriguez have since reached an agreement in principle to settle this action as to Ms. Rodriguez;

WHEREAS, on November 6, 2024, the Parties informed the Court that the SEC and Ms. Swensen had achieved an agreement in principle to settle this action (Dkt. 107), and the Court subsequently vacated all pretrial deadlines as to Ms. Swensen and ordered the SEC to file, by January 7, 2025, either a Consent to Final Judgement and a Proposed Final Judgment or a status report (Dkt. 109);

WHEREAS, on January 7, 2025, the SEC filed a Status Report informing the Court that on December 18, 2024, Ms. Swensen had signed a Consent to Final Judgement, which is subject to approval by the Commissioners of the SEC, and stating that the SEC would file, by March 31, 2025, either a Consent to Final Judgment and a Proposed Final Judgment as to Ms. Swensen or a further status report (Dkt. No. 118);

WHEREAS, in the interests of efficiency, the SEC intends to jointly seek Commission approval of the settlements involving Ms. Swensen and Ms. Rodriguez;

WHEREAS, Ms. Rodriguez needs to obtain and provide to counsel for the SEC additional information relating to her financial condition before the Commission may consider the proposed resolution as to her;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that all pretrial deadlines are hereby vacated as to Ms. Rodriguez. The SEC will file, by April 15, 2025: (i) as to Ms. Swensen, either (a) a Consent to Final Judgment and a Proposed Final Judgment or (b) a further status report; and (ii) as to Ms. Rodriguez, either (a) a Consent to Final Judgment and a Proposed Final Judgment or a Stipulation of Dismissal signed by all parties who have appeared, or (b) a further status report.

Dated: February 12, 2025

*/s/ Jason M. Bussey*
Jason M. Bussey
Andrew J. Hefty
Securities and Exchange Commission
Division of Enforcement
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Tel: (415) 705-8152

*Attorney for Plaintiff*
*Securities and Exchange Commission*

/s/ *Jeremy Adamson*[1]
Jeremy Adamson

*Counsel for Receiver Chad Pehrson and the Receivership Defendants*

/s/ *Thomas A. Brady*[2]
Thomas A. Brady

*Counsel for Relief Defendant Wendy Swensen*

/s/ *Raymond Malouf*[3]
Raymond Malouf

*Counsel for Relief Defendant Saria Rodriguez*

---

[1] By Jason Bussey with permission from Jeremy Adamson.

[2] By Jason Bussey with permission from Thomas Brady.

[3] By Jason Bussey with permission from Raymond Malouf.

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2025, I caused a true and correct copy of the foregoing document to be served via CM/ECF on the following:

Thomas A. Brady
Katherine E. Pepin
Keith M. Woodwell
**CLYDE SNOW & SESSIONS**
One Utah Center
201 S Main St., Suite 2200
Salt Lake City, UT 84111-2216
tab@clydesnow.com
kep@clydesnow.com
kmw@clydesnow.com

*Counsel for Relief Defendant Wendy Swensen*

Raymond N. Malouf
**MALOUF LAW OFFICES**
150 E 200 N-D
Logan, UT 84321
malouflaw150@gmail.com

*Counsel for Relief Defendant Saria Rodriguez*

Chad Pehrson
Jeremy Adamson
**KUNZLER BEAN & ADAMSON**
50 W Broadway, Suite 1000
Salt Lake City, UT 84101
cperhson@kba.law
jadamson@kba.law

*Receiver and Counsel for Receiver and Receivership Defendants*

*/s/ Jason M. Bussey*
Jason M. Bussey
