Jason M. Bussey (California Bar No. 227185)
busseyja@sec.gov
Andrew J. Hefty (California Bar No. 220450)
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

Cheryl M. Mori (Utah Bar No. 8887)
moric@sec.gov
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
Telephone (303) 844-1000
Facsimile: (303) 297-1730

*Attorneys for Plaintiff Securities and Exchange Commission*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>　　　　Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>　　　　Relief Defendants. | **[PROPOSED] ORDER MODIFYING SCHEDULING ORDER**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

1

Based upon the Stipulated Motion to Modify Scheduling Order by Plaintiff Securities and Exchange Commission ("SEC"), Relief Defendant Wendy Swensen ("Ms. Swensen"), Relief Defendant Saria Rodriguez ("Ms. Rodriguez"), and the Court-Appointed Receiver Chad Pehrson ("Receiver"), and good cause appearing therefore, IT IS HEREBY ORDERED:

1. All pretrial deadlines, including the February 13, 2025 deadline for filing dispositive and disgorgement motions, and the February 20, 2025 deadline for filing a request for a scheduling order with the district judge for purposes of setting a trial date, are hereby vacated as to Ms. Rodriguez.

2. By April 15, 2025, the SEC will file: (i) as to Ms. Swensen, either (a) a Consent to Final Judgment and a Proposed Final Judgment or (b) a further status report; and (ii) as to Ms. Rodriguez, either (a) a Consent to Final Judgment and a Proposed Final Judgment or a Stipulation of Dismissal signed by all parties who have appeared, or (b) a further status report.

DATED: February \_\_\_\_, 2025

                                                          BY THE COURT:


                                                          ROBERT J. SHELBY
                                                          United States Chief District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2025, I caused a true and correct copy of the foregoing document to be served via CM/ECF on the following:

Thomas A. Brady
Katherine E. Pepin
Keith M. Woodwell
**CLYDE SNOW & SESSIONS**
One Utah Center
201 S Main St. Suite 2200
Salt Lake City, UT 84111-2216
tab@clydesnow.com
kep@clydesnow.com
kmw@clydesnow.com

*Counsel for Relief Defendant Wendy Swensen*

Raymond N. Malouf
**MALOUF LAW OFFICES**
150 E 200 N-D
Logan, UT 84321
malouflaw150@gmail.com

*Counsel for Relief Defendant Saria Rodriguez*

Chad Pehrson
Jeremy Adamson
**KUNZLER BEAN & ADAMSON**
50 W Broadway, Suite 1000
Salt Lake City, UT 84101
cperhson@kba.law
jadamson@kba.law

*Receiver and Counsel for Receiver and Receivership Defendants*

                                                  */s/ Jason M. Bussey*
                                                  Jason M. Bussey