R. JEREMY ADAMSON (UTAH SBN 12818)
**BUCHALTER, A Professional Corporation**
60 E. South Temple Street, Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 401-8625
Email: jadamson@buchalter.com

*Attorneys for Receiver,*
Chad S. Pehrson

# UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>Defendants.<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>Relief Defendants. | **NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

R. Jeremy Adamson, counsel for Receiver, Chad S. Pehrson, hereby notifies the Court and counsel of record that his address and contact information have changed. Effective immediately all future pleadings, documents, correspondence, notices, and other papers should be sent to the following:

1

R. Jeremy Adamson

**BUCHALTER, A Professional Corporation**

60 E. South Temple Street, Suite 1200

Salt Lake City, UT 84111

Telephone:  (801) 401-8625

Email:  jadamson@buchalter.com

DATED this 4th day of March 2025.

BUCHALTER, A Professional Corporation

By    */s/ R. Jeremy Adamson*
          R. JEREMY ADAMSON
          *Attorneys for Receiver,*
          Chad S. Pehrson

**NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION**

BN 87447555v1