R. Jeremy Adamson (Utah SBN 12818)
Tucker F. Levis (Utah SBN 17793)
**BUCHALTER, A Professional Corporation**
60 E. South Temple Street, Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 401-8625
Email: jadamson@buchalter.com
Email: tlevis@buchalter.com

*Attorneys for Receiver,*
Chad S. Pehrson

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>Defendants.<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>Relief Defendants. | **NOTICE OF APPEARANCE OF TUCKER F. LEVIS**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

PLEASE TAKE NOTICE that Tucker F. Levis of the firm Buchalter, P.C. hereby enters his appearance in the above-captioned action for Receiver Chad S. Pehrson, and requests service upon him via the Court's electronic filing system of all pleadings, notices and other matters required or permitted.

DATED March 6, 2025.

        **BUCHALTER**
        **A Professional Corporation**

        */s/ Tucker F. Levis*
        R. Jeremy Adamson
        Tucker F. Levis
        *Attorney for Receiver Chad S. Pehrson*