Jason M. Bussey (California Bar No. 227185)
busseyja@sec.gov
Andrew J. Hefty (California Bar No. 220450)
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

Cheryl M. Mori (Utah Bar No. 8887)
moric@sec.gov
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
Telephone (303) 844-1000
Facsimile: (303) 297-1730

*Attorneys for Plaintiff Securities and Exchange Commission*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>    Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>    Relief Defendants. | **STATUS REPORT REGARDING WENDY SWENSEN AND SARIA RODRIGUEZ**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

Plaintiff Securities and Exchange Commission ("SEC") submits the following status report:

On November 6, 2024, the Parties informed the Court that the SEC and Ms. Swensen had reached an agreement in principle to settle this action. Dkt. 107. The Court subsequently vacated all pretrial deadlines as to Ms. Swensen and ordered the SEC to file, by January 7, 2025, either a Consent to Final Judgement and a Proposed Final Judgment as to Ms. Swensen or a status report. Dkt. 109. On January 7, 2025, the SEC filed a status report informing the Court that on December 18, 2024, Ms. Swensen had signed a Consent to Final Judgement that was subject to approval by the Commissioners of the SEC, and stating that the SEC would file, by March 31, 2025, either a Consent to Final Judgment and a Proposed Final Judgment as to Ms. Swensen or a further status report. Dkt. No. 118.

On November 8, 2024, the Court continued until February 13, 2025 and February 20, 2025, respectively, the deadlines for the SEC and Ms. Rodriguez to file dispositive and disgorgement motions and to request a scheduling order with the district judge for purposes of setting a trial date. Dkt. 109. On February 12, 2024, the Parties informed the Court that the SEC and Ms. Rodriguez had reached an agreement in principle to settle this action as to Ms. Rodriguez, indicated that the SEC intended to concurrently seek Commission approval of the settlements involving both Ms. Swensen and Ms. Rodriguez, and reported that Ms. Rodriguez needed to provide the SEC with additional information relating to her financial condition before the Commission could consider the proposed resolution as to her. Dkt. 120. On February 13, 2025, the Court vacated all pretrial deadlines involving Ms. Rodriguez and ordered the SEC to file, by April 15, 2025—as to both Ms. Swensen and Ms. Rodriguez—either final settlement papers or a further status report.

Since February 13, 2025, the SEC has obtained from Ms. Rodriguez the financial documentation it had previously requested from her. In addition, since that time, the SEC and Ms. Swensen have resolved an outstanding issue involving interest that Ms. Swensen earned on frozen funds during the period in which the Court's freeze order was in effect. Dkt. 27. To address the latter issue, the SEC recently prepared a revised Consent to Final Judgement as to Ms. Swensen that supersedes the Consent Ms. Swensen signed late last year. Ms. Swensen signed and returned to the SEC the revised Consent on April 4, 2025. The SEC's internal approval processes are currently underway, and counsel expects to be in a position to file final settlement papers by the end of next month. Accordingly, the SEC will, by May 30, 2025, file: (i) as to Ms. Swensen, either (a) a Consent to Final Judgment and a Proposed Final Judgment or (b) a further status report; and (ii) as to Ms. Rodriguez, either (a) a Stipulation of Dismissal signed by all parties who have appeared, or (b) a further status report.

Dated: April 15, 2025

/s/ Jason M. Bussey
Jason M. Bussey
Andrew J. Hefty
Securities and Exchange Commission
Division of Enforcement
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Tel: (415) 705-8152

*Attorney for Plaintiff*
*Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2025, I caused a true and correct copy of the foregoing document to be served via CM/ECF on the following:

Thomas A. Brady
Katherine E. Pepin
Keith M. Woodwell
**CLYDE SNOW & SESSIONS**
One Utah Center
201 S Main St., Suite 2200
Salt Lake City, UT 84111-2216
tab@clydesnow.com
kep@clydesnow.com
kmw@clydesnow.com

*Counsel for Relief Defendant Wendy Swensen*

Raymond N. Malouf
**MALOUF LAW OFFICES**
150 E 200 N-D
Logan, UT 84321
malouflaw150@gmail.com

*Counsel for Relief Defendant Saria Rodriguez*

Chad Pehrson
Jeremy Adamson
**KUNZLER BEAN & ADAMSON**
50 W Broadway, Suite 1000
Salt Lake City, UT 84101
cperhson@kba.law
jadamson@kba.law

*Receiver and Counsel for Receiver and Receivership Defendants*

            */s/ Jason M. Bussey*
            Jason M. Bussey