# **<u>EXHIBIT A</u>**

Exhibit A ----



50 W. Broadway, 10th Floor, Salt Lake City, UT 84101

**Swensen Receivership - 8675.1, Time Entries and Expenses 7-1-24 through 9-30-24**

| Date | User | Activity Class | Description | Quantity | Rate | Discounted Rate | Total Discount | Column1 | Column2 |
|---|---|---|---|---|---|---|---|---|---|
| 7/1/2024 | Bryan Todd | Service | Investigate and analyze facts and documentation relevant to clawback complaints re Swensens' family members (3.0); analyze relevant facts for clawback complaint against Jacob Cazier (1.8). | 4.8 | 300 | 240 | -288 | 1152 | |
| 7/1/2024 | Keith Saylin | Service | Finalize analysis and compilation of documents for clawback complaints (0.2). | 0.2 | 195 | 156 | -7.8 | 31.2 | |
| 7/1/2024 | Jeremy Adamson | Service | Review SEC's motion re discovery deadlines (0.1); email Chad re the same (0.1); respond to email from counsel for certain investors (0.1). | 0.3 | 545 | 436 | -32.7 | 130.8 | |
| 7/1/2024 | Chad Pehrson | Service | Review SEC Motion for Discovery (0.5); Emails re Bucket Bliss (0.3); Emails with Jeremy Adamson re communications with Randy Everett and RQN (0.2); Review correspondence from Sage (0.2). | 1.2 | 495 | 396 | -118.8 | 475.2 | |
| 7/2/2024 | Bryan Todd | Service | Analyze relevant facts and prepare summary of clawback complaint against Jason Kimber (6.4). | 6.4 | 300 | 240 | -384 | 1536 | |
| 7/2/2024 | Jeremy Adamson | Service | Call with counsel for certain investors re various issues (0.1). | 0.1 | 545 | 436 | -10.9 | 43.6 | |
| 7/2/2024 | Chad Pehrson | Service | Conferences with Jeremy Adamson re investor contacts (0.3); Work re contacting investors (0.2); Review investor documents (1). | 1.5 | 495 | 396 | -148.5 | 594 | |
| 7/2/2024 | Chad Pehrson | Service | Review investor documentation (0.7). | 0.7 | 495 | 396 | -69.3 | 277.2 | |

| Date | Name | Type | Description | Hours | Rate | | | |
|---|---|---|---|---|---|---|---|---|
| 7/3/2024 | Mary Mark | Service | Read and respond to email from C. Pehrson re updating investor contact sheet (0.2); Update investor information (0.5); Draft boilerplate email to send to investors to inform them about the link to the Receiver's web page and questionnaire as well as the Receiver's email address (1.0); Phone calls to potential investor confirming they are investors  requesting their email addresses and sending email with Receiver's web page address and email contact information (2.3). | 4 | 195 | 156 | -156 | 624 |
| 7/8/2024 | Keith Saylin | Service | Analyzed and reviewed analyses of claims against Cazier  Kimber  Wendy Swensen  and Madison Swensen and their supporting files. | 0.2 | 195 | 156 | -7.8 | 31.2 |
| 7/8/2024 | Chad Pehrson | Service | Work re investor documentation (0.5). | 0.5 | 495 | 396 | -49.5 | 198 |
| 7/9/2024 | Mary Mark | Service | Phone calls to potential investor confirming they are investors  requesting their email addresses and sending email with Receiver's web page address and email contact information (3.0); Read and respond to email from C. Pehrson re additional investors represented by RQN (0.5); Update Investor list (0.1); Upload all email correspondence with investors to SharePoint (0.8): Draft list for C. Pehrson to indicate which investors had been contacted (0.1). | 4.5 | 195 | 156 | -175.5 | 702 |
| 7/9/2024 | Chad Pehrson | Service | Work re investor outreach (0.8). | 0.8 | 495 | 396 | -79.2 | 316.8 |
| 7/10/2024 | Mary Mark | Service | Phone calls to potential investor confirming they are investors  requesting their email addresses and sending email with Receiver's web page address and email contact information (4.5); Draft and send summary email to C. Pehrson re status of investor contact (0.5). | 5 | 195 | 156 | -195 | 780 |
| 7/11/2024 | Keith Saylin | Service | Analyze Tracing Summary from C.Davis CPA to create list of potential clawback defendants (0.8); cross-reference potentials with investor list (0.2); began document review regarding each potential individuals (0.2). | 1.2 | 195 | 156 | -46.8 | 187.2 |
| 7/11/2024 | Mary Mark | Service | Read and respond to C. Pehrson email re missing investor phone numbers (0.5) Return phone calls to investors and send website email where appropriate (2.0); Collect investor email communications and upload to SharePoint (0.5). | 3 | 195 | 156 | -117 | 468 |
| 7/11/2024 | Chad Pehrson | Service | Continue evaluation of accounting analyses (3.1). | 3.1 | 495 | 396 | -306.9 | 1227.6 |
| 7/12/2024 | Keith Saylin | Service | Further review of documents and factual investigation re potential clawback suits (6.2). | 6.2 | 195 | 156 | -241.8 | 967.2 |
| 7/12/2024 | Bryan Todd | Service | Review investor lists and review of money out to non-investors (0.5). | 0.5 | 300 | 240 | -30 | 120 |

