# EXHIBIT B

# Sage
## FORENSIC ACCOUNTING

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400 • Facsimile 801.328.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

August 31, 2024

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:** 22665

In Reference To: *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/23/2024 | DRO | Phone call with counsel | 0.20 | 100.00 |
|  | CWD | Review updated production; call with counsel | 0.75 | 206.25 |
|  |  | For professional services rendered | 0.95 | $306.25 |

Interest accrues monthly on balance not paid after 30 days.

### Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Clint Davis | 0.75 | 275.00 | $206.25 |
| Of Counsel-DGR | 0.20 | 500.00 | $100.00 |

# Sage
## FORENSIC ACCOUNTING

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400 • Facsimile 801.328.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

September 30, 2024

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:**  22786

In Reference To:  *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 9/6/2024 | THJ | Discussing work plan with CWD | 0.20 | 20.00 |
|  | THJ | Reviewing and indexing case materials | 1.23 | 123.33 |
|  | THJ | Tracing and researching insurance payments | 0.47 | 46.67 |
|  | THJ | Discussing work plan with CWD | 0.17 | 16.67 |
|  | THJ | Tracing and researching insurance payments | 1.38 | 138.33 |
|  | THJ | Tracing and researching insurance payments | 0.27 | 26.67 |
|  | CWD | Review insurance tracing tasks with THJ | 0.45 | 123.75 |
| 9/9/2024 | THJ | Tracing and reconciling insurance payment transactions | 2.05 | 205.00 |
|  | THJ | Tracing and reconciling insurance payment transactions | 1.43 | 143.33 |
|  | THJ | Tracing and reconciling insurance payment transactions | 2.53 | 253.33 |
|  | THJ | Tracing and reconciling insurance payment transactions | 0.95 | 95.00 |


| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/10/2024 | THJ | Tracing and reconciling insurance transactions | 1.63 | 163.33 |
| | THJ | Tracing and reconciling insurance transactions | 0.28 | 28.33 |
| | THJ | Tracing and researching investor transactions | 1.35 | 135.00 |
| | THJ | Tracing and researching investor transactions | 1.87 | 186.67 |
| | THJ | Tracing and researching investor transactions | 1.48 | 148.33 |
| 9/11/2024 | THJ | Tracing and researching investor transactions | 1.82 | 181.67 |
| | THJ | Tracing and researching investor transactions | 0.57 | 56.67 |
| | THJ | Tracing and reconciling insurance payments | 1.15 | 115.00 |
| | THJ | Tracing and reconciling insurance payments | 1.80 | 180.00 |
| | THJ | Tracing and reconciling insurance payments | 1.33 | 133.33 |
| 9/12/2024 | THJ | Tracing and reconciling insurance payments | 1.97 | 196.67 |
| | THJ | Tracing and reconciling insurance payments | 1.08 | 108.33 |
| 9/13/2024 | THJ | Tracing and reconciling insurance payments | 0.75 | 75.00 |
| | THJ | Reviewing items completed and discuss items to complete with CWD | 0.42 | 41.67 |
| | THJ | Tracing and researching investor transactions | 1.40 | 140.00 |
| | THJ | Tracing and researching investor transactions | 0.58 | 58.33 |
| | CWD | Review investor tracing; discuss with DGR; call with counsel | 2.58 | 710.42 |
| | CWD | Update with THJ | 0.43 | 119.17 |
| | DRO | Discuss with CWD | 0.33 | 166.67 |
| 9/17/2024 | THJ | Tracing and researching transactions | 0.38 | 38.33 |
| | CWD | Update investor tracing and summary | 2.65 | 728.75 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 9/17/2024 | CWD | Update investor tracing and summary; correspondence with counsel | 2.08 | 572.92 |
| 9/29/2024 | CWD | Review Insurance tracing; prep updated tracing tasks | 0.67 | 183.33 |
| 9/30/2024 | THJ | Tracing and reconciling insurance payments | 2.15 | 215.00 |
|  | THJ | Tracing and reconciling insurance payments | 1.28 | 128.33 |
|  | THJ | Tracing and reconciling insurance payments | 0.82 | 81.67 |
|  | THJ | Tracing and reconciling insurance payments | 0.25 | 25.00 |
|  | THJ | Discussing work plan with CWD | 0.08 | 8.33 |
|  | THJ | Tracing and reconciling insurance payments | 0.58 | 58.33 |
|  | THJ | Tracing and reconciling insurance payments | 1.43 | 143.33 |
|  | CWD | Review analysis; research additional records; discussing work plan with THJ | 0.37 | 100.83 |
|  |  | For professional services rendered | 46.69 | $6,420.82 |

Interest accrues monthly on balance not paid after 30 days.

## Professional Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Clint Davis | 9.23 | 275.00 | $2,539.17 |
| Of Counsel-DGR | 0.33 | 500.00 | $166.67 |
| Trevor Jones | 37.13 | 100.00 | $3,714.98 |