# **EXHIBIT C**

Case 1:22-cv-00135-RJS-DBP    Document 125-3    Filed 05/01/25    PageID.2171    Page 1 of 3

R. JEREMY ADAMSON (UTAH SBN 12818)
**BUCHALTER**, A Professional Corporation
60 E. South Temple Street, Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 401-8625
Email: jadamson@buchalter.com

*Attorneys for Receiver*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>Relief Defendants. | **ORDER GRANTING FOURTH INTERIM FEE APPLICATION**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

Before the Court is the fourth interim fee application (the "Fee Application") submitted by Chad S. Pehrson in his capacity as the Court-Appointed Receiver for the Receivership Defendants, seeking approval by the Court for the expenses incurred by the Receiver's counsel,

1

KB&A, and the Receiver's experts at Sage Forensic Accounting, for the period of July 1, 2024 through September 30, 2024, and authorization to pay all allowed fees and expenses from funds of the Receivership Estate.

Based on the Fee Application and accompanying exhibits, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Fee Application is GRANTED;

2. The Receiver is hereby authorized to pay the fees and expenses incurred by the Receiver as follows:

    a. KB&A $71,249.20 for fees and $1129.66 for out-of-pocket expenses.

    b. SAGE: $6,727.07 for fees.

**DATED this _____ day of _____2025.**

_____