IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

<table>
<tr><td>

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

THE ESTATE OF STEPHEN ROMNEY
SWENSEN, and CREW CAPITAL GROUP,
LLC, a Nevada limited liability company,

    Defendants,

WENDY SWENSEN, an individual, SARIA
C. RODRIGUEZ, an individual, WS
FAMILY IP, LLC, a Utah limited liability
company, WINGMAN, LLC, a Utah limited
liability company, and SWENSEN
CAPITAL, LLC, a Utah limited liability
company,

    Relief Defendants.

</td><td>

**ORDER GRANTING**
**FOURTH INTERIM FEE APPLICATION**

Case No. 1:22-cv-00135-RJS-DBP

Chief District Judge Robert J. Shelby

Chief Magistrate Judge Dustin B. Pead

</td></tr>
</table>

Before the court is Receiver Chad S. Pehrson's Fourth Interim Fee Application (the Fee

Application).[1]  The Fee Application seeks the court's approval for expenses incurred by the

Receiver, the Receiver's counsel, Kunzler Bean & Adamson (KB&A), and the Receiver's

experts at Sage Forensic Accounting, for the period of July 1, 2024 through September 30, 2024.

Receiver requests authorization to pay all allowed fees and expenses from funds of the

Receivership Estate.  Based on the Fee Application and accompanying exhibits, and for good

---

[1] Dkt. 125.

cause shown, the Fee Application is GRANTED.[2]  Receiver is authorized to pay from the

Receivership Estate the following fees and expenses incurred:

- Payment to KB&A in the amount of $71,249.20 for fees and $1129.66 for out-of-

  pocket expenses.

- Payment to Sage Forensic Accounting in the amount of $6,727.07 for fees.

SO ORDERED this 6th day of May 2025.

BY THE COURT:

ROBERT J. SHELBY
United States Chief District Judge

---

[2] *Id.*

2