Jason M. Bussey (California Bar No. 227185)
busseyja@sec.gov
Andrew J. Hefty (California Bar No. 220450)
heftya@sec.gov
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

*Attorneys for Plaintiff Securities and Exchange Commission*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>          Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>          Relief Defendants. | **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF WITHDRAWAL OF COUNSEL CHERYL M. MORI**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

Pursuant to DUCivR 83-1.4(b), notice is hereby given that Cheryl M. Mori withdraws as counsel for Plaintiff Securities and Exchange Commission. Plaintiff continues to be represented by attorneys who have appeared under DUCivR 83-1.3. The continuing attorneys are aware of and will comply with all pending deadlines, hearings, and trial dates.

Dated: May 30, 2025

/s/ Cheryl M. Mori
(Signed by Jason M. Bussey with permission of Cheryl M. Mori)


/s/ Jason M. Bussey
Jason M. Bussey
Andrew J. Hefty
Securities and Exchange Commission
Division of Enforcement
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Tel: (415) 705-8152

*Attorney for Plaintiff*
*Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2025, I caused a true and correct copy of the foregoing document to be served via CM/ECF on the following:

Thomas A. Brady
Katherine E. Pepin
Keith M. Woodwell
**CLYDE SNOW & SESSIONS**
One Utah Center
201 S Main St., Suite 2200
Salt Lake City, UT 84111-2216
tab@clydesnow.com
kep@clydesnow.com
kmw@clydesnow.com

*Counsel for Relief Defendant Wendy Swensen*

Raymond N. Malouf
**MALOUF LAW OFFICES**
150 E 200 N-D
Logan, UT 84321
malouflaw150@gmail.com

*Counsel for Relief Defendant Saria Rodriguez*

Jeremy Adamson
**BUCHALTER, A Professional Corporation**
60 E. South Temple Street, Suite 1200
Salt Lake City, UT 84111
jadamson@buchalter.com

*Counsel for Receiver and Receivership Defendants*

    */s/ Jason M. Bussey*
    Jason M. Bussey