Jason M. Bussey (California Bar No. 227185)
busseyja@sec.gov
Andrew J. Hefty (California Bar No. 220450)
heftya@sec.gov
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

*Attorneys for Plaintiff Securities and Exchange Commission*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>　　　　Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>　　　　Relief Defendants. | STATUS REPORT REGARDING WENDY SWENSEN AND SARIA RODRIGUEZ<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

Plaintiff Securities and Exchange Commission ("SEC") submits the following status report:

1

On November 6, 2024, the Parties informed the Court that the SEC and Ms. Swensen had reached an agreement in principle to settle this action. Dkt. 107. The Court subsequently vacated all pretrial deadlines as to Ms. Swensen and ordered the SEC to file, by January 7, 2025, either a Consent to Final Judgement and a Proposed Final Judgment as to Ms. Swensen or a status report. Dkt. 109. On January 7, 2025, the SEC filed a status report informing the Court that on December 18, 2024, Ms. Swensen had signed a Consent to Final Judgement that was subject to approval by the Commissioners of the SEC. Dkt. No. 118.

On February 12, 2025, the Parties informed the Court that the SEC and Ms. Rodriguez had reached an agreement in principle to resolve this action as to Ms. Rodriguez, indicated that the SEC intended to concurrently seek Commission approval of the resolutions involving both Ms. Swensen and Ms. Rodriguez, and further indicated that Ms. Rodriguez needed to provide the SEC with certain additional information before the Commission could consider the proposed resolution as to her. Dkt. 120.

On February 13, 2025, the Court issued an Order Modifying Scheduling Order vacating all pretrial deadlines involving Ms. Rodriguez and ordering the SEC to file, by April 15, 2025, either final settlement papers for both Ms. Swensen and Ms. Rodriguez or a further status report. Dkt. 121.

On April 15, 2025, the SEC filed a further status report explaining that the SEC had resolved outstanding issues with respect to the resolutions with both Ms. Swensen and Ms. Rodriguez, and that the SEC's internal approval processes were underway. Dkt. 124. SEC counsel stated that, by May 30, 2025, the SEC would file: (i) as to Ms. Swensen, either (a) a Consent to Final Judgment and a Proposed Final Judgment or (b) a further status report; and (ii) as to Ms.

Rodriguez, either (a) a Stipulation of Dismissal signed by all parties who have appeared, or (b) a further status report. *Id.*

Since April 15, 2025, the SEC has been working through its internal approval processes for the proposed resolutions with Ms. Swensen and Ms. Rodriguez, but the processes are not yet complete. The delay in Commission review has been caused by staffing issues and changes in leadership at the Commission. The SEC expects to be able to file final papers by July 30, 2025.

Accordingly, the SEC will, by July 30, 2025, file: (i) as to Ms. Swensen, either (a) a Consent to Final Judgment and a Proposed Final Judgment or (b) a further status report; and (ii) as to Ms. Rodriguez, either (a) a Stipulation of Dismissal signed by all parties who have appeared, or (b) a further status report.

Dated: May 30, 2025

*/s/ Jason M. Bussey*
Jason M. Bussey
Andrew J. Hefty
Securities and Exchange Commission
Division of Enforcement
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Tel: (415) 705-8152

*Attorney for Plaintiff*
*Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2025, I caused a true and correct copy of the foregoing document to be served via CM/ECF on the following:

Thomas A. Brady
Katherine E. Pepin
Keith M. Woodwell
**CLYDE SNOW & SESSIONS**
One Utah Center
201 S Main St., Suite 2200
Salt Lake City, UT 84111-2216
tab@clydesnow.com
kep@clydesnow.com
kmw@clydesnow.com

*Counsel for Relief Defendant Wendy Swensen*

Raymond N. Malouf
**MALOUF LAW OFFICES**
150 E 200 N-D
Logan, UT 84321
maloutlaw150@gmail.com

*Counsel for Relief Defendant Saria Rodriguez*

Jeremy Adamson
**BUCHALTER, A Professional Corporation**
60 E. South Temple Street, Suite 1200
Salt Lake City, UT 84111
jadamson@buchalter.com

*Counsel for Receiver and Receivership Defendants*

*/s/ Jason M. Bussey*
Jason M. Bussey
