IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>Relief Defendants. | **ORDER GRANTING RECEIVER'S MOTION FOR LEAVE TO FILE LAWSUIT AGAINST THE BANK OF UTAH**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

Now before the court is Receiver Chad S. Pehrson's Motion for Leave to File Lawsuit.[1] Receiver seeks approval to file a lawsuit against the Bank of Utah, which allegedly received funds from the Receivership Defendants without providing reasonably equivalent value. For

---

[1] Dkt. 131, *Motion for Leave to File Complaint against Bank of Utah*.

good cause shown, and pursuant to the court's Order Appointing Receiver,[2] Receiver's Motion is GRANTED.  Receiver may file the requested lawsuit.

SO ORDERED this 10th day of June 2025.

BY THE COURT:

ROBERT J. SHELBY
United States Chief District Judge

---

[2] Dkt. 38, *Order Appointing Receiver* at 13 (providing that, with leave of court to commence litigation, "the Receiver is authorized, empowered and directed to investigate, prosecute, defend, intervene in or otherwise participate in, compromise, and/or adjust actions in any state, federal or foreign court or proceeding of any kind as may in his discretion, and in consultation with Commission counsel, be advisable or proper to recover and/or conserve Receivership Property").