David W. Tufts (8760)
Matthew J. Orme (13323)
Ian M. Kinghorn (17717)
**DENTONS DURHAM JONES PINEGAR P.C.**
111 South Main Street, Ste. 2400
Salt Lake City, Utah 84110-4050
(801) 415-3000
david.tufts@dentons.com
matt.orme@dentons.com
ian.kinghorn@dentons.com

*Attorneys for Defendant Bank of Utah*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| **CHAD PEHRSON**, as Receiver,<br><br>Plaintiff,<br>vs.<br>**BANK OF UTAH**, a Utah corporation,<br><br>Defendant. | NOTICE OF APPEARANCE - DAVID W. TUFTS<br><br>(Ancillary to Case No. 1:22-cv-00135-RJS-DBP – General Order 23-009)<br><br>Civil No. 2:25-cv-0462<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Dustin D. Pead |

NOTICE IS HEREBY GIVEN that David W. Tufts of the law firm of Dentons Durham Jones Pinegar, P.C. hereby appears as counsel for Defendant BANK OF UTAH in the above-captioned matter. Future communications by counsel and the Court should be directed to Mr. Tufts along with Mr. Orme and Mr. Kinghorn at the following:

    Dentons Durham Jones Pinegar P.C.
    111 South Main Street, Suite 2400
    P O Box 4050
    Salt Lake City, UT 84110-4050
    Phone (801) 415-3000
    Fax (801) 415-3500
    david.tufts@dentons.com
    matt.orme@dentons.com
    ian.kinghorn@dentons.com

SL_80271981

DATED: July 7, 2025.        **DENTONS DURHAM JONES PINEGAR P.C.**

*/s/ David W. Tufts*
David W. Tufts
Matthew J. Orme
Ian M. Kinghorn

*Attorneys for Defendant Bank of Utah*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 7, 2025, the foregoing was filed using the Court's electronic filing system, which caused the same to be served on all counsel of record.

                                               */s/ Kristin Hughes*