Jason M. Bussey (California Bar No. 227185)
busseyja@sec.gov
Andrew J. Hefty (California Bar No. 220450)
heftya@sec.gov
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

*Attorneys for Plaintiff Securities and Exchange Commission*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>Relief Defendants. | **STATUS REPORT REGARDING RELIEF DEFENDANT SARIA C. RODRIGUEZ**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

The Securities and Exchange Commission ("SEC") submits the following status report with respect to Relief Defendant Saria C. Rodriguez:

On February 12, 2025, the Parties informed the Court that the SEC and Ms. Rodriguez had reached an agreement in principle to resolve this action as to Ms. Rodriguez, contingent on receipt of certain additional information from Ms. Rodriguez. Dkt. No. 120. The SEC

1

subsequently filed further status reports informing the Court that it was working through its internal approval processes for the resolution with Ms. Rodriguez. Dkt. Nos. 124, 130. The SEC stated that, as to Ms. Rodriguez, it would file by July 30, 2025 either a stipulation of dismissal signed by all parties who have appeared, or a further status report.

The SEC is now prepared to file a stipulation of dismissal as to Ms. Rodriguez, but it recently learned that Ms. Rodriguez's counsel, Raymond N. Malouf, passed away on July 16, 2025. His obituary may be found at the following link: https://www.allenmortuaries.net/obituaries/raymond-malouf. Ms. Rodriguez confirmed via email on July 30, 2025 that she does not have counsel, but she has not yet signed the stipulation of dismissal. Because Rule 41 requires that a stipulation of dismissal be "signed by all parties who have appeared" (Fed. R. Civ. P. 41(a)(1)(A)(ii)), the SEC therefore cannot yet file the stipulation of dismissal. By August 15, 2025, the SEC will file a further status report, a stipulation of dismissal as to Ms. Rodriguez, or a motion requesting that the Court dismiss the claims against Ms. Rodriguez pursuant to Rule 41(a)(2).

Dated: July 30, 2025

/s/ Jason M. Bussey
Jason M. Bussey
Andrew J. Hefty
Securities and Exchange Commission
Division of Enforcement
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Tel: (415) 705-8152

*Attorney for Plaintiff*
*Securities and Exchange Commission*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2025, I caused a true and correct copy of the foregoing document to be served via CM/ECF on Relief Defendant Wendy Swensen, the Receiver, and the Receivership Defendants, and by email and U.S. mail as to Relief Defendant Saria C. Rodriguez.

Thomas A. Brady
Katherine E. Pepin
Keith M. Woodwell
**CLYDE SNOW & SESSIONS**
One Utah Center
201 S Main St., Suite 2200
Salt Lake City, UT 84111-2216
tab@clydesnow.com
kep@clydesnow.com
kmw@clydesnow.com

*Counsel for Relief Defendant Wendy Swensen*

Saria C. Rodriguez
4236 W. Old Miller Court
Salt Lake City, UT 84118
mangosaria101@gmail.com

*Pro Se*

Jeremy Adamson
**BUCHALTER, A Professional Corporation**
60 E. South Temple Street, Suite 1200
Salt Lake City, UT 84111
jadamson@buchalter.com

*Counsel for Receiver and Receivership Defendants*

                                               */s/ Jason M. Bussey*
                                               Jason M. Bussey