Taylor J. Hadfield (17224)
**KUNZLER BEAN & ADAMSON, PC**
50 W. Broadway, 10th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
Email: thadfield@kba.law

*Former Counsel for Receiver Chad Pehrson*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>    Defendants,<br><br>WENDY SWENSEN, an individual; SARIA C. RODRIGUEZ, an individual; WS FAMILY IP, LLC, a Utah limited liability company; WINGMAN, LLC, a Utah limited liability company; and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>    Relief Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br>**(Taylor J. Hadfield)**<br><br>Case No. 1:22-CV-00135-RJS-DBP<br><br>Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

PLEASE TAKE NOTICE that, pursuant to DUCivR 83-1.4(b), Taylor J. Hadfield hereby withdraws his appearance as co-counsel for Receiver Chad Pehrson ("Receiver") and should be removed from the Court's service list in the above-referenced matter. R. Jeremy Adamson and Tucker F. Levis of the law firm BUCHALTER, PC will continue to represent Receiver in this matter, both of which have appeared under DUCivR 83-1.3. The continuing attorneys are aware of and will comply with all pending deadlines, hearings, and trial dates.

DATED: August 5, 2025.

                                              **KUNZLER BEAN & ADAMSON, PC**

                                              */s/ Taylor J. Hadfield*
                                              Taylor J. Hadfield

                                              *Former Counsel for Receiver Chad Pehrson*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2025, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL (Taylor J. Hadfield)** was filed with the Clerk of the Court using the CM/ECF system, which effectuated service on all counsel of recorder.

                                               */s/ Kiersten Slade*
                                               Kiersten Slade