Jason M. Bussey (California Bar No. 227185)
busseyja@sec.gov
Andrew J. Hefty (California Bar No. 220450)
heftya@sec.gov
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

*Attorneys for Plaintiff Securities and Exchange Commission*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>    Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>    Relief Defendants. | **STIPULATION OF DISMISSAL AS TO RELIEF DEFENDANT SARIA C. RODRIGUEZ UNDER FRCP 41(a)(1)(A)(ii)**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

All parties hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to Relief Defendant Saria C. Rodriguez, with each party bearing that party's own attorney's fees and costs.

Dated: August 6, 2025

/s/ Jason M. Bussey
Jason M. Bussey
Andrew J. Hefty
Securities and Exchange Commission
Division of Enforcement
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Tel: (415) 705-8152

*Attorney for Plaintiff*
*Securities and Exchange Commission*

/s/ Jeremy Adamson[1]
Jeremy Adamson

*Counsel for Receiver Chad Pehrson and the Receivership Defendants*

/s/ Thomas A. Brady[2]
Thomas A. Brady

*Counsel for Relief Defendant Wendy Swensen*

/s/ Saria C. Rodriguez[3]
Saria C. Rodriguez

*Pro Se*

---

[1] By Jason Bussey with permission from Jeremy Adamson.

[2] By Jason Bussey with permission from Thomas Brady.

[3] By Jason Bussey with permission from Saria C. Rodriguez.

# CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, I caused a true and correct copy of the foregoing document to be served via CM/ECF on Relief Defendant Wendy Swensen, the Receiver, and the Receivership Defendants, and by email and U.S. mail as to Relief Defendant Saria C. Rodriguez.

Thomas A. Brady
Katherine E. Pepin
Keith M. Woodwell
**CLYDE SNOW & SESSIONS**
One Utah Center
201 S Main St., Suite 2200
Salt Lake City, UT 84111-2216
tab@clydesnow.com
kep@clydesnow.com
kmw@clydesnow.com

*Counsel for Relief Defendant Wendy Swensen*

Saria C. Rodriguez
4236 W. Old Miller Court
Salt Lake City, UT 84118
mangosaria101@gmail.com

*Pro Se*

Jeremy Adamson
**BUCHALTER, A Professional Corporation**
60 E. South Temple Street, Suite 1200
Salt Lake City, UT 84111
jadamson@buchalter.com

*Counsel for Receiver and Receivership Defendants*

        */s/ Jason M. Bussey*
        Jason M. Bussey