# EXHIBIT B

R. JEREMY ADAMSON (UTAH SBN 12818)
TUCKER F. LEVIS (UTAH SBN 17793)
**BUCHALTER**, A Professional Corporation
60 E. South Temple Street, Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 401-8625
Email: jadamson@buchalter.com
Email: tlevis@buchalter.com

*Attorneys for Receiver, Chad Pehrson*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>Relief Defendants. | **ORDER GRANTING MOTION TO APPROVE RECEIVER'S SETTLEMENT AGREEMENT WITH JASON KIMBER**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

Before the Court is the Motion of Chad S. Pehrson, the Court-appointed Receiver (the

"Receiver") for the assets of the Estate of Stephen Romney Swensen (the "Receivership Estate"),

requesting approval of the Settlement Agreement and General Release (the "Settlement

Agreement") entered into between the Receiver and Jason Kimber ("Mr. Kimber").

1

The Court has reviewed the Motion, the attached Settlement Agreement, and the relevant pleadings and finds good cause to grant the relief requested.

**IT IS HEREBY ORDERED THAT:**

1. The Receiver's Motion to Approve the Settlement Agreement is **GRANTED**.

2. The Settlement Agreement between the Receiver and Mr. Kimber, attached to the Motion as Exhibit A, is APPROVED in its entirety.

3. The Receiver is authorized to take all steps necessary to consummate the settlement in accordance with the terms of the Settlement Agreement.

4. This Order shall constitute a final order for purposes of determining the Effective Date of the Settlement Agreement.

**IT IS SO ORDERED.**

**DATED this ___ day of August 2025.**

_____