IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>      Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>      Relief Defendants. | **ORDER GRANTING MOTION TO APPROVE RECEIVER'S SETTLEMENT AGREEMENT WITH JASON KIMBER**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Jared C. Bennett |

The court is in receipt of Receiver Chad Pehrson's Motion to Approve Settlement Agreement.[1] The court has reviewed the Motion, the attached Settlement Agreement, and the relevant pleadings and finds good cause to grant the relief requested. IT IS HEREBY ORDERED THAT:

1. The Receiver's Motion to Approve the Settlement Agreement is GRANTED.[2]

2. The Settlement Agreement between the Receiver and Kimber, attached to the Motion as Exhibit A, is APPROVED in its entirety.[3]

---

[1] Dkt. 142, *Receiver's Motion to Approve Receiver's Settlement Agreement with Jason Kimber* (*Motion*).

[2] *Id.*

[3] Dkt. 142-1, *Settlement Agreement and General Release*.

3.   The Receiver is authorized to take all steps necessary to consummate the settlement in accordance with the terms of the Settlement Agreement.

4.   This Order shall constitute a final order for purposes of determining the Effective Date of the Settlement Agreement.

SO ORDERED this 2nd day of September 2025.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge