Jason M. Bussey (California Bar No. 227185)
busseyja@sec.gov
Andrew J. Hefty (California Bar No. 220450)
heftya@sec.gov
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

*Attorneys for Plaintiff Securities and Exchange Commission*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>Relief Defendants. | **STATUS REPORT FOR RECEIVERSHIP DEFENDANTS**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

1

Plaintiff Securities and Exchange Commission ("SEC") submits the following status report:

On November 8, 2024, the Court vacated all pretrial deadlines as to Defendants the Estate of Stephen Romney Swensen and Crew Capital Group, LLC, and Relief Defendants WS Family IP, LLC, Wingman, LLC, and Swensen Capital, LLC ("Receivership Defendants") to permit the Receiver additional time to marshal any assets of the Receivership Defendants. Dkt. No. 109. The Court further ordered that "[t]he SEC shall file by February 4, 2025 a status report to update the Court on the anticipated timeline for resolution of the SEC claims against the Receivership Defendants." *Id.* On February 4, 2025, the SEC provided a status report as to the Receivership Defendants in which it stated that it would, by May 5, 2025, provide a further update. On May 5, 2025, the SEC provided a status report as to the Receivership Defendants in which it stated it would, by August 5, 2025, provide a further update. In late July and early August 2025, the SEC was engaged in the process of obtaining the Court's approval of Final Judgment as to Relief Defendant Wendy Swensen (Dkt. Nos. 136 and 138) and a Stipulation of Dismissal as to Relief Defendant Saria C. Rodriguez (Dkt. No. 140), and thus did not file a further update as to the Receivership Defendants by August 5, 2025. It does so now.

On September 9, 2025, the Receiver provided the SEC the following update:

"The Receiver provided each investor with a final opportunity to provide documentation addressing current discrepancies or holes in the information currently available to the Receiver. In response, the Receiver received additional information from some of the investors. The Receiver and his professionals are in the process of drafting a motion for approval of a distribution model for distributing funds in the Receivership Estate to investors with losses. The Receiver and his

professionals are also preparing a request for approval of an interim distribution to investors. The Receiver anticipates filing both of those requests by September 30, 2025.

The Receiver was able to sell wingman.com for $175,000 minus escrow costs.

The Receiver continues to work to recover investor funds that were donated by Mr. Swensen to a charitable organization.

The Receiver obtained leave from the court to file claims against Bank of Utah. That lawsuit has been filed, seeking a return of investor funds improperly paid to Bank of Utah. Bank of Utah's response to the lawsuit is due September 16, 2025.

The Receiver continues to work toward the sale of a small business owned by the Receivership Estate."

In light of these ongoing efforts by the Receiver, the SEC will file, by November 10, 2025, a further status report as to the Receivership Defendants.

Dated: September 9, 2025

/s/ Andrew J. Hefty
Andrew J. Hefty
Jason M. Bussey
Securities and Exchange Commission
Division of Enforcement
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Tel: (415) 705-8123

*Attorneys for Plaintiff*
*Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2025, I caused a true and correct copy of the foregoing document to be served via CM/ECF on the following:

Thomas A. Brady
Katherine E. Pepin
Keith M. Woodwell
**CLYDE SNOW & SESSIONS**
One Utah Center
201 S Main St., Suite 2200
Salt Lake City, UT 84111-2216
tab@clydesnow.com
kep@clydesnow.com
kmw@clydesnow.com

*Counsel for Relief Defendant Wendy Swensen*

Chad Pehrson
**KUNZLER BEAN & ADAMSON**
50 W Broadway, Suite 1000
Salt Lake City, UT 84101
cperhson@kba.law

*Receiver*

Jeremy Adamson
**BUCHALTER, A Professional Corporation**
60 E. South Temple Street, Suite 1200
Salt Lake City, UT 84111
jadamson@buchalter.com

*Counsel for Receiver and Receivership Defendants*

                                        */s/ Andrew J. Hefty*
                                        Andrew J. Hefty