# EXHIBIT B

# Sage

## FORENSIC ACCOUNTING

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400 • Facsimile 801.328.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

October 31, 2024

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:** 22903

In Reference To:  *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/1/2024 | THJ | Tracing and reconciling insurance payments | 1.62 | 161.67 |
|  | THJ | Tracing and reconciling insurance payments | 1.52 | 151.67 |
|  | THJ | Reviewing and indexing case materials | 0.48 | 48.33 |
|  | THJ | Tracing and reconciling insurance payments | 2.05 | 205.00 |
|  | THJ | Tracing and researching investor transactions | 0.63 | 63.33 |
|  | CWD | Review investor question are responses; edit tracing | 1.55 | 426.25 |
| 10/2/2024 | THJ | Tracing and researching investor transactions | 1.43 | 143.33 |
|  | THJ | Tracing and researching investor transactions | 1.65 | 165.00 |
|  | THJ | Tracing and researching investor transactions | 0.25 | 25.00 |
|  | THJ | Tracing and categorizing investor transactions | 1.58 | 158.33 |
|  | THJ | Tracing and categorizing investor transactions | 0.17 | 16.67 |

*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*    Page   2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/3/2024 | THJ | Tracing and researching investor transactions | 1.65 | 165.00 |
|  | THJ | Tracing and reconciling insurance transactions | 0.65 | 65.00 |
|  | CWD | Review and edit insurance tracing | 1.62 | 444.58 |
| 10/4/2024 | THJ | Reviewing items completed and discuss items to complete with CWD | 0.22 | 21.67 |
|  | CWD | Update insurance tracing; discuss with THJ | 0.83 | 229.17 |
| 10/6/2024 | CWD | Review and edit investor tracing schedules and summaries | 3.13 | 861.67 |
| 10/11/2024 | CWD | Prep and send investor database to counsel | 0.78 | 215.42 |
| 10/15/2024 | THJ | Tracing and researching investor transactions | 0.78 | 78.33 |
|  | THJ | Tracing and researching investor transactions | 0.40 | 40.00 |
|  | THJ | Tracing and researching investor transactions | 0.30 | 30.00 |
| 10/16/2024 | THJ | Tracing and researching investor transactions | 0.43 | 43.33 |
|  | CWD | Review produced investor update; send counsel missing records list | 0.22 | 59.58 |
| 10/22/2024 | THJ | Tracing and researching investor transactions | 2.05 | 205.00 |
|  | THJ | Tracing and researching investor transactions | 1.22 | 121.67 |
|  | THJ | Tracing and researching investor transactions | 0.38 | 38.33 |
|  | THJ | Tracing and researching investor transactions | 1.23 | 123.33 |
| 10/25/2024 | THJ | Reviewing and indexing case materials | 0.20 | 20.00 |
| 10/28/2024 | THJ | Tracing and researching investor transactions | 0.77 | 76.67 |
|  | THJ | Discussing work plan with CWD | 0.07 | 6.67 |
|  | THJ | Tracing and researching investor transactions | 0.90 | 90.00 |



*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*        Page   3

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 30.76 | $4,500.00 |

Interest accrues monthly on balance not paid after 30 days.

### **Professional Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Clint Davis | 8.13 | 275.00 | $2,236.67 |
| Trevor Jones | 22.63 | 100.00 | $2,263.33 |

# Sage

## FORENSIC ACCOUNTING

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400 • Facsimile 801.328.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

November 30, 2024

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:**  23032

In Reference To:   *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/19/2024 | THJ | Tracing and researching investor transactions | 1.25 | 125.00 |
| | THJ | Tracing and researching investor transactions | 0.40 | 40.00 |
| | THJ | Tracing and researching investor transactions | 0.18 | 18.33 |
| 11/20/2024 | THJ | Tracing and researching investor transactions | 0.77 | 76.67 |
| 11/25/2024 | THJ | Tracing and reconciling investor transactions | 0.25 | 25.00 |
| | THJ | Tracing and reconciling investor transactions | 0.17 | 16.67 |
| | THJ | Discussing work plan with CWD | 0.58 | 58.33 |
| | CWD | Review investor update with THJ; Review fund disbursement options | 0.82 | 224.58 |
| 11/26/2024 | THJ | Tracing and researching investor transactions | 1.25 | 125.00 |
| | THJ | Tracing and researching investor transactions | 0.13 | 13.33 |
| | THJ | Tracing and researching investor transactions | 0.57 | 56.67 |

