# EXHIBIT C

R. Jeremy Adamson (12818)
Email: jadamson@buchalter.com
BUCHALTER
A Professional Corporation
60 E. South Temple, Suite 1200
Salt Lake City, UT 84111
Telephone: 801.401.8625

*Attorney for Receiver,*
*Chad Pehrson*

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | **ORDER GRANTING FIFTH INTERIM FEE APPLICATION** |
| v. | Case No.: 1:22-cv-00135-RJS-DBP |
| THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company, | Judge: Robert J. Shelby |
| Defendants, | Magistrate Judge: Dustin B. Pead |
| WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company, | |
| Relief Defendants. | |

Before the Court is the fifth interim fee application (the "Fee Application") submitted by

Chad Pehrson in his capacity as the Court-Appointed Receiver for the Receivership Defendants,

1

seeking approval by the Court for the expenses incurred by the Receiver's counsel, KB&A, and the Receiver's experts at Sage Forensic Accounting, for the period of October 1, 2024 through October 31, 2025, and authorization to pay all allowed fees and expenses from funds of the Receivership Estate.

Based on the Fee Application and accompanying exhibits, and for good cause shown,

IT IS HEREBY ORDERED that:

1. The Fee Application is GRANTED;

2. The Receiver is hereby authorized to pay the fees and expenses incurred by the Receiver as follows:

- KB&A: $75,606.80 for fees and $2916.20 for out-of-pocket expenses.

- Buchalter: $72,764.80for fees and $102.76 for out-of-pocket expenses.

- Sage: $30,725.28 for fees.

**DATED this ___ day of November 2025.**

_____