R. Jeremy Adamson (12818)
BUCHALTER
A Professional Corporation
60 E. South Temple, Suite 1200
Salt Lake City, UT  84111
Telephone: 801.401.8625
Email:  jadamson@buchalter.com

*Attorney for Receiver,*
*Chad Pehrson*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | **NOTICE OF FILING: STANDARDIZED FUND ACCOUNTING REPORT** |
| v. | |
| THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company, | Case No.: 1:22-cv-00135-RJS-DBP |
| Defendants, | Judge: Robert J. Shelby |
| WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company, | Magistrate Judge: Dustin B. Pead |
| Relief Defendants. | |

Receiver Chad S. Pehrson, through his undersigned counsel, hereby submits this

Standardized Fund Accounting Report attached as Exhibit A.

1

DATED this 25th day of November 2025.

RECEIVER

/s/ Chad Pehrson
Chad Pehrson, Receiver

BUCHALTER

/s/ R. Jeremy Adamson
R. Jeremy Adamson
Attorneys for Receiver