# EXHIBIT A

SFAR - Case No. 1:22-cv-00135-RJS-DBP
Reporting Period 08/03/23 to 10/31/25

Chad Pehrson, Esq., Receiver

STANDARDIZED FUND ACCOUNTING REPORT

CIVIL - RECEIVERSHIP FUND

Case No. 1:22-cv-00135-RJS-DBP
Reporting Period 08/03/23 to 10/31/25

SFAR - Case No. 1:22-cv-00135-RJS-DBP
Reporting Period 08/03/23 to 10/31/25

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **FUND ACCOUNTING:** | | | | |
| **Line 1** | **Beginning Balance (As of Aug. 8, 2023):** | | 0 | 0 |
| | *Increases in Fund Balance:* | | | |
| **Line 2** | **Business Income** | | 0 | |
| **Line 3** | **Cash and Securities** | | $2,586,061.38 | |
| **Line 4** | **Interest / Divided Income** | | $91,255 | |
| **Line 5** | **Business Asset Liquidation** | | $140,000 | |
| **Line 6** | **Personal Asset Liquidation** | | 0 | |
| **Line 7** | **Third-Party Litigation Income** | | $3,869,009 | |
| **Line 8** | **Miscellaneous - Other** | | 0 | |
| | **Total Funds Available (Lines 1-8)** | | $6,686,325.28 | $6,688,681.38 |
| | *Decreases in Fund Balance:* | | | |
| **Line 9** | **Disbursements to Investors** | | 0 | |
| **Line 10** | **Disbursements for Receivership Operations** | | | |
| *Line 10a* | *Disbursements to Receiver or Other Professionals* | KBA | $259,438.77 | $259,438.77 |
| | | Sage | $37,586.05 | $37,586.05 |
| *Line 10b* | *Business Asset Expenses* | | 0 | |
| *Line 10c* | *Personal Asset Expenses* | | 0 | |
| *Line 10d* | *Investment Expenses* | | 0 | |
| *Line 10e* | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | [included in 10a] | |
| | 2. Litigation Expenses | | [included in 10a and 10b] | |
| | *Total Third-Party Litigation Expenses* | | [included in 10a and 10b] | |
| *Line 10f* | *Tax Administrator Fees and Bonds* | | 0 | |
| *Line 10g* | *Federal and State Tax Payments* | | 0 | |
| | **Total Disbursements for Receivership Operations** | | 297,024.82 | 297,024.82 |
| **Line 11** | **Disbursements for Distribution Expenses Paid by the Fund:** | | n/a | |
| *Line 11a* | *Distribution Plan Development Expenses:* | | n/a | |
| | 1. Fees: | | included in 10a | |
| | Fund Administrator | | n/a | |
| | Independent Distribution Consultant | | n/a | |
| | Distribution Agent | | n/a | |
| | Consultants | | n/a | |
| | Legal Advisers | | n/a | |
| | Tax Advisers | | n/a | |
| | 2. Administrative Expenses | | n/a | |
| | 3. Miscellaneous | | n/a | |
| | *Total Plan Development Expenses* | | n/a | |
| *Line 11b* | *Distribution Plan Implementation Expenses:* | | n/a | |
| | 1. Fees: | | n/a | |
| | Fund Administrator | | n/a | |
| | IDC | | n/a | |
| | Distribution Agent | | n/a | |
| | Consultants | | n/a | |
| | Legal Advisers | | n/a | |
| | Tax Advisers | | n/a | |
| | 2. Administrative Expenses | | n/a | |
| | 3. Investor Identification: | | included in 10a | |
| | Notice / Publishing Approved Plan | | n/a | |
| | Claimant Identification | | n/a | |
| | Claims Processing | | n/a | |
| | Web Site Maintenance / Call Center | | n/a | |
| | 4. Fund Administrator Bond | | n/a | |
| | 5. Miscellaneous | | n/a | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | n/a | |
| | *Total Plan Implementation Expenses* | | n/a | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | n/a | |
| **Line 12** | **Disbursements to Court / Other:** | | | |
| *Line 12a* | *Investment Expenses / Court Registry Investment System (CRIS) Fees* | | n/a | |
| *Line 12b* | *Federal Tax Payments* | | n/a | |
| | **Total Disbursements to Court / Other:** | | n/a | |
| | **Total Funds Disbursed (Lines 9-11)** | | | |

SFAR - Case No. 1:22-cv-00135-RJS-DBP
Reporting Period 08/03/23 to 10/31/25

| | | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|---|
| Line 13 | **Ending Balance (As of MM/DD/YYYY):** | | | 6,389,300.46 | |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | | |
| Line 14a | *Cash &Cash Equivalents* | | | 6,389,300.46 | |
| Line 14b | *Investments* | | | | |
| Line 14c | *Other Assets or Uncleared Funds* | | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | 6,389,300.46 | |
| **OTHER SUPPLEMENTAL INFORMATION:** | | | | | |
| | | | Detail | Subtotal | Grand Total |
| | *Report of Items NOT To Be Paid by the Fund:* | | | n/a | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | n/a | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | n/a | |
| | *Increases in Fund Balance:* | | | n/a | |
| | | 1. Fees: | | n/a | |
| | | Fund Administrator | | n/a | |
| | | IDC | | n/a | |
| | | Distribution Agent | | n/a | |
| | | Consultants | | n/a | |
| | | Legal Advisers | | n/a | |
| | | Tax Advisers | | n/a | |
| | | 2. Administrative Expenses | | n/a | |
| | | 3. Miscellaneous | | n/a | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | n/a | |
| | | 1. Fees: | | n/a | |
| | | Fund Administrator | | n/a | |
| | | IDC | | n/a | |
| | | Distribution Agent | | n/a | |
| | | Consultants | | n/a | |
| | | Legal Advisers | | n/a | |
| | | Tax Advisers | | n/a | |
| | | 2. Administrative Expenses | | n/a | |
| | | 3. Investor Identification: | | n/a | |
| | | Notice / Publishing Approved Plan | | n/a | |
| | | Claimant Identification | | n/a | |
| | | Claims Processing | | n/a | |
| | | Web Site Maintenance / Call Center | | n/a | |
| | | 4. Fund Administrator Bond | | n/a | |
| | | 5. Miscellaneous | | n/a | |
| | | 6. FAIR Reporting Expenses | | n/a | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | n/a | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | n/a | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | n/a | |
| Line 16b | *Federal Tax Payments* | | | n/a | |
| | **Total Disbursements to Court/Other Not Paid by the Fund** | | | n/a | |
| Line 17 | **DC & State Tax Payments** | | | n/a | |
| Line 18 | **No. of Claims:** | | | | |
| Line 18a | # of Claims Received This Reporting Period | | | 71 | |
| Line 18b | # of Claims Received Since Inception of Fund | | | 71 | |
| Line 19 | **No. of Claimants/Investors:** | | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | | | n/a | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | | | n/a | |

By: _/s/ Craig S. Pehrson_____