IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>    Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>    Relief Defendants. | **ORDER GRANTING FIFTH INTERIM FEE APPLICATION**<br><br>Case No. 1:22-cv-00135-RJS-DBP<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Before the Court is Receiver Chad Pehrson's Fifth Interim Fee Application.[1] The Fee Application seeks the court's approval for expenses incurred by the Receiver's counsel, KB&A, and the Receiver's experts at Sage Forensic Accounting, for the period of October 1, 2024 through October 31, 2025. Receiver requests authorization to pay all allowed fees and expenses from funds of the Receivership Estate. Based on the Fee Application and accompanying

---

[1] Dkt. 146, *Receiver's Fifth Interim Fee Application*.

1

exhibits, and for good cause shown, the Fee Application is GRANTED.[2] Receiver is authorized to pay from the Receivership Estate the following fees and expenses incurred:

- Payment to KB&A in the amount of $75,606.80 for fees and $2,916.20 for out-of-pocket expenses.
- Payment to Buchalter in the amount of $72,764.80 for fees and $102.76 for out-of-pocket expenses.
- Payment to Sage Forensic Accounting in the amount of $30,725.28 for fees.

SO ORDERED this 1st day of December 2025.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge

---

[2] Dkt. 146.