Stephen K. Christiansen (6512)
Randall S. Everett (18916)
CHRISTIANSEN LAW, PLLC
311 South State Street, Ste. 250
Salt Lake City, Utah 84111
Telephone: 801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com
randy@skclawfirm.com

*Attorneys for Interested Parties Dennis LaBonty, Anza Ketterman, John Malechek,
  Karen Malechek, Maylene McAllister, Daniel McAllister, Ward Belliston, and Susan Belliston*

<hr>

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br><br>  vs.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>                   Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>            Relief Defendants. | **WITHDRAWAL OF COUNSEL**<br><br>Case No. 1:22-cv-00135-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

PLEASE TAKE NOTICE that pursuant to DUCivR 83-1.4(b)(1), Randall S. Everett

hereby withdraws as counsel for interested parties *Dennis LaBonty, Anza Ketterman, John*

*Malechek, Karen Malechek, Maylene McAllister, Daniel McAllister, Ward Belliston, and Susan*

*Belliston* in the above-entitled action. Stephen K. Christiansen and Christiansen Law, PLLC

remain as counsel for the interested parties and are aware of and will comply with all pending

deadlines, hearings, and trial dates.

DATED this 8th day of December, 2025.

CHRISTIANSEN LAW, PLLC


_____/s/ Randall S. Everett_____
Stephen K. Christiansen
Randall S. Everett
*Attorneys for Interested Parties Dennis LaBonty, Anza
Ketterman, John Malechek, Karen Malechek, Maylene
McAllister, Daniel McAllister, Ward Belliston, and Susan
Belliston*