Jason M. Bussey (California Bar No. 227185)
busseyja@sec.gov
Andrew J. Hefty (California Bar No. 220450)
heftya@sec.gov
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

*Attorneys for Plaintiff Securities and Exchange Commission*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>　　　　Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>　　　　Relief Defendants. | **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF WITHDRAWAL OF COUNSEL TROY K. FLAKE**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

Pursuant to DUCivR 83-1.4(b), notice is hereby given that Troy K. Flake withdraws as counsel for Plaintiff Securities and Exchange Commission. Plaintiff continues to be represented by attorneys who have appeared under DUCivR 83-1.3. The continuing attorneys are aware of and will comply with all pending deadlines, hearings, and trial dates.

Dated: December 10, 2025

/s/ Troy K. Flake
(Signed by Jason M. Bussey with permission of Troy K. Flake)


/s/ Jason M. Bussey
Jason M. Bussey
Andrew J. Hefty
Securities and Exchange Commission
Division of Enforcement
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Tel: (415) 705-8152

*Attorney for Plaintiff*
*Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2025, I caused a true and correct copy of the foregoing document to be served via email on the following:

Troy K. Flake
Flake & Flake
8905 S. Pecos Road, Ste. #23B,
Henderson NV 89074

/s/ Jason M. Bussey
Jason M. Bussey
