R. Jeremy Adamson (12818)
Tucker F. Levis (17793)
Henry R. Morris (19020)
**BUCHALTER LLP**
60 E. South Temple Street, Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 401-8625
jadamson@buchalter.com
tlevis@buchalter.com
hmorris@buchalter.com

*Attorneys for Receiver Chad S. Pehrson*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>Relief Defendants. | **NOTICE OF FIRM NAME CHANGE**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN THAT on January 1, 2026, Buchalter, A Professional Corporation changed its name to Buchalter LLP.

All other contact information remains the same, including the telephone number, fax number and email addresses.

1

107350510v1

<table>
<tr><td>DATED: January 5, 2026.</td><td>**BUCHALTER LLP**</td></tr>
</table>

DATED: January 5, 2026.

                                      **BUCHALTER LLP**

                                      */s/ Tucker F. Levis*
                                      R. Jeremy Adamson
                                      Tucker F. Levis
                                      Henry R. Morris

                                      *Attorneys for Receiver Chad S. Pehrson*

107350510v1