# EXHIBIT A

$4,750,000 DISTRIBUTION

| Investor | Net (Winners)/Losers | Distribution % | Distribution Amount (Net Loser Distribution% * Total Distribution) |
|---|---|---|---|
| Michael Bartholome | $ (636,395.76) | | |
| Jerilyn J Griffith | (565,412.30) | | |
| Barbara Lutz investment - Benficiaries:Michele Lamb and Christine Lutz | (403,877.21) | | |
| Ralph Brenchley | (313,741.07) | | |
| Thomas Smith | (261,600.00) | | |
| Wayne Belleau | (196,912.84) | | |
| Joan Sandall | (179,941.16) | | |
| Robynn Parrish | (176,864.63) | | |
| Kathleen Kennedy | (135,545.03) | | |
| William Miller | (132,282.35) | | |
| Francis G Stone | (123,634.45) | | |
| James Kennedy | (123,105.70) | | |
| David Black | (118,683.88) | | |
| Chris Cook | (105,276.80) | | |
| Ward Belliston | (52,000.00) | | |
| Reulinda N Stone | (50,318.46) | | |
| Ernest L Bryant | (45,000.00) | | |
| Dani Hurley | (31,000.00) | | |
| John Johannesmeyer | (25,181.01) | | |
| Katherine Bates | (25,000.00) | | |
| Nick Tsarkis | (21,000.00) | | |
| Glenda and Loren Greer | (20,700.00) | | |
| Shawnie Chalmers | (17,500.00) | | |
| Jon Jaggers | (17,243.01) | | |
| Theresa Vialpando | (16,000.00) | | |
| Bernice Brown | (12,484.50) | | |
| Dan McAllister | (10,250.00) | | |
| Sarah Sanchez | (9,000.00) | | |
| Patricia Powell | (6,347.21) | | |
| Lenn Richards | - | 0.00% | $ - |
| Russell Webb | 2,887.71 | 0.01% | 555.14 |
| Anza Ketterman | 8,000.00 | 0.03% | 1,537.95 |
| Dennis Labonty | 61,797.31 | 0.25% | 11,880.12 |
| Charles Salzberg | 74,882.45 | 0.30% | 14,395.65 |
| Kathi Fletcher | 80,601.00 | 0.33% | 15,495.01 |
| Cole Richards | 94,000.00 | 0.38% | 18,070.88 |
| Diana Rait | 96,412.00 | 0.39% | 18,534.57 |
| Janis Parent | 97,507.83 | 0.39% | 18,745.23 |
| Linda Keith | 99,076.57 | 0.40% | 19,046.81 |
| Richard Baer | 102,357.44 | 0.41% | 19,677.54 |
| Michael Hamilton | 123,812.52 | 0.50% | 23,802.14 |
| Valrey Stabenow | 127,479.99 | 0.52% | 24,507.18 |
| Larue Jones | 132,700.00 | 0.54% | 25,510.70 |
| Kenneth Selleneit | 149,657.04 | 0.61% | 28,770.57 |
| Linda Hamilton | 150,227.74 | 0.61% | 28,880.29 |
| Roxana and Bruce King | 186,426.00 | 0.75% | 35,839.16 |
| Linda and Scott Cummings | 196,130.72 | 0.79% | 37,704.83 |
| John Malechek | 218,610.62 | 0.88% | 42,026.44 |
| Sherryl Rosenhan | 229,000.00 | 0.93% | 44,023.73 |
| John Kerr | 250,000.00 | 1.01% | 48,060.84 |
| Clell Bagely | 254,771.05 | 1.03% | 48,978.05 |
| Lynn Poulson | 258,611.00 | 1.05% | 49,716.25 |
| Nancy and Kenneth Petty | 265,516.54 | 1.07% | 51,043.79 |
| Larry Egelund | 265,727.00 | 1.08% | 51,084.25 |
| Bret and Debra Thurman | 269,150.76 | 1.09% | 51,742.45 |

$4,750,000 DISTRIBUTION

| Investor | Net (Winners)/Losers | Distribution % | Distribution Amount (Net Loser Distribution% * Total Distribution) |
|---|---:|---:|---:|
| Black CRUT | 293,743.82 | 1.19% | 56,470.30 |
| Gayle Bowen | 315,992.00 | 1.28% | 60,747.37 |
| Tyler Sprague | 342,314.37 | 1.39% | 65,807.67 |
| Darrell Hart | 345,660.14 | 1.40% | 66,450.87 |
| Dennis Tobias | 357,481.00 | 1.45% | 68,723.35 |
| Karen Kerr | 396,109.38 | 1.60% | 76,149.40 |
| The Browns (Larry, Linda, Gregory and Jeffrey) | 407,783.14 | 1.65% | 78,393.61 |
| Doyt Bolling | 423,066.33 | 1.71% | 81,331.70 |
| Cathy Hartman | 447,532.00 | 1.81% | 86,035.06 |
| Carol Hodson | 574,620.00 | 2.33% | 110,466.89 |
| Marian and Elden Tidwell | 664,876.68 | 2.69% | 127,818.13 |
| Cathy Tarbet | 705,067.21 | 2.85% | 135,544.50 |
| Lee Burke | 737,750.89 | 2.99% | 141,827.72 |
| Alfred Forsyth | 783,070.69 | 3.17% | 150,540.15 |
| David Luthy | 793,169.41 | 3.21% | 152,481.56 |
| Mark Fox | 850,000.00 | 3.44% | 163,406.86 |
| Steven Woolley | 850,000.00 | 3.44% | 163,406.86 |
| Dana and Philip Swensen | 881,785.00 | 3.57% | 169,517.32 |
| Michael Parent | 1,064,952.00 | 4.31% | 204,729.96 |
| Steven Larsen | 1,100,000.00 | 4.45% | 211,467.71 |
| Patricia Gordon | 1,820,882.93 | 7.37% | 350,052.67 |
| Jay Baugh | 2,135,000.00 | 8.64% | 410,439.60 |
| Christopher Howell | 2,222,063.97 | 8.99% | 427,177.07 |
| Michael Baugh | 2,400,000.00 | 9.71% | 461,384.09 |
| Net Losers Total Net Loss | $ 24,708,264.25 | 100.00% | $ 4,750,000.00 |