R. Jeremy Adamson (12818)
Tucker F. Levis (17793)
Henry R. Morris (19020)
**BUCHALTER LLP**
60 E. South Temple Street, Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 401-8625
jadamson@buchalter.com
tlevis@buchalter.com
hmorris@buchalter.com
*Attorneys for Receiver Chad S. Pehrson*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company, <br><br> Defendants, <br><br> WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company, <br><br> Relief Defendants. | **MOTION FOR LEAVE TO FILE COMPLAINT AGAINST JACOB CAZIER AND CAZIER GROUP, LLC** <br><br> Case No.: 1:22-cv-00135-RJS-DBP <br><br> Judge: Robert J. Shelby <br><br> Magistrate Judge: Dustin B. Pead |

Receiver Chad S. Pehrson, through his undersigned counsel and pursuant to the Court's

Order Appointing Receiver (the "Appointment Order" attached hereto as **Exhibit A**), respectfully

submits this Motion for Leave to File Complaint (the "Motion.")

107110433v4

## ARGUMENT

The Receiver is expressly "authorized, empowered and directed to investigate, prosecute, defend, intervene in or otherwise participate in, compromise, and/or adjust actions in any state, federal or foreign court or proceeding of any kind as may in his discretion, and in consultation with Commission counsel, be advisable or proper to recover and/or conserve Receivership Property." (*See* Dkt. 38: Appointment Order ¶ 38.) As set forth in Section VII of the Appointment Order, however, leave of this Court is required before commencing such litigation. (*Id.* ¶ 30.) This Motion is submitted in accordance therewith.

This Motion seeks leave of Court to file the complaint attached hereto as **Exhibit B** to initiate litigation against Jacob Cazier ("Cazier") and Cazier Group, LLC ("Cazier Group"), whom received funds traceable to a criminal scheme which is the subject matter of this case. Based on a thorough forensic investigation of the financial records of the Receivership Estate, the Receiver has determined that Cazier and Cazier Group received no less than $296,290.97 in transfers originating from defrauded investor funds through Crew Capital. These transfers were made without the receipt of reasonably equivalent value and were executed in furtherance of the Ponzi Scheme orchestrated by Swensen and the Receivership Defendants

In furtherance of his statutory duties and as part of a good-faith effort to resolve potential claims, the Receiver has made multiple attempts to contact Cazier's legal counsel. These efforts have included the transmission of written correspondence and follow-up emails, informing counsel of the Receiver's role, his intent to investigate the distributions, and his request for information, documentation relating to the distributions he received, and sending a courtesy copy of draft complaint.

107110433v4

In accordance with the Appointment Order, Receiver and the Receiver's fiduciary obligation to marshal and recover assets, the Receiver now seeks the Court's authorization to file suit against Cazier and Cazier Group to recover the improperly disbursed funds. The amount of improperly disbursed funds is no less than $296,290.97.

The equitable powers vested in this Court authorize and contemplate such actions by the Receiver, whose mandate includes the identification, preservation, and recovery of assets improperly disbursed. The relief sought herein is consistent with that mandate and is critical to the Receiver's ongoing efforts to maximize recoveries for the benefit of defrauded investors and other legitimate creditors of the Receivership Estate.

## CONCLUSION

For the aforementioned reasons, the Receiver respectfully requests that the Court grant this Motion and authorize the Receiver the file the attached complaint against Jacob Cazier and Cazier Group, LLC.

DATED:  January 26, 2026

**BUCHALTER LLP**

By:    */s/ R. Jeremy Adamson*
       R. Jeremy Adamson (12818)
       Tucker F. Levis (17793)
       Henry R. Morris (19020)

       *Attorneys for Receiver*

107110433v4