R. Jeremy Adamson (12818)
Tucker F. Levis (17793)
**BUCHALTER, LLP**
60 E. South Temple Street, Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 401-8625
jadamson@buchalter.com
tlevis@buchalter.com

*Attorneys for Receiver Chad S. Pehrson*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>Relief Defendants. | **MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO APPROVE DISTRIBUTION METHOD AND FIRST INTERIM DISTRIBUTION**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

Receiver Chad S. Pehrson, through his undersigned counsel, hereby moves the Court for an order extending the deadline for interested parties to respond to the Receiver's Motion to Approve Proposed Distribution Method and First Interim Distribution ("Motion to Approve Distribution" or "Motion") until 14-days after the Receiver files a certificate of service

107913532v1

demonstrating that each of the known and potential investors in the Receivership Defendants' scheme has been served with a copy of the Motion.

## ARGUMENT

This case concerns a multi-year fraudulent securities offering perpetrated by the late Stephen Romney Swensen, who defrauded dozens of investors of at least $29.3 million. The Securities and Exchange Commission filed this action against the Estate of Stephen Romney Swensen. On August 8, 2023, the Court entered an order appointing Chad Pehrson as Receiver and authorizing him to identify, collect, and preserve the asset of the Receivership Estate for the benefit of the Estate's creditors, including the defrauded investors.

As part of his court-appointed responsibilities, the Receiver filed a Motion to Approve Distribution on January 21, 2026. (Dkt. 157: Motion to Approve Distribution.) Pursuant to Local Rule 7-1(a)(4)(D), a response to the Motion is due within 14 days after service of the motion.

A copy of the Motion has been served via the Court's electronic-filing system. However, the Receiver wants to ensure that all interested parties, including all defrauded investors, have an opportunity to respond to the Motion. Receiver is in the process of sending copies of the Motion to Approve Distribution to all known investors via certified mail to their last known addresses and/or at the email address through which the investors have communicated with the Receiver. The Receiver will separately file a Certificate of Service demonstrating the manner in which the investors were served with copies of the Motion. The Receiver anticipates filing the Certificate of Service in the next 14 days.

As such, the Receiver requests that the Court extend the deadline for interested parties to respond to this Motion until 14-days from the Receiver's filing of a Certificate of Service for all interested investors. Good cause exists for the requested extension.

107913532v1

## **CONCLUSION**

For the foregoing reasons, the Receiver respectfully request that the Court grant this motion and extend the deadline for a response to the Motion to Approve Distribution until 14-days from the Receiver's filing of a Certificate of Service, confirming that the Motion was served on all known and potential investors in the Receivership Defendants' scheme.

DATED: February 3, 2026.

                                 **BUCHALTER, LLP**

                                 */s/ R. Jeremy Adamson*
                                 R. Jeremy Adamson
                                 Tucker F. Levis

                                 *Attorneys for Receiver Chad S. Pehrson*

107913532v1