# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>Relief Defendants. | **ORDER EXTENDING TIME TO RESPOND TO MOTION TO APPROVE DISTRIBUTION METHOD AND FIRST INTERIM DISTRIBUTION**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

Based on the Motion for Extension of Time to Respond to the Motion to Approve Distribution Method and First Interim Distribution submitted by Receiver Chad S. Pehrson and for good cause appearing therefore, the Court hereby GRANTS the Motion (ECF No. 161)

ORDERS that the deadline for interested parties to respond to the Motion to Approve Distribution Method and First Interim Distribution (Dkt. 157) shall be 14-days after the Receiver

1

107915376v1

files a certificate of service confirming that all known and potential investors in the scheme were served with a copy of the Motion.

    DATED: this 4th day of February, 2026.

_____
Dustin B. Pead
United States Magistrate Judge