# EXHIBIT A

**$4,750,000 DISTRIBUTION**

| Investors | Net (Winners)/Losers | Distribution % | Distribution Amount (Net Loser Distribution% * Total Distribution) |
|---|---|---|---|
| Michael Bartholome | $ (636,395.76) | | $ - |
| Jerilyn J Griffith | (565,412.30) | | - |
| Barbara Lutz investment - Benficiaries:Michele Lamb and Christine Lut | (403,877.21) | | - |
| Ralph Brenchley | (313,741.07) | | - |
| Richard Baer | (288,514.65) | | - |
| Thomas Smith | (261,600.00) | | - |
| Wayne Belleau | (196,912.84) | | - |
| Joan Sandall | (179,941.16) | | - |
| Robynn Parrish | (176,864.63) | | - |
| Valrey Stabenow | (162,090.00) | | - |
| Larry Egelund | (160,650.00) | | - |
| Kathleen Kennedy | (135,545.03) | | - |
| William Miller | (132,282.35) | | - |
| Francis G Stone | (123,634.45) | | - |
| James Kennedy | (123,105.70) | | - |
| Chris Cook | (105,276.80) | | - |
| Dennis Tobias | (58,043.55) | | - |
| Reulinda N Stone | (50,318.46) | | - |
| Ernest L Bryant | (45,000.00) | | - |
| Dani Hurley | (31,000.00) | | - |
| John Johannesmeyer | (25,181.01) | | - |
| Katherine Bates | (25,000.00) | | - |
| Nick Tsarkis | (21,000.00) | | - |
| Glenda and Loren Greer | (19,200.00) | | - |
| Shawnie Chalmers | (17,500.00) | | - |
| Jon Jaggers | (17,243.01) | | - |
| Theresa Vialpando | (16,000.00) | | - |
| Bernice Brown | (12,484.50) | | - |
| Dan McAllister | (10,250.00) | | - |
| Sarah Sanchez | (9,000.00) | | - |
| Patricia Powell | (6,347.21) | | - |
| Sherryl Rosenhan | (2,074.00) | | - |
| Russell Webb | 2,887.71 | 0.01% | 617.81 |
| Anza Ketterman | 8,000.00 | 0.04% | 1,711.55 |
| Kathi Fletcher | 24,901.00 | 0.11% | 5,327.42 |
| Dennis Labonty | 61,797.31 | 0.28% | 13,221.17 |
| Charles Salzberg | 74,882.45 | 0.34% | 16,020.66 |
| Cole Richards | 94,000.00 | 0.42% | 20,110.75 |
| Janis Parent | 95,388.83 | 0.43% | 20,407.88 |
| Diana Rait | 96,412.00 | 0.43% | 20,626.78 |
| Lynn Poulson | 96,817.56 | 0.44% | 20,713.55 |
| Linda Keith | 99,076.57 | 0.45% | 21,196.85 |
| Roxana and Bruce King | 122,327.07 | 0.55% | 26,171.16 |
| Michael Hamilton | 123,812.52 | 0.56% | 26,488.96 |
| Larue Jones | 132,700.00 | 0.60% | 28,390.38 |
| Kenneth Selleneit | 149,657.04 | 0.67% | 32,018.24 |
| Linda Hamilton | 150,227.74 | 0.68% | 32,140.34 |
| David Black (Black CRUT) | 175,059.94 | 0.79% | 37,453.04 |
| Ward Belliston | 180,393.27 | 0.81% | 38,594.08 |
| Linda and Scott Cummings | 196,130.72 | 0.88% | 41,961.01 |
| John Malechek | 218,610.62 | 0.98% | 46,770.45 |
| Nancy and Kenneth Petty | 221,427.36 | 1.00% | 47,373.08 |
| John Kerr | 250,000.00 | 1.13% | 53,486.03 |
| Clell Bagely | 254,771.05 | 1.15% | 54,506.77 |
| Bret and Debra Thurman | 268,400.76 | 1.21% | 57,422.76 |
| Carol Hodson | 308,000.00 | 1.39% | 65,894.79 |

| | | | |
|---|---|---|---|
| Gayle Bowen | 315,992.00 | 1.42% | 67,604.63 |
| Tyler Sprague | 342,314.37 | 1.54% | 73,236.14 |
| Darrell Hart | 345,660.14 | 1.56% | 73,951.95 |
| Karen Kerr | 369,763.06 | 1.67% | 79,108.63 |
| Doyt Bolling | 423,066.33 | 1.91% | 90,512.55 |
| Cathy Hartman | 447,532.00 | 2.02% | 95,746.84 |
| The Browns (Larry, Linda, Gregory and Jeffrey) | 458,867.14 | 2.07% | 98,171.92 |
| Marian and Elden Tidwell | 664,876.68 | 2.99% | 142,246.45 |
| Cathy Tarbet | 705,067.21 | 3.18% | 150,844.98 |
| Lee Burke | 717,050.89 | 3.23% | 153,408.81 |
| Alfred Forsyth | 783,070.69 | 3.53% | 167,533.36 |
| David Luthy | 787,869.41 | 3.55% | 168,560.02 |
| Mark Fox | 850,000.00 | 3.83% | 181,852.49 |
| Steven Woolley | 850,000.00 | 3.83% | 181,852.49 |
| Michael Parent | 1,057,301.82 | 4.76% | 226,203.50 |
| Steven Larsen | 1,100,000.00 | 4.95% | 235,338.52 |
| Patricia Gordon | 1,820,882.93 | 8.20% | 389,567.18 |
| Jay Baugh | 2,135,000.00 | 9.62% | 456,770.67 |
| Christopher Howell | 2,222,063.97 | 10.01% | 475,397.50 |
| Michael Baugh | 2,400,000.00 | 10.81% | 513,465.86 |
| **Net Losers Total Net Loss** | **22,202,060.16** | **100.00%** | **4,750,000.00** |