Stephen K. Christiansen (6512)
CHRISTIANSEN LAW, PLLC
311 South State Street, Ste. 250
Salt Lake City, Utah 84111
Telephone: 801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com

*Attorney for Interested Parties Dennis LaBonty, Anza Ketterman, John Malechek,*
  *Karen Malechek, Maylene McAllister, Daniel McAllister, Ward Belliston, and Susan Belliston*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> THE ESTATE OF STEPHEN ROMNEY SWENSEN and CREW CAPITAL GROUP, LLC, a Nevada limited liability company, <br><br> Defendants, <br><br> WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company, <br><br> Relief Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL** <br><br> Case No. 1:22-cv-00135-RJS-DBP <br><br> Judge Robert J. Shelby <br><br> Magistrate Judge Dustin B. Pead |

PLEASE TAKE NOTICE that, pursuant to DUCivR 83-1.4(b)(1), Stephen K. Christiansen and the law firm of Christiansen Law, PLLC, hereby withdraw as counsel of record for interested parties Dennis LaBonty, Anza Ketterman, John Malechek, Karen Malechek, Ward Belliston, and Susan Belliston. Future communications and filings regarding these individuals should be directed as follows:

Dennis LaBonty
c/o Andre LaBonty as Personal Representative of the Estate of Dennis LaBonty
alabonty@msn.com
164 Dos Brazos
Los Alamos, NM 87544

Anza Ketterman
anzaketterman@isu.edu
310 11th Ave E
Polson, MT 59850

John and Karen Malechek
jkm372@comcast.net
2717 North 1250 East
North Logan, UT 84341

Ward and Susan Belliston
wardpbelliston@gmail.com
1157 South 1800 East
Salt Lake City, UT 84108

Stephen K. Christiansen and the law firm of Christiansen Law, PLLC, remain as counsel

for Daniel McAllister and Maylene McAllister in this matter.

DATED this 9th day of April, 2026.

CHRISTIANSEN LAW, PLLC


/s/ Stephen K. Christiansen
Stephen K. Christiansen
*Attorney for Interested Parties Dennis LaBonty, Anza Ketterman, John Malechek, Karen Malechek, Maylene McAllister, Daniel McAllister, Ward Belliston, and Susan Belliston*

2