R. Jeremy Adamson (12818)
Tucker F. Levis (17793)
**BUCHALTER LLP**
60 E. South Temple Street, Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 401-8625
jadamson@buchalter.com
tlevis@buchalter.com

*Attorneys for Receiver Chad S. Pehrson*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, <br><br> *Plaintiff,* <br><br> v. <br><br> **THE ESTATE OF STEPHEN ROMNEY SWENSEN**, and **CREW CAPITAL GROUP, LLC**, a Nevada limited liability company, <br><br> *Defendants,* <br><br> **WENDY SWENSEN**, an individual, **SARIA C. RODRIGUEZ**, an individual, **WS FAMILY IP, LLC**, a Utah limited liability company, **WINGMAN, LLC**, a Utah limited liability company, and **SWENSEN CAPITAL, LLC**, a Utah limited liability company, <br><br> *Relief Defendants.* | **CERTIFICATE OF SERVICE:** <br><br> **RECEIVER'S AMENDED MOTION TO APPROVE PROPOSED DISTRIBUTION METHOD AND FIRST INTERIM DISTRIBUTION (DKT. 164)** <br><br><br> Case No.: 1:22-cv-00135-RJS-DBP <br><br> Judge: Robert J. Shelby <br><br> Magistrate Judge: Dustin B. Pead |

Pursuant to the Order extending time to file a response to the Receiver's proposed distribution method and to authorize first interim distribution (Dkt. 163), counsel for the Receiver Chad Pehrson hereby certifies that on or before April 6, 2026, a true and correct copy of the Receiver's **Amended Motion to Approve Proposed Distribution Method and First Interim Distribution** (Dkt. 164) was served upon all known potential investors and claimants via first class

BUCHALTER 109450380v2

mail and email, to the extent the Receiver had mail and email addresses for those investors, and

by posting to the Receiver's website at www.swensencrewcapitalreceivership.com.

DATED: April 10, 2026.

**BUCHALTER LLP**

*/s/Tucker F. Levis*

R. Jeremy Adamson
Tucker F. Levis

*Attorneys for Receiver Chad S. Pehrson*