Stephen K. Christiansen (6512)
CHRISTIANSEN LAW, PLLC
311 South State Street, Ste. 250
Salt Lake City, Utah 84111
Telephone: 801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com

*Attorney for Interested Parties*
 *Daniel and Maylene McAllister*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> THE ESTATE OF STEPHEN ROMNEY SWENSEN and CREW CAPITAL GROUP, LLC, a Nevada limited liability company, <br><br> Defendants, <br><br> WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company, <br><br> Relief Defendants. | **DANIEL AND MAYLENE MCALLISTER'S OBJECTION AND RESPONSE TO MOTION TO APPROVE PROPOSED DISTRIBUTION METHOD AND FIRST INTERIM DISTRIBUTION, AS AMENDED** <br><br><br> Case No. 1:22-cv-00135-RJS-DBP <br><br> Judge Robert J. Shelby <br><br> Magistrate Judge Dustin B. Pead |

Interested parties Daniel and Maylene McAllister object and respond to the Receiver's

Motion to Approve Proposed Distribution Method and First Interim Distribution [ECF 157], as

amended [ECF 164]. The McAllisters invested in the Ponzi scheme run by Steve Swensen.

Both the original and amended motions identify Daniel McAllister as a "Net Winner"

with a surplus paid to him of $10,250 above what he invested. (Receiver's Ex. A to both

motions.) This is based on the Receiver's accounting reportedly identifying Mr. McAllister as having contributed $71,500 and withdrawn $81,750. (*See* Ex. 1 hereto, at 1, reflecting Receiver's accounting as communicated via telephone to objecting parties' counsel.) In fact, however, Mr. McAllister rolled over retiremement accounts and contributed cash to Crew Capital totaling $229,787.77 to $234,787.77, while making no withdrawals. (*See id.* at 1-2.)[1]

This information has been provided to the Receiver, through counsel. The Receiver and the McAllisters are engaged in a dialogue regarding the same and anticipate working this out amicably based on the records. The McAllisters indicated to the Receiver, again through counsel, that they would be filing this objection and response to preserve their rights in the meantime.

Attached hereto as Exhibit 1 is the McAllisters' verified information provided to the Receiver, including backup. It is incorporated herein as the McAllisters' response to the Receiver's position with respect to the proposed interim distribution to Mr. McAllister. *See* Fed. R. Civ. P. 10(c) ("A statement in a pleading may be adopted by reference elsewhere in the same pleading or in any other pleading or motion. A copy of a written instrument that is an exhibit to a pleading is a part of the pleading for all purposes.").

For these reasons, the McAllisters assert that the interim distribution should be adjusted to pay to Mr. McAllister a pro rata distribution based on a correct net loss figure of $229,787.77 to $234,787.77. A more exact figure in this range will be supplied to the Court once the final paperwork is delivered to the McAllisters on one remaining retirement account rollover. *See* footnote 1.

---

[1] The $5,000 range is based on the fact that the McAllisters have not yet received documentation from one former employer of Mr. McAllister's to confirm exact numbers of that retirement account rollover. They estimate it to be $10,000 - $15,000; hence, the $5,000 range in the total. An exact figure will be supplied once the employer provides the requested paperwork.

DATED this 20th day of April, 2026.

CHRISTIANSEN LAW, PLLC


      /s/ Stephen K. Christiansen
Stephen K. Christiansen
*Attorney for Interested Parties Daniel and*
 *Maylene McAllister*


## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2026, I caused a true and correct copy of this pleading to be served electronically upon all counsel of record via the Court's CM/ECF system and to be served on the following unrepresented parties as follows:

Dennis LaBonty
c/o Andre LaBonty as Personal Representative of the Estate of Dennis LaBonty
alabonty@msn.com

Anza Ketterman
anzaketterman@isu.edu

John and Karen Malechek
jkm372@comcast.net

Ward and Susan Belliston
wardpbelliston@gmail.com


      /s/ Stephen K. Christiansen