*Prepared & submitted by:*
R. Jeremy Adamson (12818)
Tucker F. Levis (17793)
**BUCHALTER LLP**
60 E. South Temple Street, Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 401-8625
jadamson@buchalter.com
tlevis@buchalter.com

*Attorneys for Receiver Chad S. Pehrson*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, <br><br> *Plaintiff*, <br><br> v. <br><br> **THE ESTATE OF STEPHEN ROMNEY SWENSEN**, and **CREW CAPITAL GROUP, LLC**, a Nevada limited liability company, <br><br> *Defendants*, <br><br> **WENDY SWENSEN**, an individual, **SARIA C. RODRIGUEZ**, an individual, **WS FAMILY IP, LLC**, a Utah limited liability company, **WINGMAN, LLC**, a Utah limited liability company, and **SWENSEN CAPITAL, LLC**, a Utah limited liability company, <br><br> *Relief Defendants*. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR RECEIVER CHAD S. PEHRSON TO RESPOND TO DANIEL & MAYLENE MCALLISTER'S OBJECTION AND RESPONSE TO AMENDED MOTION TO APPROVE PROPOSED DISTRIBUTION METHOD AND FIRST INTERIM DISTRIBUTION** <br><br><br> Case No.: 1:22-cv-00135-RJS-DBP <br><br> Judge: Robert J. Shelby <br><br> Magistrate Judge: Dustin B. Pead |

Pursuant to the Stipulated Motion for Extension of Time for Receiver Chad S. Pehrson to Respond to Daniel & Maylene McAllister's Motion to Approve Proposed Distribution Method and First Interim Distribution, as Amended (the "**Motion**"), and for good cause showing, it is HEREBY ORDERED that the Motion is granted and Receiver Chad S. Pehrson's deadline to file a response to Daniel & Maylene McAllister's Objection and Response to the Receiver's Amended

Motion to Approve Proposed Distribution Method and First Interim Distribution is extended by 21-days, until June 8, 2026.

Dated May _____, 2026.

_____

Dustin B. Pead
United States Magistrate Judge