R. Jeremy Adamson (12818)
Tucker F. Levis (17793)
**BUCHALTER LLP**
60 E. South Temple Street, Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 401-8625
jadamson@buchalter.com
tlevis@buchalter.com

*Attorneys for Receiver Chad S. Pehrson*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, <br><br> *Plaintiff*, <br><br> v. <br><br> **THE ESTATE OF STEPHEN ROMNEY SWENSEN**, and **CREW CAPITAL GROUP, LLC**, a Nevada limited liability company, <br><br> *Defendants*, <br><br> **WENDY SWENSEN**, an individual, **SARIA C. RODRIGUEZ**, an individual, **WS FAMILY IP, LLC**, a Utah limited liability company, **WINGMAN, LLC**, a Utah limited liability company, and **SWENSEN CAPITAL, LLC**, a Utah limited liability company, <br><br> *Relief Defendants*. | **STIPULATED MOTION FOR EXTENSION OF TIME FOR RECEIVER CHAD S. PEHRSON TO RESPOND TO DANIEL & MAYLENE MCALLISTER'S OBJECTION AND RESPONSE TO THE RECEIVER'S AMENDED MOTION TO APPROVE PROPOSED DISTRIBUTION METHOD AND FIRST INTERIM DISTRIBUTION** <br><br><br> Case No.: 1:22-cv-00135-RJS-DBP <br><br> Judge: Robert J. Shelby <br><br> Magistrate Judge: Dustin B. Pead |

Receiver Chad S. Pehrson ("Receiver"), and Interested Parties Daniel & Maylene McAllister's ("McAllisters") (collectively, the "Parties"), through undersigned counsel, hereby move the Court for an extension of time for Receiver to respond to Daniel & Maylene McAllister's Motion to Approve Proposed Distribution Method and First Interim Distribution, as Amended.

The current deadline is June 8, 2026. The parties request that the Court extend the deadline

BUCHALTER 110829656v1

by 21-days, to June 29, 2026.  A brief extension is necessary as the Receiver is currently working with the McAllisters to address the matters raised in their Objection and Response, and the Parties are hopeful that they will be able to resolve the matters raised in the McAllister's Objection and Response without requiring the Court's intervention. The McAllisters have requested additional records from their bank, which bear directly on the issues raised in the Receiver's proposed distribution schedule. The McAllisters expect to receive the records in the next few days.

Accordingly, good cause supports this stipulated motion, and the Receiver and the McAllisters request that the Court enter an order extending the Receiver's deadline to file a reply until June 29, 2026. A proposed Order is submitted herewith.

*So stipulated:*

DATED:  June 8, 2026.

**BUCHALTER LLP**

/s/Tucker F. Levis
R. Jeremy Adamson
Tucker F. Levis

*Attorneys for Receiver Chad S. Pehrson*

**CHRISTIANSEN LAW PLLC**

/s/Stephen K. Christiansen
Stephen K. Christiansen

*Attorney for Interested Parties Daniel McAllister and Maylene McAllister*

BUCHALTER 110829656v1