## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**,<br><br>*Plaintiff*,<br><br>v.<br><br>**THE ESTATE OF STEPHEN ROMNEY SWENSEN**, and **CREW CAPITAL GROUP, LLC**, a Nevada limited liability company,<br><br>*Defendants*,<br><br>**WENDY SWENSEN**, an individual, **SARIA C. RODRIGUEZ**, an individual, **WS FAMILY IP, LLC**, a Utah limited liability company, **WINGMAN, LLC**, a Utah limited liability company, and **SWENSEN CAPITAL, LLC**, a Utah limited liability company,<br><br>*Relief Defendants*. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR RECEIVER CHAD S. PEHRSON TO RESPOND TO DANIEL & MAYLENE MCALLISTER'S OBJECTION AND RESPONSE TO AMENDED MOTION TO APPROVE PROPOSED DISTRIBUTION METHOD AND FIRST INTERIM DISTRIBUTION**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

Pursuant to the Stipulated Motion for Extension of Time for Receiver Chad S. Pehrson to Respond to Daniel & Maylene McAllister's Motion to Approve Proposed Distribution Method and First Interim Distribution, as Amended (the "**Motion**"), and for good cause showing, it is HEREBY ORDERED that the Motion (ECF No. 175) is GRANTED and Receiver Chad S. Pehrson's deadline to file a response to Daniel & Maylene McAllister's Objection and Response to the Receiver's Amended

Motion to Approve Proposed Distribution Method and First Interim Distribution is extended by 21-days, until **June 29, 2026.**

Dated June 8th, 2026.

_____
Dustin B. Pead
United States Magistrate Judge