Jason M. Bussey (California Bar No. 227185)
busseyja@sec.gov
Andrew J. Hefty (California Bar No. 220450)
heftya@sec.gov
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

*Attorneys for Plaintiff Securities and Exchange Commission*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company, <br><br> Defendants, <br><br> WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company, <br><br> Relief Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL** <br><br> Case No.: 1:22-cv-00135-RJS-DBP <br><br> Judge: Robert J. Shelby <br><br> Magistrate Judge: Dustin B. Pead |

1

Pursuant to DUCivR 83-1.4(b), notice is hereby given that Andrew J. Hefty withdraws as counsel for Plaintiff Securities and Exchange Commission. Plaintiff continues to be represented by counsel who has appeared under DUCivR 83-1.3. The continuing attorney is aware of and will comply with all pending deadlines.

Dated: June 12, 2026

/s/ Andrew J. Hefty
Andrew J. Hefty


/s/ Jason M. Bussey
Jason M. Bussey
Securities and Exchange Commission
Division of Enforcement
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Tel: (415) 705-8152

*Attorney for Plaintiff*
*Securities and Exchange Commission*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 12th day of June, 2026, I filed the foregoing **NOTICE OF**

**WITHDRAWAL OF COUNSEL** via the Court's CM/ECF System, which sent notification to

all parties entitled to service through the Court's CM/ECF System, and served the following

unrepresented party by United Parcel Service ("UPS") Overnight Delivery and email:

Saria C. Rodriguez
4236 W. Old Miller Court
Salt Lake City, UT 84118
mangosaria101@gmail.com

*Pro Se*

/s/ Andrew J. Hefty
Andrew J. Hefty