*Prepared & submitted by:*
R. Jeremy Adamson (12818)
Tucker F. Levis (17793)
**BUCHALTER LLP**
60 E. South Temple Street, Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 401-8625
jadamson@buchalter.com
tlevis@buchalter.com

*Attorneys for Receiver Chad S. Pehrson*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, <br><br> *Plaintiff*, <br><br> v. <br><br> **THE ESTATE OF STEPHEN ROMNEY SWENSEN**, and **CREW CAPITAL GROUP, LLC**, a Nevada limited liability company, <br><br> *Defendants*, <br><br> **WENDY SWENSEN**, an individual, **SARIA C. RODRIGUEZ**, an individual, **WS FAMILY IP, LLC**, a Utah limited liability company, **WINGMAN, LLC**, a Utah limited liability company, and **SWENSEN CAPITAL, LLC**, a Utah limited liability company, <br><br> *Relief Defendants*. | **ORDER GRANTING STIPULATION REGARDING DANIEL & MAYLENE MCALLISTER'S OBJECTION AND RESPONSE TO AMENDED MOTION TO APPROVE PROPOSED DISTRIBUTION METHOD AND FIRST INTERIM DISTRIBUTION** <br><br><br> Case No.: 1:22-cv-00135-RJS-DBP <br><br> Judge: Robert J. Shelby <br><br> Magistrate Judge: Dustin B. Pead |

This matter came before the Court on the Joint Motion of Receiver Chad S. Pehrson (the "Receiver") and interested parties Daniel and Maylene McAllister (the "McAllisters") regarding the McAllisters' Response (Dkt. 168) to the Receiver's Amended Motion to Approve Proposed Distribution Method and First Interim Distribution (Dkt. 164) (the "Amended Motion"). Having reviewed the Joint Motion and being otherwise fully advised, and good cause appearing,

IT IS HEREBY ORDERED as follows:

1.      The Joint Motion is GRANTED.

2.      The Court takes notice of the agreement between the Receiver and the McAllisters as described in the Joint Motion.

3.      The McAllisters' Response (Dkt. 168) is deemed a timely and sufficient preservation of the McAllisters' claim against the Receivership Estate, notwithstanding any claims bar date entered in connection with the Amended Motion.

4.      The substantive issues raised in the McAllisters' Ressponse, including the calculation of the McAllisters' contributions and withdrawals and their classification as net winners or net losers, are set aside for purposes of the Amended Motion and shall not be litigated in connection with the Court's consideration of the Amended Motion. The Parties shall continue to address those issues outside the confines of the Amended Motion, and any distribution ultimately determined to be owed to the McAllisters shall be paid, if at all, from funds reserved by the Receiver and included in a subsequent distribution.

5.      The Court will proceed to rule on the Amended Motion on the basis set forth above.


BY THE COURT:

        Dated _____, 2026.


                                    _____
                                    Dustin B. Pead
                                    United States Magistrate Judge