IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>Defendants,<br><br>WENDY SWENSEN, an individual; SARIA C. RODRIGUEZ, an individual; WS FAMILY IP, LLC, a Utah limited liability company; WINGMAN, LLC, a Utah limited liability company; and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>Relief Defendants. | **ORDER DISMISSING RELIEF DEFENDANT SARIA C. RODRIGUEZ**<br><br>Case No.: 1:22-cv-00135-RJS-DBP<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Pending before the court is Plaintiff Security and Exchange Commission's Unopposed Motion for Order Dismissing Action Against Relief Defendant Saria C. Rodriquez.[1]  Having reviewed the motion, and finding good cause therein, the Motion is GRANTED.[2]  Relief Defendant Saria C. Rodriguez is dismissed with prejudice.

---

[1] Dkt. 169, *Unopposed Motion for Order Dismissing Action Against Relief Defendant Saria C. Rodriquez.*

[2] Dkt. 169.

SO ORDERED this 2nd day of July 2026.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge