**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> *Plaintiff*, <br><br> v. <br><br> THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company, <br><br> *Defendants*, <br><br> WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company, <br><br> *Relief Defendants*. | AMENDED ORDER TAKING NOTICE OF STIPULATION REGARDING DANIEL & MAYLENE MCALLISTER'S OBJECTION AND RESPONSE TO AMENDED MOTION TO APPROVE PROPOSED DISTRIBUTION METHOD AND FIRST INTERIM DISTRIBUTION <br><br><br> Case No.: 1:22-cv-00135-RJS-DBP <br><br> Judge Robert J. Shelby <br><br> Magistrate Judge Dustin B. Pead |

This matter came before the Court on the Joint Motion of Receiver Chad S. Pehrson (the "Receiver") and interested parties Daniel and Maylene McAllister (the McAllisters) regarding the McAllisters' Response[1] to the Receiver's Amended Motion to Approve Proposed Distribution Method and First Interim Distribution (the Amended Motion).[2]  Having reviewed the Joint Motion and being otherwise fully advised, and good cause appearing, the court AMENDS dkt. 181, *Order* to the following:

IT IS HEREBY ORDERED as follows:

---

[1] Dkt. 168, *Daniel and Maylene McAllister's Objection and Response to Motion to Approve Proposed Distribution, as Amended*.

[2] Dkt. 164, *Amended Motion to Approve Proposed Distribution Method and First Interim Distribution*.

1.    The court takes notice of the parties Stipulation regarding the McAllister's objection and response.[3] The Court takes notice of the agreement between the Receiver and the McAllisters as described in the Stipulation.

2.    The McAllisters' Response is deemed a timely and sufficient preservation of the McAllisters' claim against the Receivership Estate, notwithstanding any claims bar date entered in connection with the Amended Motion.

3.    The substantive issues raised in the McAllisters' Response, including the calculation of the McAllisters' contributions and withdrawals and their classification as net winners or net losers, are set aside for purposes of the Amended Motion and shall not be litigated in connection with the Court's consideration of the Amended Motion.  The Parties shall continue to address those issues outside the confines of the Amended Motion, and any distribution ultimately determined to be owed to the McAllisters shall be paid, if at all, from funds reserved by the Receiver and included in a subsequent distribution.

4.    A forthcoming order will resolve the Amended Motion on the basis set forth above.


SO ORDERED this 6th day of July 2026.


_____
Robert J. Shelby
United States District Judge


---

[3] Dkt. 180, *Stipulation Regarding Daniel & Maylene McAllister's Objection and Response to the Receiver's Amended motion to Approve Proposed Distribution Method and First Interim Distribution* (*Stipulation*).