# EXHIBIT A

| Matter | Date | Timekeeper | Class | Description | Hours | Rate | Total | Hold Back | Total Minus Hold Back |
|---|---|---|---|---|---|---|---|---|---|
| SEC v. Estate of Swensen (Main Case) | 11/03/25 | Jeremy Adamson | Service | Respond to email from M. Sadler re status of obtaining tax transcripts (.1); review updated analysis of investor claims from Sage (.2); | 0.3 | $715.00 | $214.50 | $42.90 | $171.60 |
| SEC v. Estate of Swensen (Main Case) | 11/10/25 | Jeremy Adamson | Service | Message receiver re status of Kimber payment; | 0.1 | $715.00 | $71.50 | $14.30 | $57.20 |
| SEC v. Estate of Swensen (Main Case) | 11/18/25 | Jeremy Adamson | Service | Email accounting team re records of donation payments; | 0.1 | $715.00 | $71.50 | $14.30 | $57.20 |
| SEC v. Estate of Swensen (Main Case) | 11/19/25 | Chad Pehrson | Service | Attention to Sage Forensics tracing of payments and LDS donation analysis (0.2); review work-plan updates (0.2). | 0.4 | $545.00 | $218.00 | $43.60 | $174.40 |
| SEC v. Estate of Swensen (Main Case) | 11/24/25 | Jeremy Adamson | Service | Email Chad regarding motion for approval of distribution; | 0.1 | $715.00 | $71.50 | $14.30 | $57.20 |
| SEC v. Estate of Swensen (Main Case) | 11/24/25 | Chad Pehrson | Service | Evaluate receivership bank account and company records (1.6) | 1.6 | $545.00 | $872.00 | $174.40 | $697.60 |
| SEC v. Estate of Swensen (Main Case) | 11/25/25 | Buchalter | Expense | PACER Service Center - web pages online court access fee (UTDC) on 11/25/25 | | | $8.90 | $1.78 | $7.12 |
| SEC v. Estate of Swensen (Main Case) | 11/30/25 | Chad Pehrson | Expense | Premier Legal Technologies - Reveal discovery database monthly expense | | | $104.11 | $20.82 | $83.29 |
| SEC v. Estate of Swensen (Main Case) | 12/02/25 | Jeremy Adamson | Service | Attention to email re Bucket Bliss; | 0.1 | $715.00 | $71.50 | $14.30 | $57.20 |
| SEC v. Estate of Swensen (Main Case) | 12/02/25 | Chad Pehrson | Service | Respond to Bucket Bliss principals re entity renewal, trademark registration maintenance, Chase bank account issue, and settlement response timing (0.4); assess operational risks to receivership asset (0.5). | 0.9 | $545.00 | $490.50 | $98.10 | $392.40 |
| SEC v. Estate of Swensen (Main Case) | 12/03/25 | Jeremy Adamson | Service | Review correspondence with Wendy's counsel re tax returns (.1); email Wendy's counsel re tax returns (.1); attention to dismissal in LaBonty action (.1); | 0.3 | $715.00 | $214.50 | $42.90 | $171.60 |
| SEC v. Estate of Swensen (Main Case) | 12/03/25 | Chad Pehrson | Service | Review notice of dismissal of Swensen parties in LaBonty matter (0.1); review draft motion to approve proposed distribution method and first interim distribution and verify updated figures against Receiver's accounting (0.5); attention to correspondence re Wendy Swensen tax returns and recovery of tithing donations from the Church (0.2). | 0.8 | $545.00 | $436.00 | $87.20 | $348.80 |
| SEC v. Estate of Swensen (Main Case) | 12/05/25 | Chad Pehrson | Service | Review Sage donation tracing analysis re charitable contributions and counsel inquiry response (0.9). | 0.9 | $545.00 | $490.50 | $98.10 | $392.40 |
| SEC v. Estate of Swensen (Main Case) | 12/09/25 | Jeremy Adamson | Service | Attention to distribution motion; | 0.3 | $715.00 | $214.50 | $42.90 | $171.60 |
| SEC v. Estate of Swensen (Main Case) | 12/10/25 | Jeremy Adamson | Service | Call with investor; | 0.1 | $715.00 | $71.50 | $14.30 | $57.20 |
| SEC v. Estate of Swensen (Main Case) | 12/11/25 | Jeremy Adamson | Service | Review Swensen tax returns (.2); email counsel for The Church of Jesus Christ of Latter-day Saints re the same (.1); email counsel for Wendy Swensen seeking additional tax returns (.1); | 0.4 | $715.00 | $286.00 | $57.20 | $228.80 |
| SEC v. Estate of Swensen (Main Case) | 12/11/25 | Henry Morris | Service | Attention to emails from Wendy Swensen counsel re tax documents. | 0.3 | $395.00 | $118.50 | $23.70 | $94.80 |
| SEC v. Estate of Swensen (Main Case) | 12/11/25 | Chad Pehrson | Service | Review Swensen tax returns (1.2); evaluate informal production versus subpoena strategy (0.3). | 1.5 | $545.00 | $817.50 | $163.50 | $654.00 |
| SEC v. Estate of Swensen (Main Case) | 12/15/25 | Jeremy Adamson | Service | Revise motion to approve distribution; | 0.1 | $715.00 | $71.50 | $14.30 | $57.20 |
| SEC v. Estate of Swensen (Main Case) | 12/15/25 | Chad Pehrson | Service | Consider W. Swensen counsel's proposal re declaration re tithing treatment (0.2); evaluate evidentiary sufficiency (0.4); review Sage's updated investor tracing and distribution analysis tables (0.7). | 1.3 | $545.00 | $708.50 | $141.70 | $566.80 |
| SEC v. Estate of Swensen (Main Case) | 12/18/25 | Jeremy Adamson | Service | Draft update for court for inclusion in SEC report; | 0.3 | $715.00 | $214.50 | $42.90 | $171.60 |
| SEC v. Estate of Swensen (Main Case) | 12/19/25 | Jeremy Adamson | Service | Review proposed status report draft; | 0.1 | $715.00 | $71.50 | $14.30 | $57.20 |
| SEC v. Estate of Swensen (Main Case) | 12/19/25 | Chad Pehrson | Service | Review SEC status report re Receivership Defendants (0.4). | 0.4 | $545.00 | $218.00 | $43.60 | $174.40 |
| SEC v. Estate of Swensen (Main Case) | 12/26/25 | Hugo Velastegui | Service | Archive and take offline Relativity database P8998-0002_Chad Pehrson vs Estate - Steve Swensen (1665620) per Bowe Kurowski | 0.5 | $275.00 | $137.50 | $27.50 | $110.00 |
| SEC v. Estate of Swensen (Main Case) | 12/31/25 | Buchalter | Expense | Relativity ODA LLC monthly Relativity charges for database hosting electronic discovery | | | $1.21 | $0.24 | $0.97 |
| SEC v. Estate of Swensen (Main Case) | 12/31/25 | Chad Pehrson | Expense | Premier Legal Technologies - Reveal discovery database monthly expense | | | $104.11 | $20.82 | $83.29 |
| SEC v. Estate of Swensen (Main Case) | 01/07/26 | Jeremy Adamson | Service | Review emails with investor's counsel and respond to email from that counsel about information provided related to their clients; | 0.2 | $715.00 | $143.00 | $28.60 | $114.40 |
| SEC v. Estate of Swensen (Main Case) | 01/13/26 | Jeremy Adamson | Service | Email counsel for Wendy Swensen about missing tax returns (.1); follow up with SEC re distribution motion (.1); | 0.2 | $715.00 | $143.00 | $28.60 | $114.40 |
| SEC v. Estate of Swensen (Main Case) | 01/13/26 | Chad Pehrson | Service | Review counsel follow-up with SEC re proposed distribution motion and investor table, and confirm filing timing (0.3). | 0.3 | $545.00 | $163.50 | $32.70 | $130.80 |
| SEC v. Estate of Swensen (Main Case) | 01/15/26 | Tucker Levis | Service | Conference with Jeremy Adamson re gathering additional documents re disgorgement of net winner investors | 0.4 | $465.00 | $186.00 | $37.20 | $148.80 |