| Date | Name | Type | Description | Hours | Rate | Rate2 | Adj | Total | |
|---|---|---|---|---|---|---|---|---|---|
| 7/12/2024 | Mary Mark | Service | Return phone calls to investors and send website email where appropriate (1.8); Draft and sent email to C. Pehrson re Investor's questionnaire submissions to website (0.2). | 2 | 195 | 156 | -78 | 312 | |
| 7/15/2024 | Bryan Todd | Service | Review documents re potential clawback suits (2.2). | 2.2 | 300 | 240 | -132 | 528 | |
| 7/15/2024 | Keith Saylin | Service | Further review of documents and factual investigation re potential clawback suits (1.6). | 1.6 | 195 | 156 | -62.4 | 249.6 | |
| 7/15/2024 | Jeremy Adamson | Service | Attention to emails regarding Wendy Swensen tax liability arising from interest income on insurance proceeds (0.2). | 0.2 | 545 | 436 | -21.8 | 87.2 | |
| 7/15/2024 | Mary Mark | Service | Return phone calls to investors and send website email where appropriate (1.5); Collect investor email communications and upload to SharePoint (0.5) | 2 | 195 | 156 | -78 | 312 | |
| 7/16/2024 | Bryan Todd | Service | Prepare draft settlement agreement re IRS payments (1.5). | 1.5 | 300 | 240 | -90 | 360 | |
| 7/16/2024 | Mary Mark | Service | Review Receiver's web site for Investor submissions (0.4); Draft and sent email to C. Pehrson re Investor's questionnaire submissions to website (0.1). | 0.5 | 195 | 156 | -19.5 | 78 | |
| 7/16/2024 | Chad Pehrson | Service | Work re investor contacts and documentation (0.5). | 0.5 | 495 | 396 | -49.5 | 198 | |
| 7/17/2024 | Bryan Todd | Service | Continue to prepare draft settlement agreement regarding tax liabilities (4.2). | 4.2 | 300 | 240 | -252 | 1008 | |
| 7/17/2024 | Mary Mark | Service | Return phone calls to investors and send website email where appropriate (0.8); Collect investor email communications and upload to SharePoint; Conference call with C. Pehrson re contacting Investors with various options for submitting completed questionnaires (0.2). | 1 | 195 | 156 | -39 | 156 | |
| 7/18/2024 | Bryan Todd | Service | Finish drafting agreement re tax liabilities (2.2). | 2.2 | 300 | 240 | -132 | 528 | |
| 7/18/2024 | Mary Mark | Service | Create draft email to Investors re completing questionnaire (0.5). | 0.5 | 195 | 156 | -19.5 | 78 | |
| 7/19/2024 | Jeremy Adamson | Service | Revise agreement for Wendy Swensen re payment of taxes (0.5). | 0.5 | 545 | 436 | -54.5 | 218 | |
| 7/19/2024 | Mary Mark | Service | Read and respond to email from C. Pehrson re boilerplate email to send to investors to inform them of additional ways to submit questionnaires and documentation (0.3); Phone calls to potential investors confirming they are investors requesting their email addresses and sending email with Receiver's web page address and email contact information (6.0); Email C. Pehrson with questions about missing email addresses and additional text for email to investors; Send revised emails to investors (0.2). | 6.5 | 195 | 156 | -253.5 | 1014 | |
| 7/19/2024 | Chad Pehrson | Service | Work re investor contacts and documentation (2.1). | 2.1 | 495 | 396 | -207.9 | 831.6 | |

| Date | Name | Type | Description | Hours | Rate | | | |
|---|---|---|---|---|---|---|---|---|
| 7/22/2024 | Mary Mark | Service | Review and respond to Investor's email submissions (1.5); Draft and sent emails to Investors re submitting questionnaires and documentation (2.0); | 3.5 | 195 | 156 | -136.5 | 546 |
| 7/23/2024 | Keith Saylin | Service | Met with B.Todd re clawback complaints (0.2); continue document review collecting information we know about each potential clawback complaints (2.1). | 2.3 | 195 | 156 | -89.7 | 358.8 |
| 7/23/2024 | Chad Pehrson | Service | Edit draft Agreement re tax liabilities; Continue work re investor documentation (1.2). | 1.2 | 495 | 396 | -118.8 | 475.2 |
| 7/23/2024 | Mary Mark | Service | Draft and send email to B. Todd re coordinating pick up of Investor documents and/or scheduling in-person appointments (1.2); Read and respond to email from C. Pehrson re courier pickup and delivery of documents (0.2); Read and respond to Investor's emails re questionnaire and supporting documents (2.4). | 3.8 | 195 | 156 | -148.2 | 592.8 |
| 7/24/2024 | Keith Saylin | Service | Review documents relevant to potential clawback defendants (0.8). | 0.8 | 195 | 156 | -31.2 | 124.8 |
| 7/25/2024 | Keith Saylin | Service | Continued document review for finding information on potential clawback defendants (4.4). | 4.4 | 195 | 156 | -171.6 | 686.4 |
| 7/25/2024 | Bryan Todd | Service | Communication regarding meetings with defrauded investors (1.2). | 1.2 | 300 | 240 | -72 | 288 |
| 7/25/2024 | Chad Pehrson | Service | Work re investor communications and documentation (0.8). | 0.8 | 495 | 396 | -79.2 | 316.8 |
| 7/26/2024 | Mary Mark | Service | Read and respond to emails from investors re providing documents (1.0); | 1 | 195 | 156 | -39 | 156 |
| 7/27/2024 | Mary Mark | Service | Phone calls with Investor re delivery of documents to KBA's office (.5); Conference call with B. Todd re receiving documentation (0.4) Review investor emails and prepare responses (1.3). | 2.2 | 195 | 156 | -85.8 | 343.2 |
| 7/29/2024 | Bryan Todd | Service | Meeting with Kathi Fletcher (0.2); Review investor documents (3.2). | 3.4 | 300 | 240 | -204 | 816 |
| 7/29/2024 | Jeremy Adamson | Service | Draft clawback complaint (0.9). | 0.9 | 545 | 436 | -98.1 | 392.4 |
| 7/29/2024 | | Expense | Vendor expense for property searches | 1 | 8.55 | | 0 | 8.55 |
| 7/29/2024 | Chad Pehrson | Service | Review documents produced pursuant to third-party subpoenas. | 0.8 | 495 | 396 | -79.2 | 316.8 |
| | | | | | | | 0 | |
| 7/30/2024 | Bryan Todd | Service | Review of produced documents to identify those associated with Last Advisor/Bucket Bliss. | 1.8 | 300 | 240 | -108 | 432 |
| 7/30/2024 | Jeremy Adamson | Service | Draft clawback complaint against the Taylors (3.0). | 3 | 545 | 436 | -327 | 1308 |
| 7/30/2024 | Keith Saylin | Service | Sent and reviewed Taylor Clawback Complaint with B.Todd (0.1). | 0.1 | 195 | 156 | -3.9 | 15.6 |
| 7/30/2024 | Chad Pehrson | Service | Correspondence with Jeremy Adamson (0.1) Review draft clawback complaints (0.6). | 0.7 | 495 | 396 | -69.3 | 277.2 |