Sage
FORENSIC ACCOUNTING

*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*                    Page   2

|            |     |                                    | Hours | Amount     |
|------------|-----|------------------------------------|-------|------------|
| 11/26/2024 | THJ | Meeting with clients               | 0.37  | 36.67      |
|            | CWD | Review analysis; call with counsel | 0.95  | 261.25     |

|                                    | Hours | Amount     |
|------------------------------------|-------|------------|
| For professional services rendered | 7.69  | $1,077.50  |
| Interest on overdue balance        |       | $128.77    |
| Total amount of this bill          |       | $1,206.27  |

Interest accrues monthly on balance not paid after 30 days.

### Professional Summary

| Name         | Hours | Rate   | Amount   |
|--------------|-------|--------|----------|
| CWD          | 1.77  | 275.00 | $485.83  |
| Trevor Jones | 5.92  | 100.00 | $591.67  |

# Sage

### FORENSIC ACCOUNTING

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400 • Facsimile 801.328.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

December 31, 2024

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:** 23150

In Reference To: *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

|            |      |                                                        | Hours | Amount |
|------------|------|--------------------------------------------------------|-------|--------|
| 12/2/2024  | THJ  | Reviewing and indexing case materials                  | 0.08  | 8.33   |
|            | THJ  | Tracing and researching support for investor transactions | 1.52  | 151.67 |
|            | THJ  | Tracing and researching support for investor transactions | 1.12  | 111.67 |
|            | THJ  | Tracing and researching support for investor transactions | 0.13  | 13.33  |
|            | THJ  | Tracing and researching support for investor transactions | 1.18  | 118.33 |
| 12/3/2024  | THJ  | Tracing and researching support for investor transactions | 2.33  | 233.33 |
|            | CWD  | Review updated tracing; add notes for edits            | 1.07  | 293.33 |
|            | CWD  | Review, edit, and send updated investor summary        | 0.83  | 229.17 |
| 12/10/2024 | THJ  | Reviewing and indexing case materials                  | 0.07  | 6.67   |
|            | THJ  | Reviewing and indexing case materials                  | 0.08  | 8.33   |
| 12/11/2024 | THJ  | Reviewing and downloading case materials               | 0.15  | 15.00  |

Sage
FORENSIC ACCOUNTING

*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*          Page   2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/12/2024 | THJ | Tracing and researching support for investor transactions | 0.70 | 70.00 |
| 12/17/2024 | CWD | Review investor summaries; prep notes regarding counsel's request | 0.75 | 206.25 |
|  | CWD | Review investor summaries; prep notes regarding counsel's request | 0.93 | 256.67 |
| 12/19/2024 | THJ | Tracing and researching support for investor transactions | 0.37 | 36.67 |
|  | THJ | Tracing and researching support for investor transactions | 0.13 | 13.33 |
|  | CWD | Review notes and respond to request from counsel | 0.22 | 59.58 |

|  |  |  |
|---|---|---|
| For professional services rendered | 11.66 | $1,831.66 |
| Interest on overdue balance |  | $155.69 |
| Total amount of this bill |  | $1,987.35 |

Interest accrues monthly on balance not paid after 30 days.

### Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CWD | 3.80 | 275.00 | $1,045.00 |
| THJ | 7.86 | 100.00 | $786.66 |



# Sage

## FORENSIC ACCOUNTING

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400 • Facsimile 801.328.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

January 31, 2025

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:**  23334

In Reference To:  *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/15/2025 | THJ | Reviewing and indexing case materials; add investor notes to tracing | 0.30 | 37.50 |
|  | THJ | Reviewing and indexing case materials; add investor notes to tracing | 0.05 | 6.25 |
|  | THJ | Tracing and researching investor transactions | 2.15 | 268.75 |
|  | PEG | Reviewing and follow-up on work plan progress | 0.08 | 6.25 |
| 1/16/2025 | THJ | Tracing and researching investor transactions | 1.70 | 212.50 |
|  | THJ | Tracing and researching investor transactions | 1.60 | 200.00 |
|  | THJ | Tracing and researching investor transactions | 2.18 | 272.92 |
|  | THJ | Tracing and researching investor transactions | 0.47 | 58.33 |
|  | THJ | Tracing and researching investor transactions | 0.98 | 122.92 |
|  | PEG | Reviewing and follow-up on work plan progress | 0.08 | 6.25 |