| SEC v. Estate of Swensen (Main Case) | 01/15/26 | Jeremy Adamson | Service | Call with Jason Bussey at SEC re distribution motion and other issues (.6); conference with receiver about status of distribution motion and changes to the same (.2); attention to inquiry into status of investors currently listed as net winners (.2); review distribution model and motion and email accountants and SEC re changes to the same (.2); respond to email from investors (.1); respond to email from Jeremy Sink (.1); | 1.4 | $715.00 | $1,001.00 | $200.20 | $800.80 |
| SEC v. Estate of Swensen (Main Case) | 01/15/26 | Chad Pehrson | Service | Confer with counsel following SEC call re additional diligence on significant net winners (0.3); evaluate and approve proposed first interim distribution and direct Sage to revise the distribution model (0.4). | 0.7 | $545.00 | $381.50 | $76.30 | $305.20 |

| Case | Date | Name | Type | Description | Hours | Rate | Amount | | |
|---|---|---|---|---|---|---|---|---|---|
| SEC v. Estate of Swensen (Main Case) | 01/16/26 | Chad Pehrson | Service | Review Church counsel's communications re clawback proposals (0.3); monitor Sage's updated distribution analysis (0.2). | 0.5 | $545.00 | $272.50 | $54.50 | $218.00 |
| SEC v. Estate of Swensen (Main Case) | 01/16/26 | Jeremy Adamson | Service | Prepare for call with Jeremy Sink by reviewing available tax returns (0.1); call with counsel for Swensen's church about return of donations (0.3); email counsel for Wendy Swensen requesting declaration to facilitate return of donations (0.1); attention to revisions to motion for approval of distribution (0.1). | 0.6 | $715.00 | $429.00 | $85.80 | $343.20 |
| SEC v. Estate of Swensen (Main Case) | 01/20/26 | Jeremy Adamson | Service | Finalize motion seeking approval of distribution; | 0.2 | $715.00 | $143.00 | $28.60 | $114.40 |
| SEC v. Estate of Swensen (Main Case) | 01/20/26 | Chad Pehrson | Service | Review SEC confirmation and authorize filing (0.2). | 0.2 | $545.00 | $109.00 | $21.80 | $87.20 |
| SEC v. Estate of Swensen (Main Case) | 01/21/26 | Jeremy Adamson | Service | Direct team regarding filing of motion for approval of distribution and regarding giving notice of the same to all investors; | 0.1 | $715.00 | $71.50 | $14.30 | $57.20 |
| SEC v. Estate of Swensen (Main Case) | 01/21/26 | Chad Pehrson | Service | Final review and approval of Motion to Approve Proposed Distribution Method and First Interim Distribution and exhibits authorize filing (1.4). | 1.4 | $545.00 | $763.00 | $152.60 | $610.40 |
| SEC v. Estate of Swensen (Main Case) | 01/25/26 | Brock Hatcher | Service | Review case file and complete Accurint searches to begin preparation of index of contact information of twenty-nine (29) individuals for efforts to clawback funds to estate. | 4.8 | $240.00 | $1,152.00 | $230.40 | $921.60 |
| SEC v. Estate of Swensen (Main Case) | 01/26/26 | Jeremy Adamson | Service | Call with investor about distribution plan proposed to court; | 0.1 | $715.00 | $71.50 | $14.30 | $57.20 |
| SEC v. Estate of Swensen (Main Case) | 01/27/26 | Tucker Levis | Service | Review research on addresses and contact info for presumptive net winners to prepare subpoenas to same. | 0.6 | $465.00 | $279.00 | $55.80 | $223.20 |
| SEC v. Estate of Swensen (Main Case) | 01/27/26 | Jeremy Adamson | Service | Review contents of information obtained regarding investors who have not responded to requests for information (0.2). | 0.2 | $715.00 | $143.00 | $28.60 | $114.40 |
| SEC v. Estate of Swensen (Main Case) | 01/27/26 | Chad Pehrson | Service | Review historical outreach to non-responding investors and coordinate re prior mailing lists (0.6). | 0.6 | $545.00 | $327.00 | $65.40 | $261.60 |
| SEC v. Estate of Swensen (Main Case) | 01/31/26 | Chad Pehrson | Expense | Premier Legal Technologies - Reveal discovery database monthly expense | | | $104.11 | $20.82 | $83.29 |
| SEC v. Estate of Swensen (Main Case) | 02/02/26 | Jeremy Adamson | Service | Review file for address information for notice to investors and communication history with investors; | 0.6 | $715.00 | $429.00 | $85.80 | $343.20 |
| SEC v. Estate of Swensen (Main Case) | 02/03/26 | Brock Hatcher | Service | Review Reveal database of document productions for information regarding clients for subpoena purposes. | 3.2 | $240.00 | $768.00 | $153.60 | $614.40 |
| SEC v. Estate of Swensen (Main Case) | 02/03/26 | Tucker Levis | Service | Draft motion and proposed order extending time for investors to respond to motion to approve distribution plan. | 1.8 | $465.00 | $837.00 | $167.40 | $669.60 |
| SEC v. Estate of Swensen (Main Case) | 02/03/26 | Jeremy Adamson | Service | Conference with Tucker about notice to court re delay in serving investors with motion for approval of distribution plan (.1); review and revise motion for extension of time to respond to motion to approve distribution (.2); call with counsel for investor regarding distribution model (.2); | 0.5 | $715.00 | $357.50 | $71.50 | $286.00 |
| SEC v. Estate of Swensen (Main Case) | 02/04/26 | Tucker Levis | Service | Correspondence with Sage Forensics re net winners (0.3); conference with paralegal and legal assistant re preparing subpoenas for net winners and serving proposed distribution method on investors (0.6). | 0.9 | $465.00 | $418.50 | $83.70 | $334.80 |
| SEC v. Estate of Swensen (Main Case) | 02/04/26 | Jeremy Adamson | Service | Call with investor re motion to distribute funds (.2); follow up on investigation in communications with net winners (.2); call with Chad regarding various issues related to the receivership (.1); | 0.5 | $715.00 | $357.50 | $71.50 | $286.00 |
| SEC v. Estate of Swensen (Main Case) | 02/04/26 | Chad Pehrson | Service | Direct investigation of investor's claimed loss-amount discrepancy (0.5); continue to review historical investor outreach efforts (0.2). | 0.7 | $545.00 | $381.50 | $76.30 | $305.20 |
| SEC v. Estate of Swensen (Main Case) | 02/05/26 | Chad Pehrson | Service | Respond to Bucket Bliss principals, decline insurance procurement pending sale, confirm entity renewal complete, and implement ministerial DBA cleanup (0.9). | 0.9 | $545.00 | $490.50 | $98.10 | $392.40 |
| SEC v. Estate of Swensen (Main Case) | 02/06/26 | Tucker Levis | Service | Review/analyze contact information for investors to prepare notices of proposed distribution plan (0.7); begin preparing/outlining SDTs to net winner investors to procure bank records (0.8). | 1.5 | $465.00 | $697.50 | $139.50 | $558.00 |
| SEC v. Estate of Swensen (Main Case) | 02/06/26 | Jeremy Adamson | Service | Review materials provided by Sage regarding inquiry from investor's counsel (.3); review information regarding locating contact information for all investors (.4); | 0.7 | $715.00 | $500.50 | $100.10 | $400.40 |
| SEC v. Estate of Swensen (Main Case) | 02/06/26 | Chad Pehrson | Service | Supervise updates to Receiver's public information website with the latest filings and confirm to team (0.3). | 0.3 | $545.00 | $163.50 | $32.70 | $130.80 |
| SEC v. Estate of Swensen (Main Case) | 02/09/26 | Tucker Levis | Service | Review Crew Capital bank records to evaluate SDTs and disgorgement claims against presumptive net winners (1.7); meeting with forensic accountants to address nominal net winners (0.4); | 2.1 | $465.00 | $976.50 | $195.30 | $781.20 |