| Date | Name | Type | Description | Hours | Rate | Adj Rate | Adj | Total |
|---|---|---|---|---|---|---|---|---|
| 7/31/2024 | Jeremy Adamson | Service | Respond to email from counsel about Bank of Utah subpoena (0.1). | 0.1 | 545 | 436 | -10.9 | 43.6 |
| 8/1/2024 | Jeremy Adamson | Service | Review objections to subpoena from Bank of Utah (0.2); Call with Chad re the same (0.1); email Ian Kinghorn re same (0.1). | 0.4 | 545 | 436 | -43.6 | 174.4 |
| 8/2/2024 | Jeremy Adamson | Service | Call with Chad Joni and Jason about various issues (0.9). | 0.9 | 545 | 436 | -98.1 | 392.4 |
| 8/2/2024 | Bryan Todd | Service | Review complaint against Maddie and Zach Taylor (1.9); Prepare exhibits for the complaint (1.2). | 3.1 | 300 | 240 | -186 | 744 |
| 8/4/2024 | Chad Pehrson | Service | Emails with Dustin Gibb (0.2). | 0.2 | 495 | 396 | -19.8 | 79.2 |
| 8/5/2024 | Jeremy Adamson | Service | Review proposed edits to agreement with Wendy Swensen regarding tax liability payment (0.1). | 0.1 | 545 | 436 | -10.9 | 43.6 |
| 8/5/2024 | Bryan Todd | Service | Review documents re clawback complaint (1.0); Continue drafting complaint against Maddie and Zach Taylor (0.7). | 1.7 | 300 | 240 | -102 | 408 |
| 8/5/2024 | Mary Mark | Service | Review and respond to emails from investors re receipt of questionnaires (3.5); Update Crew Capital List (0.5). | 4 | 195 | 156 | -156 | 624 |
| 8/6/2024 | Mary Mark | Service | Emails with investor re his availability for courier pick up of documents (0.3); Review and respond to emails from investors re receipt of questionnaires (2.2). | 2.5 | 195 | 156 | -97.5 | 390 |
| 8/7/2024 | Chad Pehrson | Service | Supervise staff interactions with investors (0.2); Review investor documentation (0.9). | 1.1 | 495 | 396 | -108.9 | 435.6 |
| 8/7/2024 | Mary Mark | Service | Emails with investor re picking up his Swensen documents for scanning (0.3); Draft and send email to C. Pehrson re coordinating document pickup (0.5); Phone call to Premier re scheduling investor document pick up in Logan (1.2). | 2 | 195 | 156 | -78 | 312 |
| 8/8/2024 | Mary Mark | Service | Read email from investors re questionnaire (1.5); Upload documents to server (0.5); Continue to work with courier for investor document pick up (0.2); Update Crew Capital Investor list (0.1). | 2.3 | 195 | 156 | -89.7 | 358.8 |
| 8/13/2024 | Mary Mark | Service | Draft email to investor re picking up documents (0.7); Email communications with Premier re same (0.4). | 1.1 | 195 | 156 | -42.9 | 171.6 |
| 8/15/2024 | Jeremy Adamson | Service | Calls with Chad and SEC re various issues (0.4). | 0.4 | 545 | 436 | -43.6 | 174.4 |
| 8/16/2024 | Jeremy Adamson | Service | Call with counsel for Bank of Utah re subpoena (.3); calls with Chad and meeting with Bud re the same (.2); | 0.5 | 545 | 436 | -54.5 | 218 |
| 8/16/2024 | Bryan Todd | Service | Began cataloging documents received to prepare production in response to Bank of Utah's subpoena (0.6). | 0.6 | 300 | 240 | -36 | 144 |
| 8/16/2024 | Mary Mark | Service | Draft email to C. Pehrson re protocols for scanning investor's documents (.5); Communicate same to Premier (0.3); Continue organization of investor documentation (1.6). | 2.4 | 195 | 156 | -93.6 | 374.4 |
| 8/16/2024 | Chad Pehrson | Service | Supervise collection of documents (0.2); Emails with Mary Mark re same (0.2). | 0.4 | 495 | 396 | -39.6 | 158.4 |