Sage
FORENSIC ACCOUNTING

*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*    Page   2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/16/2025 | CWD | Review and research net winner inquiry from counsel; discuss research with THJ | 0.23 | 70.00 |
|  | CWD | Research net winner/loser inquiry; update tracing | 0.95 | 285.00 |
| 1/20/2025 | PEG | Reviewing and follow-up on work plan progress | 0.08 | 6.25 |
| 1/21/2025 | THJ | Tracing and researching investor transactions | 0.72 | 89.58 |
|  | PEG | Reviewing and follow-up on work plan progress | 0.08 | 6.25 |
|  | CWD | Review records and tracing; direct tasks for THJ | 0.37 | 110.00 |
|  | CWD | Review investor inquiry; correspondence with counsel | 2.50 | 750.00 |
| 1/22/2025 | PEG | Reviewing and follow-up on work plan progress | 0.08 | 6.25 |
| 1/23/2025 | PEG | Reviewing and follow-up on work plan progress | 0.08 | 6.25 |
| 1/24/2025 | PEG | Reviewing and follow-up on work plan progress | 0.08 | 6.25 |
| 1/27/2025 | THJ | Tracing and researching investor transactions | 0.78 | 97.92 |
|  | THJ | Tracing and researching investor transactions; incorporate into analysis | 0.63 | 79.17 |
|  | THJ | Tracing and researching investor transactions; incorporate into analysis | 0.52 | 64.58 |
|  | THJ | Tracing and researching investor transactions; incorporate into analysis | 0.10 | 12.50 |
| 1/28/2025 | PEG | Reviewing and follow-up on work plan progress | 0.08 | 6.25 |
|  | THJ | Reviewing and indexing case materials; discuss with CWD | 0.57 | 70.83 |
|  | CWD | Review additional records and discuss update with THJ; correspondence with counsel | 0.45 | 135.00 |
| 1/29/2025 | PEG | Reviewing and follow-up on work plan progress | 0.08 | 6.25 |
|  | PEG | Reviewing and follow-up on work plan progress | 0.17 | 12.50 |

**Sage**
FORENSIC ACCOUNTING

*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*    Page    3

|   |   |   | Hours | Amount |
|---|---|---|---|---|
| 1/30/2025 | THJ | Reviewing and indexing case materials | 0.12 | 14.58 |
|  | THJ | Meeting with client | 0.50 | 62.50 |
|  | THJ | Preparing damage analysis model; discuss with CWD | 0.32 | 39.58 |
|  | CWD | Review updated tracing; discuss with THJ | 1.00 | 300.00 |
|  | CWD | Review updated tracing; discuss with THJ | 0.47 | 140.00 |
|  | CWD | Call with counsel | 0.45 | 135.00 |
|  | CWD | Prep updates for counsel | 1.05 | 315.00 |
|  | CWD | Prep updates for counsel | 0.58 | 175.00 |
| 1/31/2025 | PEG | Reviewing and follow-up on work plan progress | 0.08 | 6.25 |

|  |  | Hours | Amount |
|---|---|---|---|
| For professional services rendered | | 22.71 | $4,200.41 |
| Interest on overdue balance | | | $133.27 |
| Total amount of this bill | | | $4,333.68 |

Interest accrues monthly on balance not paid after 30 days.

**Professional Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CWD | 8.05 | 300.00 | $2,415.00 |
| PEG | 0.97 | 75.00 | $75.00 |
| THJ | 13.69 | 125.00 | $1,710.41 |

# Sage

## FORENSIC ACCOUNTING

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400 • Facsimile 801.328.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

February 28, 2025

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:** 23458

In Reference To:  *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/5/2025 | THJ | Tracing and researching investor transactions | 0.38 | 47.92 |
|  | THJ | Discussing work plan with CWD | 0.17 | 20.83 |
|  | THJ | Discussing work plan with CWD | 0.23 | 29.17 |
|  | THJ |  | 1.37 | 170.83 |
|  | THJ | Preparing and updating tracing model | 1.45 | 181.25 |
|  | CWD | Review tracing update; discuss edits with THJ | 0.92 | 275.00 |
| 2/6/2025 | THJ | Preparing and updating tracing model | 1.30 | 162.50 |
|  | THJ | Preparing and updating tracing model | 1.67 | 208.33 |
|  | THJ | Preparing and updating tracing model | 0.13 | 16.67 |
|  | PEG | Reviewing and follow-up on work plan progress | 0.17 | 12.50 |
| 2/13/2025 | PEG | Review correspondences; update tasks accordingly | 0.08 | 6.25 |
| 2/14/2025 | PEG | Review correspondences; update tasks accordingly | 0.08 | 6.25 |