| SEC v. Estate of Swensen (Main Case) | 02/09/26 | Jeremy Adamson | Service | Review materials sent by Sage related to contact information for investors (.2); review materials regarding investment totals from investors (.3); call with Sage about distribution model and potential adjustments to the same (.2); | 0.7 | $715.00 | $500.50 | $100.10 | $400.40 |
| SEC v. Estate of Swensen (Main Case) | 02/12/26 | Tucker Levis | Service | Analyze Sage Forensic's updated net winner/loser analysis with information on sources of information to evaluate impact on distribution plan and potential disgorgement lawsuits. | 0.9 | $465.00 | $418.50 | $83.70 | $334.80 |
| SEC v. Estate of Swensen (Main Case) | 02/12/26 | Jeremy Adamson | Service | Review email and analysis from Sage re net winner figures; | 0.2 | $715.00 | $143.00 | $28.60 | $114.40 |
| SEC v. Estate of Swensen (Main Case) | 02/13/26 | Tucker Levis | Service | Prepare for and attend meeting with Sage Forensics to discuss further analysis/potential revisions to distribution model. | 0.5 | $465.00 | $232.50 | $46.50 | $186.00 |

| Case | Date | Timekeeper | Type | Description | Hours | Rate | Amount | | |
|---|---|---|---|---|---|---|---|---|---|
| SEC v. Estate of Swensen (Main Case) | 02/13/26 | Jeremy Adamson | Service | Call with Sage, Chad, and Tucker about distribution plan; | 0.3 | $715.00 | $214.50 | $42.90 | $171.60 |
| SEC v. Estate of Swensen (Main Case) | 02/13/26 | Chad Pehrson | Service | Prepare for and participate in call with Sage and counsel re proposed updates to net winner/loser analysis and corrected investor calculations (0.5); review distribution-impact scenarios (0.7). | 1.2 | $545.00 | $654.00 | $130.80 | $523.20 |
| SEC v. Estate of Swensen (Main Case) | 02/18/26 | Tucker Levis | Service | Outline/draft subpoena topics for net winner investors to evaluate disgorgement claims. | 0.4 | $465.00 | $186.00 | $37.20 | $148.80 |
| SEC v. Estate of Swensen (Main Case) | 02/18/26 | Jeremy Adamson | Service | Review revised distribution model from Sage; | 0.2 | $715.00 | $143.00 | $28.60 | $114.40 |
| SEC v. Estate of Swensen (Main Case) | 02/19/26 | Jeremy Adamson | Service | Return call from Dustin Gibb about Bucket Bliss; | 0.1 | $715.00 | $71.50 | $14.30 | $57.20 |
| SEC v. Estate of Swensen (Main Case) | 02/19/26 | Chad Pehrson | Service | Attention to D. Gibb follow-up re Bucket Bliss DBA cleanup, insurance verification, and R. Gibb purchase interest (0.3). | 0.3 | $545.00 | $163.50 | $32.70 | $130.80 |
| SEC v. Estate of Swensen (Main Case) | 02/19/26 | Chad Pehrson | Expense | Utah Division of Corporations filing fee - Certificate of Assumed and of True Name for Bucket Bliss (Receipt #260219826436B) | | | $22.00 | $4.40 | $17.60 |
| SEC v. Estate of Swensen (Main Case) | 02/20/26 | Tucker Levis | Service | Attend meeting with Sage Forensics to discuss revisions to distribution analysis. | 0.5 | $465.00 | $232.50 | $46.50 | $186.00 |
| SEC v. Estate of Swensen (Main Case) | 02/20/26 | Tucker Levis | Service | Return phone call of investor S.L. re status. | 0.4 | $465.00 | $186.00 | $37.20 | $148.80 |
| SEC v. Estate of Swensen (Main Case) | 02/20/26 | Jeremy Adamson | Service | Review proposed changes to distribution model (0.1); call with Clint, Trevor, and Tucker re same (0.5); | 0.6 | $715.00 | $429.00 | $85.80 | $343.20 |
| SEC v. Estate of Swensen (Main Case) | 02/24/26 | Tucker Levis | Service | Identify investors to follow up with for additional materials relating to investments/proposed distributions. | 0.2 | $465.00 | $93.00 | $18.60 | $74.40 |
| SEC v. Estate of Swensen (Main Case) | 02/24/26 | Jeremy Adamson | Service | Call with investor about distribution model; | 0.1 | $715.00 | $71.50 | $14.30 | $57.20 |
| SEC v. Estate of Swensen (Main Case) | 02/25/26 | Tucker Levis | Service | Correspondence with investors D.T., S.R., and D.S. re information needed for distribution analysis. | 0.4 | $465.00 | $186.00 | $37.20 | $148.80 |
| SEC v. Estate of Swensen (Main Case) | 02/26/26 | Tucker Levis | Service | Prepare for and attend phone call with D.T. (investor) to discuss discrepancies in investor claims and support in records (0.7); receive and review records received from D.T. (0.3); forward records to forensic accountants (0.1). | 1.1 | $465.00 | $511.50 | $102.30 | $409.20 |
| SEC v. Estate of Swensen (Main Case) | 02/26/26 | Jeremy Adamson | Service | Conference with Tucker re call with investor about discrepancies in records; | 0.1 | $715.00 | $71.50 | $14.30 | $57.20 |
| SEC v. Estate of Swensen (Main Case) | 02/26/26 | Chad Pehrson | Service | Review records provided by investor D.T. re disputed investment support (0.2); coordinate Sage cross-reference (0.2). | 0.4 | $545.00 | $218.00 | $43.60 | $174.40 |
| SEC v. Estate of Swensen (Main Case) | 02/27/26 | Henry Morris | Service | Continued drafting subpoenas to net winners | 1.8 | $395.00 | $711.00 | $142.20 | $568.80 |
| SEC v. Estate of Swensen (Main Case) | 02/27/26 | Chad Pehrson | Service | Attention to corrupt-file issue re order extending distribution-motion response deadline on receivership information page (0.1); transmit corrected PDF to Snell & Wilmer (0.1). | 0.2 | $545.00 | $109.00 | $21.80 | $87.20 |
| SEC v. Estate of Swensen (Main Case) | 02/27/26 | Tucker Levis | Service | Prepare for and attend phone call with investor S.R. and family re discrepancies in documents/claims for distribution. | 0.8 | $465.00 | $372.00 | $74.40 | $297.60 |
| SEC v. Estate of Swensen (Main Case) | 02/28/26 | Chad Pehrson | Expense | Premier Legal Technologies - Reveal discovery database monthly expense | | | $104.11 | $20.82 | $83.29 |
| SEC v. Estate of Swensen (Main Case) | 03/02/26 | Tucker Levis | Service | Correspondence to Matt Boley (counsel for D.S.) seeking additional info related to claimed investments and distributions (0.2); correspondence to Sage Forensics re updated net winner/loser tracings following add'tl info rec'd by investors (0.2). | 0.4 | $465.00 | $186.00 | $37.20 | $148.80 |
| SEC v. Estate of Swensen (Main Case) | 03/02/26 | Jeremy Adamson | Service | Attention to email from investor re request for records; | 0.1 | $715.00 | $71.50 | $14.30 | $57.20 |
| SEC v. Estate of Swensen (Main Case) | 03/02/26 | Henry Morris | Service | Additional review of case materials to inform subpoena requests to net winners (0.7); continued drafting subpoenas to net winners (0.5) | 1.2 | $395.00 | $474.00 | $94.80 | $379.20 |
| SEC v. Estate of Swensen (Main Case) | 03/03/26 | Tucker Levis | Service | Receive and review updated tracing analysis for Dana and P.S. to prepare for phone call to their attorney regarding the same. | 0.3 | $465.00 | $139.50 | $27.90 | $111.60 |
| SEC v. Estate of Swensen (Main Case) | 03/03/26 | Jeremy Adamson | Service | Email counsel for Wendy Swensen about declaration regarding source of charitable contributions; | 0.1 | $715.00 | $71.50 | $14.30 | $57.20 |