| Date | Name | Type | Description | Hours | Rate | Adj Rate | Adj | Total |
|---|---|---|---|---|---|---|---|---|
| 8/19/2024 | Jeremy Adamson | Service | Call with Chad and Troy Hooton re tax issues (0.3). | 0.3 | 545 | 436 | -32.7 | 130.8 |
| 8/19/2024 | Chad Pehrson | Service | Conference with Sage forensics (0.3); Prepare for same (0.5). | 0.8 | 495 | 396 | -79.2 | 316.8 |
| 8/20/2024 | Bryan Todd | Service | Continue to evaluate and prepare response to Bank of Utah Subpoena (1.7). | 1.7 | 300 | 240 | -102 | 408 |
| 8/20/2024 | Mary Mark | Service | Cull though Investor emails and upload communications to SharePoint (3.1); Collect all documents provided by Investors to date and upload to SharePoint (0.5); Analyze status of receipt of investors documents and draft and send email to C. Pehrson re document collection and project status (0.4). | 4 | 195 | 156 | -156 | 624 |
| 8/20/2024 | Chad Pehrson | Service | Emails with counsel for Wendy Swensen (0.1); Review file re prior correspondence (0.4). | 0.5 | 495 | 396 | -49.5 | 198 |
| 8/21/2024 | Jeremy Adamson | Service | Attention to emails regarding Bank of Utah subpoena and potential claw back complaints (0.3); attention to emails regarding proposed tax payment agreement for Wendy Swensen and email Chad re revisions to the same (0.4). | 0.7 | 545 | 436 | -76.3 | 305.2 |
| 8/21/2024 | Keith Saylin | Service | Collected analyzed and summarized Wendy's life insurance policy's for CPA (0.9). | 0.9 | 195 | 156 | -35.1 | 140.4 |
| 8/21/2024 | Bryan Todd | Service | Review of life insurance information to send to expert (0.5). | 0.5 | 300 | 240 | -30 | 120 |
| 8/21/2024 | Mary Mark | Service | Read and respond to Premier email re Investors scanned documents (1.0); Upload documents to SharePoint (0.2); Email C. Pehrson re documents availability (0.2); Draft response re return of original documents to Investor (0.4). | 1.8 | 195 | 156 | -70.2 | 280.8 |
| 8/21/2024 | Chad Pehrson | Service | Communications re banking issues (0.6); Research and review historical tax filings (0.5). | 1.1 | 495 | 396 | -108.9 | 435.6 |
| 8/21/2024 | | Expense | Vendor fees - Scanning; share file; pick up delivery fee | 1 | 371.74 | | 0 | 371.74 |
| 8/22/2024 | Bryan Todd | Service | Prepare subpoena to Bank of Utah and review documents re same (1.0); Continue to review documents responsive to Bank of Utah's subpoena (4.0). | 5 | 300 | 240 | -300 | 1200 |
| 8/22/2024 | Jeremy Adamson | Service | Emails with Chad about claw back complaints and other issues (0.2); email Jason at SEC regarding motion to seek leave to file claw back complaint (0.3); review and revise motion for leave to file claw back complaint (0.2). | 0.7 | 545 | 436 | -76.3 | 305.2 |
| 8/22/2024 | Mary Mark | Service | Review investor documents and prepare summary and update Investor list to reflect most current information (5.0). | 5 | 195 | 156 | -195 | 780 |
| 8/22/2024 | Chad Pehrson | Service | Draft Motion to File Lawsuit (0.5); Finalize Clawback complaint against Madison Taylor (1.0); Attention to investor communications and document collection (0.5); Review documents; Communications re banking issues (0.5). | 2.5 | 495 | 396 | -247.5 | 990 |

| Date | Name | Type | Description | Hours | Rate | | | |
|---|---|---|---|---|---|---|---|---|
| 8/22/2024 | Andrea Coats | Service | Proof and finalize motion to file lawsuit and clawback complaint (1.8); file same with court (0.2) | 2 | 195 | 156 | -78 | 312 |
| 8/23/2024 | Bryan Todd | Service | Call with Sage accountants (0.5); continue to review documents and prepare summary of documents received for response to subpoena (7.2) | 7.7 | 300 | 240 | -462 | 1848 |
| 8/23/2024 | Jeremy Adamson | Service | Email Bank of Utah counsel about subpoena (0.1); emails about claw back complaint (0.1). | 0.2 | 545 | 436 | -21.8 | 87.2 |
| 8/23/2024 | Chad Pehrson | Service | Prepare for and attend conference with Sage; Review bank documents (0.5); Correspondence with Steve Bennett (0.3); Factual investigation re M&K Merrill Charitable Remain Unitrust (0.5); Work re Bucket Bliss (0.2); Attention to correspondence from Tom Brady (0.2). | 1.7 | 495 | 396 | -168.3 | 673.2 |
| 8/23/2024 | Mary Mark | Service | Read and respond to email from B. Todd re sending investor documents to Sage (0.2); Review email from C. Pehrson re M&M trust contact information (0.3). | 0.5 | 195 | 156 | -19.5 | 78 |
| 8/26/2024 | Bryan Todd | Service | Continue to Review documents (1.3). | 1.3 | 300 | 240 | -78 | 312 |
| 8/26/2024 | Jeremy Adamson | Service | Review catalogue of documents in connection with BofU subpoena (0.2). | 0.2 | 545 | 436 | -21.8 | 87.2 |
| 8/26/2024 | Mary Mark | Service | Edit Crew Capital Investor List (1.5); Draft and send follow up emails to investors requesting they complete the Receiver's Questionnaire and send documents (0.5); Make phone calls to investors requesting their documentation (4.5); Leave phone messages to any investors that we don't have email contact (1.0). | 7.5 | 195 | 156 | -292.5 | 1170 |
| 8/27/2024 | Jeremy Adamson | Service | Call with SEC about Bank of Utah subpoena (.3); email SEC regarding the same (.2); call with SEC re the same (.1); emails regarding claw back complaints(.2); conference with Taylor Hadfield re claw back complaints and discovery issues (.3); | 1.1 | 545 | 436 | -119.9 | 479.6 |
| 8/27/2024 | Bryan Todd | Service | Review life insurance policy documents communicate with CPA to identify source of life insurance payments. | 1.8 | 300 | 240 | -108 | 432 |
| 8/27/2024 | Chad Pehrson | Service | Work re contacting investors (0.9); Correspondence with Joni Ostler (0.2). | 1.1 | 495 | 396 | -108.9 | 435.6 |
| 8/28/2024 | Taylor Hadfield | Service | Strategy discussion and case background with J. Adamson (.3); review and analyze relevant background emails from SEC (.2); review and edit subpoena to bank of Utah (.2); correspondence regarding next steps for clawback defendant (.2); | 0.9 | 300 | 240 | -54 | 216 |
| 8/28/2024 | Jeremy Adamson | Service | call with Chad and RQN re various issues; | 0.6 | 545 | 436 | -65.4 | 261.6 |
| 8/28/2024 | Chad Pehrson | Service | Conference with RQN (0.3); Review correspondence re Objective (0.5). | 0.8 | 495 | 396 | -79.2 | 316.8 |