Sage
FORENSIC ACCOUNTING

*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*          Page  2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/14/2025 | CWD | Prep summaries for counsel inquiry | 0.48 | 145.00 |
| 2/18/2025 | CWD | Review and respond to counsel inquiry | 0.38 | 115.00 |
| 2/19/2025 | PEG | Reviewing current work plan items due; follow-up with staff on completion; update work plan progress and items completed; update and assign additional items | 0.08 | 6.25 |
| 2/22/2025 | PEG | Reviewing communications; reviewing work plan updates; updating assignments and items for staff to complete | 0.08 | 6.25 |
| 2/24/2025 | PEG | Reviewing communications; reviewing work plan updates; updating assignments and items for staff to complete | 0.08 | 6.25 |
| 2/28/2025 | PEG | Reviewing and follow-up on work plan progress | 0.08 | 6.25 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 9.13 | $1,422.50 |
| Interest on overdue balance | | $110.45 |
| Total amount of this bill | | $1,532.95 |

Interest accrues monthly on balance not paid after 30 days.

## Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CWD | 1.78 | 300.00 | $535.00 |
| PEG | 0.65 | 75.00 | $50.00 |
| THJ | 6.70 | 125.00 | $837.50 |

# Sage

## FORENSIC ACCOUNTING

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400 • Facsimile 801.328.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

March 31, 2025

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:** 23607

In Reference To: *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/19/2025 | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 6.25 |
| 3/24/2025 | THJ | Meeting with counsel | 0.18 | 22.92 |
|  | CWD | Call with counsel; update tasks for additional analysis | 0.20 | 60.00 |
|  | CWD | Review analysis and prep items for distribution calculation | 0.38 | 115.00 |
| 3/25/2025 | THJ | Reviewing work plan with CWD | 0.25 | 31.25 |
|  | THJ | Reviewing and summarizing investor transactions; update tracing | 1.10 | 137.50 |
|  | THJ | Reviewing and summarizing investor transactions; update tracing | 1.18 | 147.92 |
|  | THJ | Reviewing and summarizing investor transactions; update tracing; update tracing | 0.68 | 85.42 |
| 3/26/2025 | THJ | Researching and summarizing investor transactions; update tracing | 0.82 | 102.08 |
| 3/27/2025 | CWD | Research inquiry from counsel | 0.37 | 110.00 |

Sage
FORENSIC ACCOUNTING

*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*                    Page   2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/29/2025 THJ | | Reviewing and researching investor transactions; update tracing | 2.58 | 322.92 |
| | THJ | Reviewing and researching investor transactions; update tracing | 0.43 | 54.17 |
| 3/30/2025 PEG | | Reviewing responses from CWD and updating work plan items | 0.13 | 10.00 |
| | | For professional services rendered | 8.38 | $1,205.43 |
| | | Interest on overdue balance | | $36.13 |
| | | Total amount of this bill | | $1,241.56 |

Interest accrues monthly on balance not paid after 30 days.

### Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CWD | 0.95 | 300.00 | $285.00 |
| PEG | 0.21 | 75.00 | $16.25 |
| THJ | 7.22 | 125.00 | $904.18 |

# Sage

### FORENSIC ACCOUNTING

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

April 30, 2025

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:** 23726

In Reference To: *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 4/1/2025 | THJ | Reviewing work plan with CWD | 0.05 | 6.25 |
|  | CWD | Discuss investor tracing update with THJ | 0.10 | 30.00 |
| 4/2/2025 | PEG | Reviewing and follow-up with THJ on work plan progress | 0.08 | 6.25 |
| 4/3/2025 | CWD | Edit investor summary | 0.97 | 290.00 |
|  | CWD | Edit investor summary | 0.67 | 200.00 |
|  | CWD | Edit investor summary | 1.77 | 530.00 |
| 4/4/2025 | THJ | Preparing net winner/loser | 1.72 | 214.58 |
|  | THJ | Preparing net winner/loser | 1.10 | 137.50 |
|  | THJ | Preparing net winner/loser | 1.77 | 220.83 |
|  | THJ | Preparing net winner/loser | 0.50 | 62.50 |
|  | CWD | Review and send updated investor tracing summaries | 0.67 | 200.00 |
|  | PEG | Reviewing and follow-up with THJ on work plan progress | 0.08 | 6.25 |