| SEC v. Estate of Swensen (Main Case) | 03/03/26 | Chad Pehrson | Service | Review Sage analysis of records, including questionnaire amounts, bank distributions, Crew Capital statements, and transfers (0.8); continue to analyze evidentiary reliance parameters and priorities for distribution treatment (0.5). | 1.3 | $545.00 | $708.50 | $141.70 | $566.80 |
| SEC v. Estate of Swensen (Main Case) | 03/04/26 | Jeremy Adamson | Service | Review email from Sage about analysis of distribution model adjustments; | 0.1 | $715.00 | $71.50 | $14.30 | $57.20 |
| SEC v. Estate of Swensen (Main Case) | 03/04/26 | Henry Morris | Service | Completed necessary legal research and finished drafting subpoenas to net winners | 1.6 | $395.00 | $632.00 | $126.40 | $505.60 |
| SEC v. Estate of Swensen (Main Case) | 03/06/26 | Chad Pehrson | Service | Review Sage's updated distribution plan and Distribution Plan Comparison (0.6). | 0.6 | $545.00 | $327.00 | $65.40 | $261.60 |
| SEC v. Estate of Swensen (Main Case) | 03/09/26 | Tucker Levis | Service | Review updated net winner/loser tracing from Sage Forensics. | 0.8 | $465.00 | $372.00 | $74.40 | $297.60 |
| SEC v. Estate of Swensen (Main Case) | 03/09/26 | Chad Pehrson | Service | Consider application to receivership clawback action (0.2). | 0.2 | $545.00 | $109.00 | $21.80 | $87.20 |
| SEC v. Estate of Swensen (Main Case) | 03/10/26 | Jeremy Adamson | Service | Email Wendy Swensen's counsel about request for declaration (.1); email Sage regarding updated distribution model (.1); | 0.2 | $715.00 | $143.00 | $28.60 | $114.40 |
| SEC v. Estate of Swensen (Main Case) | 03/10/26 | Henry Morris | Service | Revised definitions for subpoenas to net winners | 0.7 | $395.00 | $276.50 | $55.30 | $221.20 |
| SEC v. Estate of Swensen (Main Case) | 03/10/26 | Chad Pehrson | Service | Respond to counsel re Bucket Bliss DBA (0.2); monitor follow-up with W. Swensen's counsel re tithing declaration (0.1). | 0.3 | $545.00 | $163.50 | $32.70 | $130.80 |

| Case | Date | Name | Type | Description | Hours | Rate | Amount | | |
|---|---|---|---|---|---|---|---|---|---|
| SEC v. Estate of Swensen (Main Case) | 03/11/26 | Tucker Levis | Service | Meeting with Sage Forensics to discuss updated tracing/revisions to proposed distribution (0.4); compile information on contact info for net winners who may be worthwhile suing to send to SEC for additional info on whereabouts (0.7); identify net winners for subpoenas (0.2); draft/prepare cover letter for SDTs to net winners (0.6); revise/draft SDTs net winner investors (0.9). | 2.8 | $465.00 | $1,302.00 | $260.40 | $1,041.60 |
| SEC v. Estate of Swensen (Main Case) | 03/11/26 | Jeremy Adamson | Service | Call with Sage, receiver and Tucker about changes to distribution model (.5); email Jason Bussey about missing contact information for investors (.1); review list of net winners in connection with analysis of potential claw back claims (.1); review proposed cover letter for subpoenas (.1); | 0.8 | $715.00 | $572.00 | $114.40 | $457.60 |
| SEC v. Estate of Swensen (Main Case) | 03/11/26 | Chad Pehrson | Service | Prepare for and participate in call with Sage and counsel re changes to the updated distribution model (0.7); review missing-investor research and approve further outreach (0.2). | 0.9 | $545.00 | $490.50 | $98.10 | $392.40 |
| SEC v. Estate of Swensen (Main Case) | 03/12/26 | Tucker Levis | Service | Finish drafting/revising proposed form subpoena to investors seeking additional records. | 0.6 | $465.00 | $279.00 | $55.80 | $223.20 |
| SEC v. Estate of Swensen (Main Case) | 03/12/26 | Tucker Levis | Service | Draft/prepare notice of intent to serve subpoenas on investors. | 0.3 | $465.00 | $139.50 | $27.90 | $111.60 |
| SEC v. Estate of Swensen (Main Case) | 03/12/26 | Tucker Levis | Service | Research contact information for potential investor "D.B. CRUT" to serve subpoenas and/or revise proposed distribution plan; correspondence with Sage Forensics re same. | 0.4 | $465.00 | $186.00 | $37.20 | $148.80 |
| SEC v. Estate of Swensen (Main Case) | 03/12/26 | Jeremy Adamson | Service | Review and revise subpoena to investors believed to be net winners (.1); review update from Sage re distribution analysis (.1); | 0.2 | $715.00 | $143.00 | $28.60 | $114.40 |
| SEC v. Estate of Swensen (Main Case) | 03/13/26 | Chad Pehrson | Service | Review Sage's updated Movement analysis, Net Winners/Losers tracing and distribution allocation schedules (0.8). | 0.8 | $545.00 | $436.00 | $87.20 | $348.80 |
| SEC v. Estate of Swensen (Main Case) | 03/17/26 | Tucker Levis | Service | Assist in preparing subpoena packets to send out to potential investors for service. | 0.6 | $465.00 | $279.00 | $55.80 | $223.20 |
| SEC v. Estate of Swensen (Main Case) | 03/17/26 | Tucker Levis | Service | Review updated distribution schedules from Sage Forensics to prepare amended motion for distribution. | 0.4 | $465.00 | $186.00 | $37.20 | $148.80 |
| SEC v. Estate of Swensen (Main Case) | 03/17/26 | Jeremy Adamson | Service | Review revised schedules from Sage for distribution model; | 0.2 | $715.00 | $143.00 | $28.60 | $114.40 |
| SEC v. Estate of Swensen (Main Case) | 03/17/26 | Chad Pehrson | Service | Review SEC-provided contact information for missing investors; direct follow-up outreach and update receivership contact records (0.5). | 0.5 | $545.00 | $272.50 | $54.50 | $218.00 |
| SEC v. Estate of Swensen (Main Case) | 03/18/26 | Tucker Levis | Service | Begin outlining amended motion for proposed distribution plan to incorporate updated net winner evaluation. | 0.5 | $465.00 | $232.50 | $46.50 | $186.00 |
| SEC v. Estate of Swensen (Main Case) | 03/18/26 | Jeremy Adamson | Service | Conference with Tucker re changes to distribution model; | 0.2 | $715.00 | $143.00 | $28.60 | $114.40 |
| SEC v. Estate of Swensen (Main Case) | 03/18/26 | Henry Morris | Service | Follow-up review of SDT to net winners | 0.2 | $395.00 | $79.00 | $15.80 | $63.20 |
| SEC v. Estate of Swensen (Main Case) | 03/19/26 | Jeremy Adamson | Service | Call counsel for investor re distribution model; | 0.2 | $715.00 | $143.00 | $28.60 | $114.40 |
| SEC v. Estate of Swensen (Main Case) | 03/20/26 | Jeremy Adamson | Service | Call with counsel for investor about distribution model; | 0.3 | $715.00 | $214.50 | $42.90 | $171.60 |
| SEC v. Estate of Swensen (Main Case) | 03/23/26 | Tucker Levis | Service | Draft/prepare amended motion for proposed distribution plan and bar date. | 2.6 | $465.00 | $1,209.00 | $241.80 | $967.20 |
| SEC v. Estate of Swensen (Main Case) | 03/23/26 | Tucker Levis | Service | Begin drafting quarterly status report for receiver. | 0.9 | $465.00 | $418.50 | $83.70 | $334.80 |
| SEC v. Estate of Swensen (Main Case) | 03/23/26 | Jeremy Adamson | Service | Emails with counsel for investors re call to discuss new distribution model (.1); review and revise amended motion for approval of distribution model (.3); call with counsel for investors re distribution model (.4); | 0.8 | $715.00 | $572.00 | $114.40 | $457.60 |