| Date | Name | Type | Description | Hours | Rate | | | |
|---|---|---|---|---|---|---|---|---|
| 8/28/2024 | Mary Mark | Service | Read and respond to Investor's email and phone request and log information into Crew Capital Investor List (1.5). | 1.5 | 195 | 156 | -58.5 | 234 |
| 8/29/2024 | Bryan Todd | Service | Review life insurance policy documents and applications (2.3); communicate with life insurance expert re representations made in the life insurance applications (0.3). | 2.6 | 300 | 240 | -156 | 624 |
| 8/29/2024 | Jeremy Adamson | Service | Call with Dentons about BofU subpoena (.1); email Taylor about preparing production (.2); Review SEC's notice of supplemental authority (.1); Email Andrea re filing of claw back complaint (.1); | 0.5 | 545 | 436 | -54.5 | 218 |
| 8/29/2024 | Taylor Hadfield | Service | Attention to correspondence from J. Adamson and C. Pehrson regarding third party production (.3); review and compile third party production for salt lake legal (.4); | 0.7 | 300 | 240 | -42 | 168 |
| 8/29/2024 | Chad Pehrson | Service | Review documents re Bank of Utah issues (1.2); Correspondence with Jeremy Adamson re same (0.2). | 1.4 | 495 | 396 | -138.6 | 554.4 |
| 8/29/2024 | Mary Mark | Service | Read and respond to Investor's email and phone request and log information into Crew Capital Investor List (2.0). | 2 | 195 | 156 | -78 | 312 |
| 8/29/2024 | Andrea Coats | Service | Prepare exhibits to file with receiver's complaint (1.0); prepare civil cover sheet (0.5); emails to attorneys; finalize and file with court (0.2); prepare summons and submit to court (0.4). | 2.1 | 195 | 156 | -81.9 | 327.6 |
| 8/29/2024 | | Expense | Filing Fee Complaint #03016P | 1 | 405 | | 0 | 405 |
| 8/30/2024 | Chad Pehrson | Service | Begin review of Integrated Tax documents; Correspondence re same (1.2). | 1.2 | 495 | 396 | -118.8 | 475.2 |
| 8/30/2024 | Mary Mark | Service | Read and respond to C. Pehrson email re Swensen and entities tax returns (0.5); Phone call to Melissa Gilchrist and send a follow up email (0.5); Email investor re questionnaire and documents (0.4); Collect tax documents and upload to SharePoint (0.4). | 1.8 | 195 | 156 | -70.2 | 280.8 |
| 9/2/2024 | Mary Mark | Service | Review and respond to emails from RQN and Karen Kerr re investments (0.3); Forward emails to C. Pehrson and J. Adamson (0.3); Download documents from Investors and up upload to SharePoint (0.6); Update Crew Capital Investor List (0.3). | 1.5 | 195 | 156 | -58.5 | 234 |
| 9/2/2024 | Chad Pehrson | Service | Research and draft potential subpoenas (1.2); Communications with counsel re M&K Merrill charitable remainder trust; Communications with RQN (0.3); research re life insurance premium payments and tax accounting issues including case law that one should not benefit from a spouse's fraudulent activities (1.4); Communications with Troy Hooton re sale of Bucket Bliss (0.5); Review tax documents relevant to same (0.6). | 4 | 495 | 396 | -396 | 1584 |