*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*    Page 2

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/7/2025 | THJ | Reviewing and downloading case materials | 0.07 | 8.33 |
| | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 6.25 |
| | CWD | Review additional investor records; prep tasks for updated tracing | 0.42 | 125.00 |
| 4/9/2025 | THJ | Tracing and reconciling investor transactions | 0.87 | 108.33 |
| 4/10/2025 | PEG | Reviewing responses from client and updating work plan items | 0.08 | 6.25 |
| 4/14/2025 | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 6.25 |
| 4/16/2025 | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 6.25 |
| | THJ | Meeting with clients | 0.28 | 35.42 |
| | CWD | Call with counsel | 0.45 | 135.00 |
| 4/17/2025 | THJ | Creating and summarizing transaction details | 1.20 | 150.00 |
| 4/18/2025 | THJ | Creating and summarizing investor transactions | 0.15 | 18.75 |
| | THJ | Creating and summarizing investor transactions | 1.67 | 208.33 |
| | THJ | Creating and summarizing investor transactions | 0.55 | 68.75 |
| | THJ | Creating and summarizing investor transactions | 0.82 | 102.08 |
| 4/21/2025 | THJ | Creating and summarizing investor transaction details | 0.70 | 87.50 |
| | THJ | Creating and summarizing investor transaction details | 0.93 | 116.67 |
| | CWD | Review updated investor summaries and discuss additions | 0.37 | 110.00 |
| 4/22/2025 | THJ | Creating and summarizing investor transaction details | 1.30 | 162.50 |
| | CWD | Review updated investor summaries and discuss additions | 0.57 | 170.00 |
| 4/24/2025 | PEG | Reviewing communications; reviewing work plan updates; updating assignments and items for staff to complete | 0.08 | 6.25 |

| | | | | |
|---|---|---|---|---|
| | For professional services rendered | | 20.23 | $3,542.07 |



*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*          Page   3

Interest accrues monthly on balance not paid after 30 days.

### Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CWD | 5.99 | 300.00 | $1,790.00 |
| PEG | 0.56 | 75.00 | $43.75 |
| THJ | 13.68 | 125.00 | $1,708.32 |

# Sage

## FORENSIC ACCOUNTING

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

May 31, 2025

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:** 23903

In Reference To: *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/1/2025 | PEG | Reviewing and follow-up with CWD on work plan progress | 0.08 | 6.25 |
| 5/2/2025 | THJ | Reviewing and researching investor support transactions and tracing update net winners and losers | 0.98 | 122.92 |
|  | THJ | Reviewing and researching investor transactions and tracing update net winners and losers | 0.80 | 100.00 |
|  | CWD | Review THJ updates and correspond with counsel and tracing update net winners and losers | 0.30 | 90.00 |
| 5/6/2025 | THJ | Reviewing and researching investor information and tracing update net winners and losers | 0.50 | 62.50 |
|  | THJ | Reviewing and researching investor information | 0.82 | 102.08 |
|  | THJ | Reviewing and researching investor information and tracing update net winners and losers | 0.93 | 116.67 |
|  | THJ | Reviewing and researching investor information and tracing update net winners and losers | 0.33 | 41.67 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 5/7/2025 | THJ | Reviewing and researching investor information and tracing update net winners and losers | 0.55 | 68.75 |
| | THJ | Reviewing and researching investor information | 1.20 | 150.00 |
| | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 6.25 |
| | CWD | Review THJ analysis and edit and send to counsel | 0.47 | 140.00 |
| 5/14/2025 | THJ | Reviewing additional investor documents needed | 0.18 | 22.92 |
| | CWD | Review tracing; prep investor record request for counsel | 0.30 | 90.00 |
| 5/15/2025 | THJ | Tracing and researching investor information | 0.12 | 14.58 |
| | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 6.25 |
| 5/19/2025 | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 6.25 |
| 5/21/2025 | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 6.25 |
| | CWD | Review updated investor records; discuss updates with THJ | 0.42 | 125.00 |
| 5/22/2025 | THJ | Reviewing and downloading case materials; update investor tracing | 0.18 | 22.92 |
| | THJ | Tracing and researching investor transactions; edit tracing schedules | 1.17 | 145.83 |
| | THJ | Tracing and researching investor transactions; edit tracing schedules | 0.83 | 104.17 |
| 5/23/2025 | THJ | Reviewing and tracing investor transactions; edit tracing schedules | 1.48 | 185.42 |
| | THJ | Reviewing and tracing investor transactions; edit tracing schedules | 0.83 | 104.17 |
| | THJ | Reviewing and tracing investor transactions; edit tracing schedules | 0.93 | 116.67 |
| | THJ | Reviewing and tracing investor transactions; edit tracing schedules | 0.80 | 100.00 |