| SEC v. Estate of Swensen (Main Case) | 03/24/26 | Jeremy Adamson | Service | Respond to email from investor's counsel about distribution model and to email from SEC re motion to dismiss claims against Saria Rodriguez (0.1); | 0.1 | $715.00 | $71.50 | $14.30 | $57.20 |
| SEC v. Estate of Swensen (Main Case) | 03/24/26 | Chad Pehrson | Service | Review King counsel's RMA/source documents and direct Sage verification efforts (0.2); respond to Objective trade-creditor inquiry re putative unpaid development invoices and treatment in a later claims process (0.3). | 0.5 | $545.00 | $272.50 | $54.50 | $218.00 |
| SEC v. Estate of Swensen (Main Case) | 03/25/26 | Tucker Levis | Service | Receive phone call from investor J.K. re SDT. | 0.5 | $465.00 | $232.50 | $46.50 | $186.00 |
| SEC v. Estate of Swensen (Main Case) | 03/25/26 | Jeremy Adamson | Service | Review email from Sage regarding response to investor inquiry re distribution model (.1); attention to email from Tucker regarding communication with net winner investor (.1). | 0.2 | $715.00 | $143.00 | $28.60 | $114.40 |
| SEC v. Estate of Swensen (Main Case) | 03/25/26 | Henry Morris | Service | Reviewed case files and emails re Wendy Swensen taxes/tithing (0.8); drafted and revised subpoena to Wendy Swensen re taxes and tithing records (1) | 1.8 | $395.00 | $711.00 | $142.20 | $568.80 |
| SEC v. Estate of Swensen (Main Case) | 03/25/26 | Chad Pehrson | Service | Review Sage findings re check records and tracing work (0.6); evaluate evidentiary sufficiency (0.2). | 0.8 | $545.00 | $436.00 | $87.20 | $348.80 |
| SEC v. Estate of Swensen (Main Case) | 03/26/26 | Tucker Levis | Service | Correspondence with Matt Boley (D.S.'s lawyer) re acceptance of service of SDT. | 0.2 | $465.00 | $93.00 | $18.60 | $74.40 |
| SEC v. Estate of Swensen (Main Case) | 03/29/26 | Buchalter | Expense | Process service - IceKey Investigations - service of subpoenas to Kennedys | | | $460.00 | $92.00 | $368.00 |
| SEC v. Estate of Swensen (Main Case) | 03/30/26 | Tucker Levis | Service | Finish drafting receiver's status report. | 2.0 | $465.00 | $930.00 | $186.00 | $744.00 |
| SEC v. Estate of Swensen (Main Case) | 03/30/26 | Tucker Levis | Service | Review/revise SDT to Wendy Swensen seeking records re tithing payments. | 0.7 | $465.00 | $325.50 | $65.10 | $260.40 |
| SEC v. Estate of Swensen (Main Case) | 03/30/26 | Tucker Levis | Service | Finish drafting proposed order granting interim distribution and proposed distribution method. | 1.6 | $465.00 | $744.00 | $148.80 | $595.20 |
| SEC v. Estate of Swensen (Main Case) | 03/30/26 | Tucker Levis | Service | Begin preparing SDT to investor C.C.. | 0.2 | $465.00 | $93.00 | $18.60 | $74.40 |
| SEC v. Estate of Swensen (Main Case) | 03/30/26 | Henry Morris | Service | Research on federal form for subpoena to testify on court website (0.5); emails with T. Levis re revisions to requests (0.2); revisions to subpoena (0.5) | 1.2 | $395.00 | $474.00 | $94.80 | $379.20 |
| SEC v. Estate of Swensen (Main Case) | 03/31/26 | Tucker Levis | Service | Review/revisions to deposition SDT to Wendy Swensen. | 0.2 | $465.00 | $93.00 | $18.60 | $74.40 |

| Case | Date | Timekeeper | Type | Description | Hours | Rate | Amount | | |
|---|---|---|---|---|---|---|---|---|---|
| SEC v. Estate of Swensen (Main Case) | 03/31/26 | Tucker Levis | Service | Correspondence with Sage Forensics re finalizing updated tracing schedule and add'tl info re R.K. and B.K.. | 0.4 | $465.00 | $186.00 | $37.20 | $148.80 |
| SEC v. Estate of Swensen (Main Case) | 03/31/26 | Jeremy Adamson | Service | Review and revise status report (.4); revise amended motion for approval of distribution plan (.2); | 0.6 | $715.00 | $429.00 | $85.80 | $343.20 |
| SEC v. Estate of Swensen (Main Case) | 03/31/26 | Henry Morris | Service | Final updates and revisions to Wendy Swensen subpoena terms and formatting and emailed to T. Levis for review | 0.8 | $395.00 | $316.00 | $63.20 | $252.80 |
| SEC v. Estate of Swensen (Main Case) | 03/31/26 | Chad Pehrson | Service | Coordinate completion of Sage's updated distribution schedule, including treatment of disputed amounts (0.8). | 0.8 | $545.00 | $436.00 | $87.20 | $348.80 |
| SEC v. Estate of Swensen (Main Case) | 03/31/26 | Chad Pehrson | Expense | Premier Legal Technologies - Reveal discovery database Invoice #173907 (paid by Milly Research) | | | $104.11 | $20.82 | $83.29 |
| SEC v. Estate of Swensen (Main Case) | 04/01/26 | Tucker Levis | Service | Receive phone call from investor F.S. re funds received/invested in Crew Capital in response to SDT. | 0.7 | $465.00 | $325.50 | $65.10 | $260.40 |
| SEC v. Estate of Swensen (Main Case) | 04/01/26 | Tucker Levis | Service | Receive and respond to email from D.S. attorney (Matt Boley) re acceptance of service of SDT. | 0.1 | $465.00 | $46.50 | $9.30 | $37.20 |
| SEC v. Estate of Swensen (Main Case) | 04/01/26 | Chad Pehrson | Service | Review Sage's final updated distribution schedules (0.8). | 0.8 | $545.00 | $436.00 | $87.20 | $348.80 |
| SEC v. Estate of Swensen (Main Case) | 04/02/26 | Tucker Levis | Service | Receive phone call from investor V.S.'s family re subpoena. | 0.5 | $465.00 | $232.50 | $46.50 | $186.00 |
| SEC v. Estate of Swensen (Main Case) | 04/02/26 | Tucker Levis | Service | Finalize amended motion for proposed distribution method and proposed order in advance of filing and arrange for service to investors. | 1.2 | $465.00 | $558.00 | $111.60 | $446.40 |
| SEC v. Estate of Swensen (Main Case) | 04/02/26 | Tucker Levis | Service | Receive and respond to email from J.S. re documents produced in response to SDT. | 0.3 | $465.00 | $139.50 | $27.90 | $111.60 |
| SEC v. Estate of Swensen (Main Case) | 04/02/26 | Jeremy Adamson | Service | Review responses from subpoena recipients; | 0.5 | $715.00 | $357.50 | $71.50 | $286.00 |
| SEC v. Estate of Swensen (Main Case) | 04/02/26 | Chad Pehrson | Service | Final review and approval of Amended Motion to Approve Proposed Distribution Method and First Interim Distribution, exhibits, and proposed order; authorize filing (0.5). | 0.5 | $545.00 | $272.50 | $54.50 | $218.00 |
| SEC v. Estate of Swensen (Main Case) | 04/02/26 | Buchalter | Expense | Process service - IceKey Investigations - service of 5 SDTs | | | $700.00 | $140.00 | $560.00 |
| SEC v. Estate of Swensen (Main Case) | 04/03/26 | Tucker Levis | Service | Receive and respond to phone call from investor's family member, D.B., re response to SDT. | 0.4 | $465.00 | $186.00 | $37.20 | $148.80 |
| SEC v. Estate of Swensen (Main Case) | 04/03/26 | Tucker Levis | Service | Correspondence to receiver re updating receiver's website. | 0.2 | $465.00 | $93.00 | $18.60 | $74.40 |
| SEC v. Estate of Swensen (Main Case) | 04/03/26 | Tucker Levis | Service | Receive phone call from investors D.R. and V.T. re proposed distribution plan. | 0.4 | $465.00 | $186.00 | $37.20 | $148.80 |
| SEC v. Estate of Swensen (Main Case) | 04/03/26 | Tucker Levis | Service | Receive/respond to email from investor B.S./L.S.C. re motion to approve distribution method and plan. | 0.1 | $465.00 | $46.50 | $9.30 | $37.20 |