| Date | Name | Type | Description | Hours | Rate | Rate2 | Adj | Amount |
|---|---|---|---|---|---|---|---|---|
| 9/3/2024 | Taylor Hadfield | Service | Attention to correspondence regarding subpoena response to Bank of Utah SDT (.4); work with Premier Legal for production of documents (.3); correspondence and strategy discussion with C. Pehrson (.2); review case protective order for confidentiality designation issues (.2); retrieve and download responsive SDT documents and work with premier legal for download (1.2); | 2.3 | 300 | 240 | -138 | 552 |
| 9/3/2024 | Jeremy Adamson | Service | conference with Taylor about response to BofU subpoena and production (0.2). | 0.2 | 545 | 436 | -21.8 | 87.2 |
| 9/3/2024 | Mary Mark | Service | Upload additional Investor documents to SharePoint (0.8); Draft email to B. Todd re same (0.2). | 1 | 195 | 156 | -39 | 156 |
| 9/3/2024 | Chad Pehrson | Service | Attention to correspondence re stipulated Motion (0.3) | 0.3 | 495 | 396 | -29.7 | 118.8 |
| 9/3/2024 | Andrea Coats | Service | Taylor - Send out for service; | 0.2 | 195 | 156 | -7.8 | 31.2 |
| 9/4/2024 | Taylor Hadfield | Service | Attention to correspondence regarding SDT production from Bank of Utah (.3); review case background and critical case pleadings (1); strategy discussion with C. Pehrson and J. Adamson (.3) | 1.6 | 300 | 240 | -96 | 384 |
| 9/4/2024 | Jeremy Adamson | Service | review and revise stipulation and order re tax liability and home proceeds (0.6). | 0.6 | 545 | 436 | -65.4 | 261.6 |
| 9/4/2024 | | Expense | Website Fees | 1 | 21.45 | | 0 | 21.45 |
| 9/4/2024 | Chad Pehrson | Service | Emails with Taylor Hadfield and Jeremy Adamson re status of litigations (0.2). | 0.2 | 495 | 396 | -19.8 | 79.2 |
| 9/5/2024 | Taylor Hadfield | Service | Correspondence with J. Adamson and C. Pehrson regarding outstanding tasks (.2); compile documents for production (.2); review case notes and task list completed by other counsel (.5); call with C. Pehrson (.7); attention to correspondence from tax advisor (.3); correspondence regarding Sage forensic experts need of documents for report (.2); attention to investor background and information still needed (.5); | 2.6 | 300 | 240 | -156 | 624 |
| 9/5/2024 | Jeremy Adamson | Service | Call with Chad and Taylor about various issues including investor relations investigation of claw back disputes and sale of Bucket Bliss (0.8); meeting with Taylor re the same (0.5); review and analyze Cazier deposition transcript (1.0). | 2.3 | 545 | 436 | -250.7 | 1002.8 |
| 9/5/2024 | | Expense | Vendor Expense - Service on Zach Taylor #105362 | 1 | 23.5 | | 0 | 23.5 |
| 9/5/2024 | | Expense | Vendor Expense - Service on Madison Taylor #105361 | 1 | 93.5 | | 0 | 93.5 |
| 9/5/2024 | Mary Mark | Service | Work re investor document collection (2.0). | 2 | 195 | 156 | -78 | 312 |
| 9/5/2024 | Chad Pehrson | Service | Litigation coordination meeting (0.5); Review case files (0.3). | 0.8 | 495 | 396 | -79.2 | 316.8 |
| 9/6/2024 | Jeremy Adamson | Service | email counsel for Church of Jesus Christ re donations made by S. Swensen (0.3); review Cazier deposition transcripts (1.0) | 1.3 | 545 | 436 | -141.7 | 566.8 |

| Date | Name | Type | Description | Hours | Rate | | | |
|---|---|---|---|---|---|---|---|---|
| 9/6/2024 | Taylor Hadfield | Service | Correspondence with M. Mark regarding information from investors (.4); correspondence with counsel for W. Swensen regarding service of clawback complaints (.4); review clawback complaint (.2); attention to fee report and fee applications (.3); call with M. Mark to review investors and status of investor documentation for Sage (.5); correspondence with T. Brady regarding acceptance of service (.4); | 2.2 | 300 | 240 | -132 | 528 |
| 9/6/2024 | Mary Mark | Service | Conference call with T. Hadfield re status of document collection (0.5). | 0.5 | 195 | 156 | -19.5 | 78 |
| 9/6/2024 | Chad Pehrson | Service | Attention to litigation correspondence from Taylor Hadfield (0.2); Correspondence with Jeremy Adamson re Church clawback claim (0.2). | 0.4 | 495 | 396 | -39.6 | 158.4 |
| 9/7/2024 | Jeremy Adamson | Service | Email experts re claims analysis (0.2); email RQN to obtain deposition transcripts and exhibits (0.2); draft receiver report to court (0.2). | 0.6 | 545 | 436 | -65.4 | 261.6 |
| 9/7/2024 | Chad Pehrson | Service | Attention to litigation correspondence from Jeremy Adamson (0.2); Review correspondence to/from Sage and Troy Hooton (0.2). | 0.4 | 495 | 396 | -39.6 | 158.4 |
| 9/9/2024 | Jeremy Adamson | Service | Review and revise Bank of Utah subpoena (0.5); review investor questionnaire tracker (0.2). | 0.7 | 545 | 436 | -76.3 | 305.2 |
| 9/9/2024 | Taylor Hadfield | Service | Correspondence with J. Adamson regarding Bank of Utah Subpoena (.5); draft and revise subpoena (1.8); correspondence regarding call with experts at Sage (.2); correspondence with T. Hooton regarding strategy call (.2); correspondence with M. Mark regarding investor responses to surveys (.6); correspondence regarding acceptance of service by T. Brady (.2); | 3.5 | 300 | 240 | -210 | 840 |
| 9/9/2024 | Mary Mark | Service | Research and review Investor documentation and the status of collected documents (5.5); Conference call with D. Hopkinson re collection of all email communications with Investors for uploading to SharePoint (0.5). | 6 | 195 | 156 | -234 | 936 |
| 9/9/2024 | Chad Pehrson | Service | Review investor documentations (0.3); Supervise updates to website (0.1). | 0.4 | 495 | 396 | -39.6 | 158.4 |
| 9/9/2024 | Andrea Coats | Service | Prepare acceptance of service (0.2); send to T. Hadfield for approval (0.2); email same with summonses and complaint to opposing counsel for signature (0.2). | 0.6 | 195 | 156 | -23.4 | 93.6 |
| 9/9/2024 | Andrea Coats | Service | Format notice of intent to serve and subpoena (0.2); serve all on counsel (0.2); email to Orme re acceptance of service (0.2); prepare and file notice of appearance for T. Hadfield (1.2). | 1.8 | 195 | 156 | -70.2 | 280.8 |