Sage
FORENSIC ACCOUNTING

*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*                    Page   3

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/24/2025 | THJ | Tracing and reviewing investor transactions; edit tracing schedules | 1.00 | 125.00 |
| | THJ | Tracing and reviewing investor transactions; edit tracing schedules | 1.08 | 135.42 |
| 5/27/2025 | THJ | Reviewing work plan with CWD | 0.20 | 25.00 |
| | THJ | Reviewing and indexing case materials; update net winner/loser tracing schedules | 0.50 | 62.50 |
| | PEG | Reviewing responses from THJ and updating work plan items | 0.08 | 6.25 |
| 5/29/2025 | THJ | Reviewing and downloading case materials; update net winner/loser tracing schedules | 0.05 | 6.25 |
| | CWD | Review new records and discuss needs with THJ | 0.48 | 145.00 |
| 5/30/2025 | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 6.25 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 17.99 | $2,569.19 |

Interest accrues monthly on balance not paid after 30 days.

### **Professional Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CWD | 1.97 | 300.00 | $590.00 |
| PEG | 0.56 | 75.00 | $43.75 |
| THJ | 15.46 | 125.00 | $1,935.44 |

# Sage

## F O R E N S I C   A C C O U N T I N G

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

June 30, 2025

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:** 24032

In Reference To: *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/2/2025 | CWD | Review and organize additional records received; prep tasks for responses to investor inquiries | 1.88 | 565.00 |
| | CWD | Review investor tracing and respond to investor inquiries | 0.93 | 280.00 |
| 6/3/2025 | THJ | Tracing and researching support for investor transactions | 0.72 | 89.58 |
| | THJ | Reviewing work plan with CWD | 0.17 | 20.83 |
| | THJ | Tracing and researching support for investor transactions | 0.95 | 118.75 |
| | THJ | Tracing and researching support for investor transactions | 1.48 | 185.42 |
| | PEG | Reviewing responses from counsel and updating work plan items | 0.08 | 6.25 |
| | CWD | Discuss progress with THJ | 0.22 | 65.00 |
| | CWD | Review updated records and task additional analysis | 0.28 | 85.00 |
| 6/5/2025 | THJ | Tracing and researching investor support for transactions | 1.72 | 214.58 |
| | THJ | Tracing and researching investor support for transactions | 1.83 | 229.17 |

Sage
FORENSIC ACCOUNTING

*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*                    Page 2

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/5/2025 | THJ | Tracing and researching investor support for transactions | 1.12 | 139.58 |
| | THJ | Tracing and researching investor support for transactions | 1.08 | 135.42 |
| 6/6/2025 | THJ | Tracing and researching investor support for transactions | 1.08 | 135.42 |
| | THJ | Tracing and researching investor support for transactions | 0.38 | 47.92 |
| | THJ | Tracing and researching investor support for transactions | 1.77 | 220.83 |
| | THJ | Tracing and researching investor support for transactions | 1.08 | 135.42 |
| | THJ | Tracing and researching investor support for transactions | 0.92 | 114.58 |
| 6/9/2025 | PEG | Reviewing responses from counsel and updating work plan items | 0.08 | 6.25 |
| 6/10/2025 | PEG | Reviewing responses from CWD and counsel and updating work plan items | 0.13 | 10.00 |
| 6/12/2025 | CWD | Record review; task additional analysis | 0.75 | 225.00 |
| 6/13/2025 | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 6.25 |
| 6/18/2025 | CWD | Review investor summaries and forward per counsel's request | 0.22 | 65.00 |
| 6/24/2025 | THJ | Review work plan with CWD | 0.05 | 6.25 |
| | CWD | Discuss update with THJ; add tasks for counsel request | 0.40 | 120.00 |
| | CWD | Review work plan with THJ | 0.05 | 15.00 |
| 6/25/2025 | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 6.25 |
| 6/26/2025 | THJ | Tracing and researching investor support for transactions | 0.98 | 122.92 |
| | THJ | Tracing and researching investor support for transactions | 1.45 | 181.25 |
| 6/27/2025 | THJ | Tracing and researching investor support for transactions | 1.80 | 225.00 |
| 6/30/2025 | THJ | Tracing and researching investor support for transactions | 0.87 | 108.33 |
| | THJ | Tracing and researching investor support for transactions | 1.65 | 206.25 |
| | THJ | Tracing and researching investor support for transactions | 0.88 | 110.42 |