| SEC v. Estate of Swensen (Main Case) | 04/03/26 | Jeremy Adamson | Service | Attention to revisions to status report for court; | 0.1 | $715.00 | $71.50 | $14.30 | $57.20 |
| SEC v. Estate of Swensen (Main Case) | 04/03/26 | Chad Pehrson | Service | Provide current receivership financials (0.5); correspondence with counsel re receivership website updates (0.2). | 0.7 | $545.00 | $381.50 | $76.30 | $305.20 |
| SEC v. Estate of Swensen (Main Case) | 04/06/26 | Tucker Levis | Service | Receive phone call from potential investor M.B. re SDT. | 0.3 | $465.00 | $139.50 | $27.90 | $111.60 |
| SEC v. Estate of Swensen (Main Case) | 04/07/26 | Tucker Levis | Service | Receive and respond to email from J.S. re documents provided in response to SDT to V.S.. | 0.2 | $465.00 | $93.00 | $18.60 | $74.40 |
| SEC v. Estate of Swensen (Main Case) | 04/07/26 | Tucker Levis | Service | Receive phone call from S. Christiansen (counsel for D.M.) re proposed amended distribution plan (0.4); phone call with R.P. re proposed amended distribution plan and subpoena (0.4); send letter and subpoena to R.P.'s updated address (0.2); return phone call from F.S. re proposed distribution plan (0.2); return phone call from L.E. re proposed distribution plan and SDT (0.5). | 1.7 | $465.00 | $790.50 | $158.10 | $632.40 |
| SEC v. Estate of Swensen (Main Case) | 04/07/26 | Tucker Levis | Service | Return phone call from C.B. re B.B./motion for distribution plan (0.2); return phone call from B.S. re SDT and distribution plan for V.S. (0.4); return voicemail from H.B. re proposed distribution plan (0.5) | 1.1 | $465.00 | $511.50 | $102.30 | $409.20 |
| SEC v. Estate of Swensen (Main Case) | 04/07/26 | Chad Pehrson | Service | Confirm posting of amended distribution motion and latest pleadings to receivership website. | 0.2 | $545.00 | $109.00 | $21.80 | $87.20 |
| SEC v. Estate of Swensen (Main Case) | 04/09/26 | Tucker Levis | Service | Draft/revise certificate of service of amended motion for distribution plan to all known potential investors. | 0.3 | $465.00 | $139.50 | $27.90 | $111.60 |
| SEC v. Estate of Swensen (Main Case) | 04/09/26 | Jeremy Adamson | Service | Review email from creditor (.1); attention to notice of withdrawal of counsel for certain investors (.1); attention to investor responses to subpoenas (.1); revise certificate of service of amended motion for approval of distribution plan (.1); | 0.4 | $715.00 | $286.00 | $57.20 | $228.80 |
| SEC v. Estate of Swensen (Main Case) | 04/09/26 | Buchalter | Expense | Process service - IceKey Investigations - service of subpoena to R.P. | | | $80.00 | $16.00 | $64.00 |
| SEC v. Estate of Swensen (Main Case) | 04/10/26 | Tucker Levis | Service | Finalize COS for amended motion for distribution plan to prepare for filing. | 0.3 | $465.00 | $139.50 | $27.90 | $111.60 |
| SEC v. Estate of Swensen (Main Case) | 04/14/26 | Tucker Levis | Service | Return phone call from W.B. re subpoena. | 0.3 | $465.00 | $139.50 | $27.90 | $111.60 |
| SEC v. Estate of Swensen (Main Case) | 04/14/26 | Tucker Levis | Service | Phone call with L.E. re documents responsive to subpoena requests. | 0.1 | $465.00 | $46.50 | $9.30 | $37.20 |
| SEC v. Estate of Swensen (Main Case) | 04/14/26 | Jeremy Adamson | Service | Call with investor re subpoena (.1); attention to responses from other investors (.1) | 0.2 | $715.00 | $143.00 | $28.60 | $114.40 |
| SEC v. Estate of Swensen (Main Case) | 04/16/26 | Jeremy Adamson | Service | Call regarding summary judgment in investor case; | 0.2 | $715.00 | $143.00 | $28.60 | $114.40 |
| SEC v. Estate of Swensen (Main Case) | 04/17/26 | Tucker Levis | Service | Receive call from investor R.P. re gathering docs in response to subpoena | 0.2 | $465.00 | $93.00 | $18.60 | $74.40 |
| SEC v. Estate of Swensen (Main Case) | 04/20/26 | Tucker Levis | Service | Received phone call from D.B. (investor's relative) re response to SDT. | 0.4 | $465.00 | $186.00 | $37.20 | $148.80 |
| SEC v. Estate of Swensen (Main Case) | 04/21/26 | Jeremy Adamson | Service | Review response to motion to approve proposed distribution; | 0.2 | $715.00 | $143.00 | $28.60 | $114.40 |
| SEC v. Estate of Swensen (Main Case) | 04/21/26 | Henry Morris | Service | Reviewed D.M. opposition to proposed distribution method and first interim distribution | 0.6 | $395.00 | $237.00 | $47.40 | $189.60 |
| SEC v. Estate of Swensen (Main Case) | 04/21/26 | Chad Pehrson | Service | Review D.M. objection and response to distribution motion (0.6). | 0.6 | $545.00 | $327.00 | $65.40 | $261.60 |

| Case | Date | Timekeeper | Type | Description | Hours | Rate | Amount | | |
|---|---|---|---|---|---|---|---|---|---|
| SEC v. Estate of Swensen (Main Case) | 04/22/26 | Tucker Levis | Service | Return VM from R.P. re response to SDT. | 0.5 | $465.00 | $232.50 | $46.50 | $186.00 |
| SEC v. Estate of Swensen (Main Case) | 04/22/26 | Buchalter | Expense | Process service - IceKey Investigations - service of 4 subpoenas to investors | | | $435.00 | $87.00 | $348.00 |
| SEC v. Estate of Swensen (Main Case) | 04/23/26 | Tucker Levis | Service | Receive/respond to correspondence from D.B. re bank records in response to SDT (0.2); review records provided by D.B. in response to SDT (0.3). | 0.5 | $465.00 | $232.50 | $46.50 | $186.00 |
| SEC v. Estate of Swensen (Main Case) | 04/23/26 | Tucker Levis | Service | Meeting with Sage Forensics to discuss investor records received in response to distribution plan and SDTs. | 0.5 | $465.00 | $232.50 | $46.50 | $186.00 |
| SEC v. Estate of Swensen (Main Case) | 04/23/26 | Chad Pehrson | Service | Review SEC's unopposed motion to dismiss relief defendant S. Rodriguez under Rules 41/66 and confirm Receiver's non-opposition (0.2); analyze investor summary memos (0.3). | 0.5 | $545.00 | $272.50 | $54.50 | $218.00 |
| SEC v. Estate of Swensen (Main Case) | 04/29/26 | Tucker Levis | Service | Meeting with R.P. to review records received in response to SDT. | 1.6 | $465.00 | $744.00 | $148.80 | $595.20 |
| SEC v. Estate of Swensen (Main Case) | 04/29/26 | Tucker Levis | Service | Receive/review emails and report from Sage Forensics re updated tracing for D.B./CRUT and D.M.. | 0.3 | $465.00 | $139.50 | $27.90 | $111.60 |
| SEC v. Estate of Swensen (Main Case) | 04/29/26 | Jeremy Adamson | Service | Review memo from Sage re investor claim; | 0.2 | $715.00 | $143.00 | $28.60 | $114.40 |
| SEC v. Estate of Swensen (Main Case) | 04/29/26 | Chad Pehrson | Service | Review Sage draft memo and exhibits re investor tracing (0.8). | 0.8 | $545.00 | $436.00 | $87.20 | $348.80 |
| SEC v. Estate of Swensen (Main Case) | 04/30/26 | Tucker Levis | Service | Analyze Sage Forensics report and supporting exhibits on D.M. and D.B. to evaluate follow ups with investors. | 1.1 | $465.00 | $511.50 | $102.30 | $409.20 |
| SEC v. Estate of Swensen (Main Case) | 04/30/26 | Jeremy Adamson | Service | Attention to analysis from Sage and Tucker regarding investor claims and conference with Tucker re same; | 0.2 | $715.00 | $143.00 | $28.60 | $114.40 |