| Date | Name | Type | Description | Hours | Rate | Adj Rate | Adj | Total |
|---|---|---|---|---|---|---|---|---|
| 9/10/2024 | Jeremy Adamson | Service | Review and revise stipulation re modification of freeze order (0.3). | 0.3 | 545 | 436 | -32.7 | 130.8 |
| 9/10/2024 | Taylor Hadfield | Service | Attention to correspondence regarding acceptance of service by clawback defendants (.4); | 0.4 | 300 | 240 | -24 | 96 |
| 9/10/2024 | Mary Mark | Service | Work re investor documentation (2.0). | 2 | 195 | 156 | -78 | 312 |
| 9/10/2024 | Chad Pehrson | Service | Review investor questionnaire responses (0.8). | 0.8 | 495 | 396 | -79.2 | 316.8 |
| 9/10/2024 | Andrea Coats | Service | Work re document transfer and organize files from from RQN (1.1). | 1.1 | 195 | 156 | -42.9 | 171.6 |
| 9/11/2024 | Jeremy Adamson | Service | Respond to email from Tom Brady re Taylor case (0.2); call with Chad Taylor and Troy Hooton re Bucket Bliss (0.3); review Cazier deposition transcripts (0.4). | 0.9 | 545 | 436 | -98.1 | 392.4 |
| 9/11/2024 | Taylor Hadfield | Service | Attention to correspondence from M. Mark regarding investor information to send to Sage (.4); attention to correspondence from T. Brady regarding response and reasons for delay (.2); call with T. Hooton regarding synch up and next tasks (.3); call with investors regarding document collection (.3); attention to correspondence and documents from investors (.3); | 1.5 | 300 | 240 | -90 | 360 |
| 9/11/2024 | Mary Mark | Service | Email communications with T. Hadfield re having skip traces prepared for several Investors (0.5); Email communications with C. Pehrson re website documents (0.5); Review "Verified Reports" and reach out to Investors listed to obtain correct contact information (1.5); | 2.5 | 195 | 156 | -97.5 | 390 |
| 9/11/2024 | Chad Pehrson | Service | Factual investigation re investors including history of investments and potential losses or gains (2.2). | 2.2 | 495 | 396 | -217.8 | 871.2 |
| 9/11/2024 | Andrea Coats | Service | Prepare acceptance of service of Bank of Utah subpoena (0.2); email same to counsel for signature (0.1). | 0.3 | 195 | 156 | -11.7 | 46.8 |
| 9/12/2024 | Taylor Hadfield | Service | Attention to correspondence from M. Mark regarding investor documentation (.2); | 0.2 | 300 | 240 | -12 | 48 |
| 9/12/2024 | Jeremy Adamson | Service | Finish review of Cazier transcripts (1.3). | 1.3 | 545 | 436 | -141.7 | 566.8 |
| 9/12/2024 | Chad Pehrson | Service | Attention to correspondence re Cazier (0.2); Attention to correspondence re Objective documents (0.2)l; Emails with Mary Mark re investor document collection (0.2) | 0.6 | 495 | 396 | -59.4 | 237.6 |
| 9/12/2024 | Andrea Coats | Service | Arrange for transfer of documents and organize files (0.6). | 0.6 | 195 | 156 | -23.4 | 93.6 |

| Date | Name | Type | Description | Hours | Rate | | | |
|---|---|---|---|---|---|---|---|---|
| 9/13/2024 | Taylor Hadfield | Service | Attention to correspondence regarding Bank of Utah subpoena production (.3); correspondence with M. Mark regarding victim document collection (.2); call with Sage forensics (.5); review and analyze case strategy and next steps (.3); correspondence with J. Sink at Kirton Mcconkie regarding rust coin related donation issue (.2); correspondence regarding claw back lawsuit (.2); correspondence regarding Kaylee Jenkins strategy (.2); | 1.9 | 300 | 240 | -114 | 456 |
| 9/13/2024 | Jeremy Adamson | Service | Call with Sage team Chad and Taylor about various open projects (0.4) | 0.4 | 545 | 436 | -43.6 | 174.4 |
| 9/13/2024 | Chad Pehrson | Service | Research re Kaylee Jenkins and potential clawback action (0.5); Emails with Kaylee Jenkins re same (0.5); Telephone conference with Sage re status of expert forensic accounting work (0.4); Research re upcoming formal claim process (0.4). | 1.8 | 495 | 396 | -178.2 | 712.8 |
| 9/15/2024 | Chad Pehrson | Service | Communication with Mary Mark re further investor documentation and updates to site (0.4). | 0.4 | 495 | 396 | -39.6 | 158.4 |
| 9/16/2024 | Taylor Hadfield | Service | Attention to correspondence from receiver and M. Mark regarding use of website for investor information (.3); attention to correspondence from J. Sink regarding rust coin issue (.4); | 0.7 | 300 | 240 | -42 | 168 |
| 9/16/2024 | Mary Mark | Service | Read and respond to C. Pehrson email re adding additional pleadings to Receiver's website (0.2); Add documents to Receiver's website (0.8). | 1 | 195 | 156 | -39 | 156 |
| 9/16/2024 | Chad Pehrson | Service | Attention to correspondence re clawback claims. | 0.5 | 495 | 396 | -49.5 | 198 |
| 9/17/2024 | Mary Mark | Service | Review documents collected from Receiver's website and prepared them to send to Sage (3.0); Update Crew Capital Investor list (0.5); Email B. Todd to request list of documents previously sent to Sage (0.5); Transfer documents from web site to receiver folder (0.5); Update Crew Capital Investor list with content of folder from Receiver's website (1.0); | 5.5 | 195 | 156 | -214.5 | 858 |
| 9/17/2024 | Chad Pehrson | Service | Draft subpoena to Kaylee Jenkins (1.5); Factual investigation re same (1.2); Attention to correspondence and reporting from Sage (0.4). | 2.7 | 495 | 396 | -267.3 | 1069.2 |
| 9/18/2024 | Bryan Todd | Service | Communicate with Mary regarding further production to forensic accountants review of documents produced to forensic accountants (1.0). | 1 | 300 | 240 | -60 | 240 |