*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*          Page   3

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 6/30/2025 | THJ | Tracing and researching investor support for transactions | 0.60 | 75.00 |
|  | PEG | Reviewing and follow-up with CWD on work plan progress | 0.08 | 6.25 |

|  | For professional services rendered | 27.84 | $4,284.17 |
|---|---|---|---|

Interest accrues monthly on balance not paid after 30 days.

### Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CWD | 4.73 | 300.00 | $1,420.00 |
| PEG | 0.53 | 75.00 | $41.25 |
| THJ | 22.58 | 125.00 | $2,822.92 |

# Sage

## FORENSIC   ACCOUNTING

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

July 31, 2025

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:** 24180

In Reference To: *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/1/2025 | THJ | Researching and tracing records to built data and adding to net loser analysis | 1.43 | 179.17 |
|  | THJ | Tracing and researching investor transactions; researching and tracing records to built data and adding to net loser analysis | 0.47 | 58.33 |
|  | THJ | Tracing and researching investor transactions; researching and tracing records to built data and adding to net loser analysis | 1.17 | 145.83 |
|  | THJ | Reviewing work plan with CWD | 0.22 | 27.08 |
|  | THJ | Tracing and researching investor transactions; researching and tracing records to built data and adding to net loser analysis | 0.30 | 37.50 |
|  | THJ | Tracing and researching investor transactions; researching and tracing records to built data and adding to net loser analysis | 0.67 | 83.33 |
|  | PEG | Reviewing responses from THJ and updating work plan items | 0.08 | 6.25 |
|  | CWD | Discuss tracing update with THJ | 0.45 | 135.00 |
| 7/2/2025 | THJ | Researching and tracing investor records to bank records and updating net loser analysis | 1.47 | 183.33 |

Sage
FORENSIC ACCOUNTING

*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*    Page   2

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 7/2/2025 | THJ | Researching and tracing investor records to bank records and updating net loser analysis | 2.37 | 295.83 |
| | THJ | Researching and tracing investor records to bank records and updating net loser analysis | 0.77 | 95.83 |
| | THJ | Researching and tracing investor records to bank records and updating net loser analysis | 1.45 | 181.25 |
| | THJ | Researching and tracing investor records to bank records and updating net loser analysis | 0.75 | 93.75 |
| | THJ | Reviewing work plan with CWD | 0.62 | 77.08 |
| | CWD | Review investor tracing update; add tasks to finalize | 0.88 | 265.00 |
| 7/3/2025 | THJ | Researching and tracing investor records to bank records and updating net loser analysis | 1.50 | 187.50 |
| | THJ | Researching and tracing investor records to bank records and updating net loser analysis | 1.62 | 202.08 |
| | THJ | Researching and tracing investor records to bank records and updating net loser analysis | 0.55 | 68.75 |
| | THJ | Reviewing work plan with CWD | 0.77 | 95.83 |
| | THJ | Reviewing and updating analysis schedules | 3.35 | 418.75 |
| | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 6.25 |
| | CWD | Review and edit tracing with THJ | 0.85 | 255.00 |
| 7/8/2025 | THJ | Reviewing items completed and discuss items to complete with CWD | 0.47 | 58.33 |
| | CWD | Review updates and continued workplan with THJ | 0.37 | 110.00 |
| 7/14/2025 | PEG | Reviewing responses from counsel and updating work plan items | 0.08 | 6.25 |
| 7/16/2025 | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 6.25 |
| 7/21/2025 | PEG | Reviewing communications; reviewing work plan updates; updating assignments and items for staff to complete | 0.08 | 6.25 |