| SEC v. Estate of Swensen (Main Case) | 04/30/26 | Chad Pehrson | Expense | Premier Legal Technologies - Reveal discovery database Invoice #174096 (paid by Milly Research) | | | $104.11 | $20.82 | $83.29 |
| BOU Case | 11/03/25 | Buchalter | Expense | PACER Service Center - web pages online court access fee (UTDC) on 11/03/25 | | | $0.20 | $0.04 | $0.16 |
| BOU Case | 11/13/25 | Jeremy Adamson | Service | Revise amended complaint; | 0.8 | $715.00 | $572.00 | $114.40 | $457.60 |
| BOU Case | 11/15/25 | Jeremy Adamson | Service | Attention to revisions to complaint; | 0.3 | $715.00 | $214.50 | $42.90 | $171.60 |
| BOU Case | 11/17/25 | Buchalter | Expense | PACER Service Center - web pages online court access fee (UTDC) on 11/17/25 | | | $0.30 | $0.06 | $0.24 |
| BOU Case | 11/18/25 | Jeremy Adamson | Service | Review and finalize amended complaint; | 1.0 | $715.00 | $715.00 | $143.00 | $572.00 |
| BOU Case | 11/24/25 | Jeremy Adamson | Service | Review and respond to email from opposing counsel re deadline for response to complaint; | 0.1 | $715.00 | $71.50 | $14.30 | $57.20 |
| BOU Case | 12/01/25 | Tucker Levis | Service | Receive and approve defs' proposed stipulated motion and proposed order extending time to respond. | 0.2 | $465.00 | $93.00 | $18.60 | $74.40 |
| BOU Case | 12/01/25 | Tucker Levis | Service | Receive and respond to correspondence from defs' counsel seeking input/approval on proposed stipulated motion and proposed order extending time to respond. | 0.1 | $465.00 | $46.50 | $9.30 | $37.20 |
| BOU Case | 12/22/25 | Tucker Levis | Service | Receive, review, and approve Bank of Utah's proposed stipulated motion and proposed order extending deadline to answer amended complaint. | 0.3 | $465.00 | $139.50 | $27.90 | $111.60 |
| BOU Case | 01/15/26 | Henry Morris | Service | Review Bank of Utah motion to dismiss (0.8); begin cite checking case law cited in motion to dismiss (0.7). | 1.5 | $395.00 | $592.50 | $118.50 | $474.00 |
| BOU Case | 01/15/26 | Tucker Levis | Service | Receive and preliminary review of Bank of Utah's motion to dismiss for lack of standing. | 0.5 | $465.00 | $232.50 | $46.50 | $186.00 |
| BOU Case | 01/16/26 | Henry Morris | Service | Review initial complaint against Bank of Utah (1.2); re-review motion to dismiss in Bank of Utah action (0.7); continue review of case law regarding prudential standing cited in motion to dismiss (1.8). | 3.7 | $395.00 | $1,461.50 | $292.30 | $1,169.20 |
| BOU Case | 01/16/26 | Jeremy Adamson | Service | Review motion to dismiss filed by Bank of Utah (0.2). | 0.2 | $715.00 | $143.00 | $28.60 | $114.40 |
| BOU Case | 01/19/26 | Henry Morris | Service | Continued review of prudential standing case law (1.8); rereviewed motion to dismiss and original complaint (1.1); legal research regarding motion to dismisses in other similar cases (1.7) | 4.6 | $395.00 | $1,817.00 | $363.40 | $1,453.60 |
| BOU Case | 01/20/26 | Henry Morris | Service | Continue review and legal research regarding standing issues raised in Bank of Utah motion to dismiss (2.2). | 2.2 | $395.00 | $869.00 | $173.80 | $695.20 |
| BOU Case | 01/21/26 | Henry Morris | Service | Continued legal research on issues of quasi-contract assertion and authorized agent law in the 10th Circuit (1.9); summarized findings and added to notes for case file (0.9) | 2.8 | $395.00 | $1,106.00 | $221.20 | $884.80 |
| BOU Case | 01/22/26 | Jeremy Adamson | Service | Call with investor about BofU tender of defense and email receiver re same (.2); call with counsel for investors about tender letter (.2); second call with counsel for investors about indemnification demands (.2); email internal team regarding indemnification demands from Bank of Utah (.1); | 0.7 | $715.00 | $500.50 | $100.10 | $400.40 |
| BOU Case | 01/22/26 | Henry Morris | Service | Began outlining of response to motion to dismiss and continued necessary case law research | 1.1 | $395.00 | $434.50 | $86.90 | $347.60 |
| BOU Case | 01/23/26 | Chad Pehrson | Service | Review and research re Bank of Utah indemnification letter / tender of defense sent to investors (0.8); direct Buchalter to research Utah analogue to California elder-abuse causes of action (0.2). | 1.0 | $545.00 | $545.00 | $109.00 | $436.00 |
| BOU Case | 01/23/26 | Jeremy Adamson | Service | Return call from investor regarding Bank of Utah indemnification demand (.1); call with investor regarding Bank of Utah indemnification demand (.1); call with investor's counsel about indemnification demand from Bank of Utah (.2); review indemnification demand from Bank of Utah (.1); respond to email from investor's counsel re indemnification demand (.1); | 0.6 | $715.00 | $429.00 | $85.80 | $343.20 |
| BOU Case | 01/23/26 | Henry Morris | Service | Continued outlining and formulation of arguments in opposition to motion to dismiss | 2.8 | $395.00 | $1,106.00 | $221.20 | $884.80 |

| Matter | Date | Timekeeper | Type | Description | Hours | Rate | Amount | | |
|---|---|---|---|---|---|---|---|---|---|
| BOU Case | 01/26/26 | Jeremy Adamson | Service | Email Henry Morris regarding research into potential response to the Bank's indemnification demand; | 0.1 | $715.00 | $71.50 | $14.30 | $57.20 |
| BOU Case | 01/27/26 | Chad Pehrson | Service | Respond to investor R.B. inquiry re Bank of Utah correspondence (0.2). | 0.2 | $545.00 | $109.00 | $21.80 | $87.20 |
| BOU Case | 01/28/26 | Henry Morris | Service | Worked with assistant re summons (0.2); emailed opposing counsel re acceptance of service (0.2) | 0.4 | $395.00 | $158.00 | $31.60 | $126.40 |
| BOU Case | 01/29/26 | Jeremy Adamson | Service | Respond to email from investor about letter from Bank of Utah; | 0.1 | $715.00 | $71.50 | $14.30 | $57.20 |
| BOU Case | 01/29/26 | Henry Morris | Service | Legal research re potential claims against Bank of Utah | 1.4 | $395.00 | $553.00 | $110.60 | $442.40 |
| BOU Case | 01/29/26 | Henry Morris | Service | Draft analysis of review of additional potential legal claims against Bank of Utah; | 0.6 | $395.00 | $237.00 | $47.40 | $189.60 |
| BOU Case | 02/02/26 | Chad Pehrson | Service | Review counsel's research memo relevant to Bank of Utah litigation issues (0.3); continue to assess whether vulnerable-adult theories could assist individual investors or the Receiver (0.5). | 0.8 | $545.00 | $436.00 | $87.20 | $348.80 |
| BOU Case | 02/02/26 | Tucker Levis | Service | Receive and respond to inquiry from M.T. and E.T. re Bank of Utah's indemnification demand. | 0.3 | $465.00 | $139.50 | $27.90 | $111.60 |
| BOU Case | 02/02/26 | Jeremy Adamson | Service | Review legal analysis re potential response to Bank of Utah's indemnification demands and attend to email from former Bank of Utah customer/investor (0.1); | 0.1 | $715.00 | $71.50 | $14.30 | $57.20 |
| BOU Case | 02/04/26 | Chad Pehrson | Service | Follow up with investor R.B. and discuss referring Bank of Utah letter recipients to Ray Quinney & Nebeker for no-cost advice (0.2). | 0.2 | $545.00 | $109.00 | $21.80 | $87.20 |