| Date | Name | Type | Description | Hours | Rate | Adj Rate | Adj | Total |
|---|---|---|---|---|---|---|---|---|
| 9/18/2024 | Taylor Hadfield | Service | Attention to correspondence from Clint Davis at Sage regarding investor follow up (.9); attention to correspondence from Sage regarding insurance tracing (.3); correspondence with C. Pehrson regarding subpoena to Kaylee Jenkins (.4); draft and revise subpoena to K. Jenkins (.8); attention to correspondence with J. Sink regarding church funds donated by Swensen (.5); | 2.9 | 300 | 240 | -174 | 696 |
| 9/18/2024 | Andrea Coats | Service | Prepare notice of intent to serve subpoena (0.6); finalize subpoena for Jenkins (0.4); email all to opposing counsel (0.1) | 1.1 | 195 | 156 | -42.9 | 171.6 |
| 9/19/2024 | Taylor Hadfield | Service | Correspondence with M. Mark regarding next steps in case (.2); review Sage email regarding investor questions (.3); correspondence and review investor documentation (.3); call with J. Sink at Kirton McConkie regarding clawing back funds donated to church (.7); correspondence related to clawback funds from church (.4); | 1.9 | 300 | 240 | -114 | 456 |
| 9/19/2024 | | Expense | Website renewal fees | 1 | 205.92 | | 0 | 205.92 |
| 9/19/2024 | Mary Mark | Service | Review T. Hatfield email re Sage's summary of Investor questions (0.5); Review and send additional Investor documents to Sage (2.5). | 3 | 195 | 156 | -117 | 468 |
| 9/19/2024 | Chad Pehrson | Service | Review investor documentation (1.0); Telephone conference with Jeremy Sink (0.3) | 1.3 | 495 | 396 | -128.7 | 514.8 |
| 9/23/2024 | Andrea Coats | Service | Complete download of objective documents from RQN (0.3). | 0.3 | 195 | 156 | -11.7 | 46.8 |
| 9/23/2024 | Andrea Coats | Service | File proofs for Taylor services (0.2). | 0.2 | 195 | 156 | -7.8 | 31.2 |
| 9/24/2024 | Taylor Hadfield | Service | Attention to correspondence from premier legal regarding BOU document production (.4); | 0.4 | 300 | 240 | -24 | 96 |
| 9/24/2024 | Andrea Coats | Service | Supervise service of Jenkins subpoena (0.4). | 0.4 | 195 | 156 | -15.6 | 62.4 |
| 9/25/2024 | Taylor Hadfield | Service | Attention to correspondence from counsel from Bank of Utah and review SDT objections (.4); | 0.4 | 300 | 240 | -24 | 96 |
| 9/25/2024 | Jeremy Adamson | Service | call with Jason and Andrew at SEC about various issues (.8); call with Chad re the same (.2); | 1 | 545 | 436 | -109 | 436 |
| 9/25/2024 | Chad Pehrson | Service | Attention to emails from Clint Davis re financial analysis (0.3). | 0.3 | 495 | 396 | -29.7 | 118.8 |
| 9/26/2024 | Jeremy Adamson | Service | revise motion for approval of fees (.7); review schedules provided by Sage regarding deposits and expenditures (.2); call with KBA team about Sage analysis potential claims against winners and other issues (.5); review Bank of Utah's objection to subpoena (.1); | 1.5 | 545 | 436 | -163.5 | 654 |

| Date | Name | Type | Description | Hours | Rate | | | Amount |
|---|---|---|---|---|---|---|---|---|
| 9/26/2024 | Taylor Hadfield | Service | Attention to correspondence regarding case update and strategy (.3); synch up call with J. Adamson and C. Pehrson (.5); correspondence with Sage forensics regarding next steps and meeting (.3); correspondence with M. Mark regarding investor updates (.4); correspondence with C. Pehrson regarding Sage communication history (.4); | 1.9 | 300 | 240 | -114 | 456 |
| 9/26/2024 | Mary Mark | Service | Review emails and update log (1.0); Read and respond to Investor emails (0.5); Research questions from Sage and prepare for and participate in Teams meeting (1.5). | 3 | 195 | 156 | -117 | 468 |
| 9/26/2024 | Chad Pehrson | Service | Attend clawback litigation team meeting (0.3); Prepare for same (1.2); Review and summarize document productions (1.5). | 3 | 495 | 396 | -297 | 1188 |
| 9/27/2024 | Mary Mark | Service | Read and respond to emails from C. Pehrson re communications with Sage and Investor communications (0.5); Research communications to upload to SharePoint (1.0); Review Sage's questions about Investor documentation (0.5); Draft and send email with results of review of Investor documents showing supporting investment transactions (0.5); Send emails to Investor identified requesting additional documents (0.5). | 3 | 195 | 156 | -117 | 468 |
| 9/27/2024 | Chad Pehrson | Service | Review and summarize document productions (1.2); Emails with Mary Mark re same (0.3). | 1.5 | 495 | 396 | -148.5 | 594 |
| 9/30/2024 | Taylor Hadfield | Service | Attention to correspondence from T. Hooton regarding strategy call and tax documents (.2); correspondence with Sage forensics (.2); strategy call with Sage forensics (.3); correspondence with discovery vendor and compilation of documents (1.3); | 2 | 300 | 240 | -120 | 480 |
| 9/30/2024 | Jeremy Adamson | Service | Call with Sage Forensics re various issues (0.4). | 0.4 | 545 | 436 | -43.6 | 174.4 |
| 9/30/2024 | Mary Mark | Service | Update Crew Capital Investor list with recent communications (1.5); Organize and save Investor communications (0.3); Teams meeting call re status (0.2). | 2 | 195 | 156 | -78 | 312 |
| 9/30/2024 | Chad Pehrson | Service | Correspondence with Sage (0.2); Review financial analysis documents (.5) | 0.7 | 495 | 396 | -69.3 | 277.2 |

|  |  |
|---|---|
| Total Expenses | 1129.66 |
| KBA Fees | 71249.2 |
| Grand Total: | 72378.86 |