Sage
FORENSIC ACCOUNTING

*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*                    Page   3

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/23/2025 | THJ | Preparing investor summary schedules | 0.83 | 104.17 |
| | CWD | Call with counsel; discuss update with THJ | 0.47 | 140.00 |
| 7/25/2025 | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 6.25 |
| 7/27/2025 | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 6.25 |
| 7/28/2025 | PEG | Reviewing and follow-up with CWD on work plan progress | 0.08 | 6.25 |
| 7/29/2025 | CWD | Review and edit tracing and respond to counsel's inquiry | 0.37 | 110.00 |
| 7/30/2025 | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 6.25 |

|  | | For professional services rendered | 24.89 | $3,664.97 |

Interest accrues monthly on balance not paid after 30 days.

## Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CWD | 3.39 | 300.00 | $1,015.00 |
| PEG | 0.72 | 75.00 | $56.25 |
| THJ | 20.78 | 125.00 | $2,593.72 |

# Sage

## FORENSIC ACCOUNTING

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

August 31, 2025

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:** 24344

In Reference To: *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/29/2025 | THJ | Reviewing and researching items regarding distribution method | 1.02 | 127.08 |
| | THJ | Reviewing and researching items regarding distribution method | 0.35 | 43.75 |
| | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 6.25 |
| | CWD | Review inquiry and respond to counsel | 0.80 | 240.00 |
| | | For professional services rendered | 2.25 | $417.08 |

Interest accrues monthly on balance not paid after 30 days.

### Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CWD | 0.80 | 300.00 | $240.00 |
| PEG | 0.08 | 75.00 | $6.25 |
| THJ | 1.37 | 125.00 | $170.83 |

# Sage

### FORENSIC ACCOUNTING

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

September 30, 2025

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:** 24491

In Reference To: *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/3/2025 | PEG | Reviewing and follow-up with CWD on work plan progress | 0.08 | 6.25 |
| 9/4/2025 | PEG | Reviewing responses from THJ and updating work plan items | 0.08 | 6.25 |
| 9/5/2025 | CWD | Review motion to distribute funds; edit test calculations | 0.97 | 290.00 |
| 9/9/2025 | THJ | Discussing work plan with CWD | 0.23 | 29.17 |
|  | THJ | Preparing schedules regarding investor distribution methods | 1.33 | 166.67 |
|  | THJ | Preparing schedules regarding investor distribution methods | 0.48 | 60.42 |
|  | THJ | Reviewing work plan with CWD | 0.15 | 18.75 |
|  | CWD | Edit distribution request | 0.37 | 110.00 |
|  |  | For professional services rendered | 3.69 | $687.51 |

Interest accrues monthly on balance not paid after 30 days.

**Sage**
FORENSIC ACCOUNTING

*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*     Page   2

## Professional Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| CWD | 1.34 | 300.00 | $400.00 |
| PEG | 0.16 | 75.00 | $12.50 |
| THJ | 2.19 | 125.00 | $275.01 |

# Sage

## FORENSIC ACCOUNTING

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

October 31, 2025

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:** 24647

In Reference To:  *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/9/2025 | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 6.25 |
|  | CWD | Update case plan for additional record analysis | 0.27 | 80.00 |
| 10/17/2025 | THJ | Tracing and researching investor support for transactions and adding to net winner analysis | 2.02 | 252.08 |
|  | THJ | Tracing and researching investor support for transactions and adding to net winner analysis | 1.22 | 152.08 |
|  | THJ | Tracing and researching investor support for transactions and adding to net winner analysis | 1.38 | 172.92 |
|  | THJ | Tracing and researching investor support for transactions and adding to net winner analysis | 0.88 | 110.42 |
| 10/18/2025 | PEG | Reviewing responses from THJ and updating work plan items | 0.08 | 6.25 |
| 10/27/2025 | PEG | Reviewing and follow-up with CWD on work plan progress | 0.08 | 6.25 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 6.01 | $786.25 |
| Interest on overdue balance |  | $8.36 |



*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*          Page  2

| | Amount |
|---|---|
| Total amount of this bill | $794.61 |

Interest accrues monthly on balance not paid after 30 days.

## Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CWD | 0.27 | 300.00 | $80.00 |
| PEG | 0.24 | 75.00 | $18.75 |
| THJ | 5.50 | 125.00 | $687.50 |