| BOU Case | 02/05/26 | Henry Morris | Service | Completed outlining and legal research for response to MTD (0.6); continued drafting response brief to MTD (0.8) | 1.4 | $395.00 | $553.00 | $110.60 | $442.40 |
| BOU Case | 02/06/26 | Tucker Levis | Service | Initial review of draft opposition to motion to dismiss for lack of standing to revise/prepare for filing. | 0.5 | $465.00 | $232.50 | $46.50 | $186.00 |
| BOU Case | 02/06/26 | Henry Morris | Service | Completed necessary legal research and draft of opposition to motion to dismiss from BOU | 3.2 | $395.00 | $1,264.00 | $252.80 | $1,011.20 |
| BOU Case | 02/09/26 | Tucker Levis | Service | Analyze BOU's motion to dismiss and supporting caselaw to prepare/revise opposition re standing. | 1.2 | $465.00 | $558.00 | $111.60 | $446.40 |
| BOU Case | 02/09/26 | Henry Morris | Service | Reviewed T. Levis comments on opposition to MTD (0.8); revised and redrafted argument portion of opposition (1.2) | 2.0 | $395.00 | $790.00 | $158.00 | $632.00 |
| BOU Case | 02/10/26 | Tucker Levis | Service | Draft/revise opposition to defendants' MTD for lack of standing. | 5.2 | $465.00 | $2,418.00 | $483.60 | $1,934.40 |
| BOU Case | 02/11/26 | Tucker Levis | Service | Correspondence with Bank of Utah's counsel re extension of time to file opposition to MTD (0.3); draft/prepare stipulated motion and proposed order extending deadline to respond to MTD (0.5); continue revising/drafting opposition to MTD, including drafting statement of facts ISO opposition (2.4). | 3.2 | $465.00 | $1,488.00 | $297.60 | $1,190.40 |
| BOU Case | 02/17/26 | Tucker Levis | Service | Finish drafting/revising opposition to Bank's motion to dismiss for lack of standing, including arguments re third-party beneficiary standing, prudential standing, standing for fraudulent transfer claims, applicable legal standard, and introduction (5.3); research/review caselaw re to fraudulent transfer to non-investors recipients to incorporate into opposition brief and develop strategy for discovery/resolution of lawsuit (3.2). | 8.5 | $465.00 | $3,952.50 | $790.50 | $3,162.00 |
| BOU Case | 02/18/26 | Chad Pehrson | Service | Review draft opposition to Bank of Utah's 12(b)(6) motion to dismiss for lack of standing (0.2); provide comments and approval to counsel ahead of filing deadline (0.6). | 0.8 | $545.00 | $436.00 | $87.20 | $348.80 |
| BOU Case | 02/18/26 | Jeremy Adamson | Service | Review and revise opposition to motion to dismiss; | 0.9 | $715.00 | $643.50 | $128.70 | $514.80 |
| BOU Case | 02/19/26 | Chad Pehrson | Service | Confirm filing of opposition to Bank of Utah motion to dismiss (0.1). | 0.1 | $545.00 | $54.50 | $10.90 | $43.60 |
| BOU Case | 02/19/26 | Henry Morris | Service | Reviewed T. Levis edits to final version to reply to MTD | 0.9 | $395.00 | $355.50 | $71.10 | $284.40 |
| BOU Case | 02/24/26 | Henry Morris | Service | Attention to emails re notice of availability of judicial settlement conference | 0.2 | $395.00 | $79.00 | $15.80 | $63.20 |
| BOU Case | 03/02/26 | Tucker Levis | Service | Receive and respond to correspondence from Bank of Utah's counsel requesting extension to file reply ISO MTD (0.2); review and approve stipulated motion and proposed order extending time to file reply ISO MTD (0.2). | 0.4 | $465.00 | $186.00 | $37.20 | $148.80 |
| BOU Case | 03/19/26 | Chad Pehrson | Service | Review Bank of Utah's reply in support of motion to dismiss (0.5). | 0.5 | $545.00 | $272.50 | $54.50 | $218.00 |
| BOU Case | 03/23/26 | Tucker Levis | Service | Analyze BOU's reply ISO MTD to determine need for objection/surreply. | 0.3 | $465.00 | $139.50 | $27.90 | $111.60 |
| BOU Case | 03/24/26 | Jeremy Adamson | Service | Review Bank's reply in support of motion to dismiss; | 0.3 | $715.00 | $214.50 | $42.90 | $171.60 |
| Pehrson v. Cazier | 12/18/25 | Henry Morris | Service | Reviewed case materials, including Cazier complaint (0.4); drafted and revised motion for leave to file complaint against Cazier (0.8); gathered all relevant docs and emailed to J. Adamson for review (0.2) | 1.4 | $395.00 | $553.00 | $110.60 | $442.40 |
| Pehrson v. Cazier | 01/07/26 | Tucker Levis | Service | Analyze deposition transcript of Jacob Cazier to revise/finalize disgorgement complaint (1.8); revise/finalize disgorgement complaint against Cazier and motion for leave to file (0.5). | 2.3 | $465.00 | $1,069.50 | $213.90 | $855.60 |
| Pehrson v. Cazier | 01/07/26 | Henry Morris | Service | Reviewed Cazier deposition materials for purposes of adding to background facts of complaint | 1.5 | $395.00 | $592.50 | $118.50 | $474.00 |
| Pehrson v. Cazier | 01/08/26 | Tucker Levis | Service | Correspondence with receiver re draft complaint and motion for leave to file complaint against Jacob Cazier. | 0.2 | $465.00 | $93.00 | $18.60 | $74.40 |
| Pehrson v. Cazier | 01/26/26 | Tucker Levis | Service | Revise motion for leave and draft complaint against Cazier to include allegations against Cazier Group LLC. | 0.5 | $465.00 | $232.50 | $46.50 | $186.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Pehrson v. Cazier | 01/27/26 | Jeremy Adamson | Service | Review and revise complaint against Cazier and motion for leave to file same (0.3). | 0.3 | $715.00 | $214.50 | $42.90 | $171.60 |
| Pehrson v. Cazier | 01/27/26 | Chad Pehrson | Service | Final review of motion for leave to file Cazier complaint (0.3). | 0.3 | $545.00 | $163.50 | $32.70 | $130.80 |
| Pehrson v. Cazier | 01/28/26 | Jeremy Adamson | Service | Attention to order granting motion for leave to file complaint and email team re filing and serving the same (.1); emails regarding service of complaint against Cazier (.1); | 0.2 | $715.00 | $143.00 | $28.60 | $114.40 |
| Pehrson v. Cazier | 01/28/26 | Chad Pehrson | Service | Review order granting leave to file Cazier complaint (0.1); confirm direction to counsel re filing and service, including whether R. Lambert will accept service (0.2). | 0.3 | $545.00 | $163.50 | $32.70 | $130.80 |
| Pehrson v. Cazier | 01/29/26 | Jeremy Adamson | Service | Attention to email from opposing counsel re complaint; | 0.1 | $715.00 | $71.50 | $14.30 | $57.20 |
| Pehrson v. Cazier | 02/18/26 | Tucker Levis | Service | Correspondence to R. Lambert requesting approval on waiver of services for Cazier and Cazier Group lawsuit. | 0.2 | $465.00 | $93.00 | $18.60 | $74.40 |
| Pehrson v. Cazier | 02/23/26 | Tucker Levis | Service | Review/revise amended complaint to adjust caption per clerk instruction and prepare for filing. | 0.2 | $465.00 | $93.00 | $18.60 | $74.40 |
| Pehrson v. Cazier | 02/23/26 | Jeremy Adamson | Service | Email Jocelyn and Tucker about amendment to complaint and revised waivers of service; | 0.2 | $715.00 | $143.00 | $28.60 | $114.40 |
| Pehrson v. Cazier | 02/24/26 | Chad Pehrson | Service | Review amended complaint in Cazier action (caption per clerk) (0.1); review Cazier defendants' answer to amended complaint (0.2). | 0.3 | $545.00 | $163.50 | $32.70 | $130.80 |