# EXHIBIT B

# Exhibit B - Time Records of Sage

All Sage Forensic Accounting time entries included in this exhibit relate to the SEC v. Estate of Swensen main receivership matter.

The attached invoices include interest-on-overdue-balance line items totaling $264.98. Those interest charges are not sought in the Receiver's Sixth Interim Fee Application and are excluded from the $28,626.18 in Sage fees requested for approval.

The Receiver seeks approval of the professional-services amount only, subject to the 20% interim-fee holdback stated in the Fee Application and proposed order.

# Sage

## FORENSIC ACCOUNTING

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

November 30, 2025

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:** 24789

In Reference To: *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/3/2025 | PEG | Reviewing responses from counsel and updating work plan items | 0.08 | 6.25 |
| 11/18/2025 | CWD | Review LDS donation items; update case plan | 0.20 | 60.00 |
| 11/19/2025 | THJ | Tracing and researching payments | 0.47 | 58.33 |
| | PEG | Reviewing responses from THJ and updating work plan items | 0.08 | 6.25 |
| 11/21/2025 | THJ | Discussing work plan with CWD | 0.12 | 14.58 |
| | PEG | Reviewing and follow-up with THJ on work plan progress | 0.08 | 6.25 |
| | CWD | Progress review with THJ | 0.13 | 40.00 |
| 11/24/2025 | THJ | Tracing and researching transactions | 0.42 | 52.08 |
| | THJ | Tracing and researching transactions | 0.83 | 104.17 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 2.41 | $347.91 |
| Interest on overdue balance | | $2.33 |



*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*    Page   2

|  | Amount |
|---|---|
| Total amount of this bill | $350.24 |

Interest accrues monthly on balance not paid after 30 days.

### Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CWD | 0.33 | 300.00 | $100.00 |
| PEG | 0.24 | 75.00 | $18.75 |
| THJ | 1.84 | 125.00 | $229.16 |

# Sage

## FORENSIC ACCOUNTING

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

December 31, 2025

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:** 24928

In Reference To: *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/1/2025 | THJ | Tracing and researching transactions; add to net winner analysis | 2.68 | 335.42 |
| | PEG | Reviewing responses from THJ and updating work plan items | 0.08 | 6.25 |
| 12/2/2025 | THJ | Tracing and researching transactions; add to net winner analysis | 1.37 | 170.83 |
| | THJ | Tracing and researching transactions; add to net winner analysis | 0.80 | 100.00 |
| | PEG | Reviewing responses from SEC and updating work plan items | 0.08 | 6.25 |
| | CWD | Case update and planning with THJ | 0.18 | 55.00 |
| 12/3/2025 | THJ | Tracing and researching transactions; add to net winner analysis | 1.57 | 195.83 |
| | THJ | Tracing and researching transactions; add to net winner analysis | 1.60 | 200.00 |
| | THJ | Tracing and researching transactions; add to net winner analysis | 0.65 | 81.25 |

*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*    Page  2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 12/3/2025 | PEG | Reviewing responses from THJ and updating work plan items | 0.08 | 6.25 |
|  | CWD | Review donation update and prep additional review steps | 0.20 | 60.00 |
| 12/4/2025 | THJ | Reviewing and discussing work plan progress with CWD | 0.13 | 16.67 |
|  | THJ | Tracing and researching transactions; update net winner schedules | 0.10 | 12.50 |
|  | CWD | Review donation summary and prep additional review | 0.82 | 245.00 |
| 12/5/2025 | THJ | Tracing and researching transactions; update net winner schedules | 0.38 | 47.92 |
|  | THJ | Tracing and researching transactions; update net winner schedules | 0.83 | 104.17 |
|  | CWD | Review donation analysis and respond to counsel inquiry | 1.40 | 420.00 |
| 12/8/2025 | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 6.25 |
| 12/9/2025 | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 6.25 |
| 12/10/2025 | PEG | Reviewing responses from THJ and CWD and updating work plan items | 0.13 | 10.00 |
|  | CWD | Case review and analysis update | 0.18 | 55.00 |
| 12/12/2025 | THJ | Preparing distribution analysis table | 0.53 | 66.67 |
| 12/15/2025 | THJ | Preparing distribution analysis | 0.88 | 110.42 |
|  | THJ | Preparing distribution analysis | 0.53 | 66.67 |
|  | THJ | Reviewing work plan with CWD | 0.07 | 8.33 |
|  | THJ | Preparing distribution analysis | 0.48 | 60.42 |
|  | PEG | Reviewing responses from THJ and updating work plan items | 0.08 | 6.25 |
|  | THJ | Preparing distribution analysis | 0.37 | 45.83 |
|  | CWD | Review and edit updates to investor tracing | 1.72 | 515.00 |



*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*   Page   3

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 18.08 | $3,020.43 |

Interest accrues monthly on balance not paid after 30 days.

## Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CWD | 4.50 | 300.00 | $1,350.00 |
| PEG | 0.61 | 75.00 | $47.50 |
| THJ | 12.97 | 125.00 | $1,622.93 |

# Sage

## FORENSIC ACCOUNTING

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

January 31, 2026

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:** 25075

In Reference To:  *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/16/2026 | CWD | Updated and test distribution analysis | 1.70 | 552.50 |
| 1/27/2026 | PEG | Reviewing communications; reviewing work plan updates; updating assignments and items for staff to complete | 0.08 | 8.33 |
| | | For professional services rendered | 1.78 | $560.83 |

Interest accrues monthly on balance not paid after 30 days.

### Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CWD | 1.70 | 325.00 | $552.50 |
| PEG | 0.08 | 100.00 | $8.33 |

# Sage

## FORENSIC ACCOUNTING

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

February 28, 2026

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:** 25225

In Reference To:  *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/3/2026 | THJ | Tracing and researching investor information | 0.87 | 125.67 |
| | THJ | Tracing and researching investor information | 0.32 | 45.92 |
| | THJ | Tracing and researching investor information | 0.90 | 130.50 |
| | THJ | Tracing and summarizing investor transactions | 0.90 | 130.50 |
| 2/4/2026 | CWD | Review and discuss counsel inquiry with THJ | 0.45 | 146.25 |
| | PEG | Reviewing responses from THJ and updating work plan items | 0.08 | 8.33 |
| | THJ | Reviewing and discussing work plan with CWD | 0.33 | 48.33 |
| | THJ | Tracing and researching investor information | 0.95 | 137.75 |
| | THJ | Tracing and researching investor information | 0.22 | 31.42 |
| 2/5/2026 | CWD | Review investor summaries and respond to counsel inquiries | 0.75 | 243.75 |
| | CWD | Review investor summaries and respond to counsel inquiries | 1.85 | 601.25 |
| | PEG | Reviewing responses from THJ and updating work plan items | 0.08 | 8.33 |

**Sage** FORENSIC ACCOUNTING

*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*    Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 2/5/2026 | THJ | Tracing and researching investor information | 1.52 | 219.92 |
| | THJ | Researching and summarizing transaction details | 1.05 | 152.25 |
| | THJ | Researching and summarizing transaction details | 1.23 | 178.83 |
| 2/6/2026 | THJ | Tracing and researching investor information | 0.62 | 89.42 |
| | THJ | Tracing and researching investor information | 1.67 | 241.67 |
| 2/9/2026 | CWD | Call with counsel; discuss issues with THJ | 1.28 | 417.08 |
| | THJ | Emails with counsel | 0.12 | 16.92 |
| | THJ | Reviewing work plan with CWD | 0.07 | 9.67 |
| | THJ | Meeting with counsel | 0.27 | 38.67 |
| | THJ | Reviewing work plan with CWD | 0.08 | 12.08 |
| | THJ | Creating and summarizing transaction details | 1.33 | 193.33 |
| 2/10/2026 | CWD | Discuss updates with THJ | 0.25 | 81.25 |
| | THJ | Reviewing work plan with CWD | 0.17 | 24.17 |
| | THJ | Tracing and summarizing investor transactions | 0.85 | 123.25 |
| | THJ | Tracing and summarizing investor transactions | 1.03 | 149.83 |
| 2/11/2026 | THJ | Reviewing work plan with CWD | 0.22 | 31.42 |
| | THJ | Creating and summarizing transaction details | 0.35 | 50.75 |
| | THJ | Emails with counsel | 0.35 | 50.75 |
| | CWD | Discuss update with THJ | 0.25 | 81.25 |
| | CWD | Update distribution analysis | 2.12 | 687.92 |
| | CWD | Update distribution analysis; send notes to counsel | 1.37 | 444.17 |
| 2/12/2026 | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 8.00 |
| 2/13/2026 | CWD | Prep net loss support review and inclusion rules scenarios; update distribution comparison | 2.17 | 704.17 |

*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*    Page   3

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 2/13/2026 | CWD | Prep net loss support review and inclusion rules scenarios; update distribution comparison | 3.05 | 991.25 |
| | THJ | Meeting with counsel | 0.30 | 43.50 |
| 2/15/2026 | CWD | Edit investor distribution proposal comparison | 2.50 | 812.50 |
| 2/16/2026 | CWD | Edit investor distribution proposal comparison | 2.47 | 801.67 |
| 2/17/2026 | THJ | Reviewing and verifying investor transaction details | 0.87 | 125.67 |
| | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 8.00 |
| 2/20/2026 | THJ | Preparing for meeting with counsel | 0.15 | 21.75 |
| | THJ | Meeting with counsel | 0.48 | 70.08 |
| | THJ | Review work plan with CWD | 0.15 | 21.75 |
| | THJ | Creating and summarizing investor transaction details | 1.20 | 174.00 |
| | THJ | Reviewing and verifying investor transactions | 1.42 | 205.42 |
| | THJ | Reviewing and verifying investor transactions | 1.78 | 258.58 |
| | THJ | Reviewing and verifying investor transactions | 1.60 | 232.00 |
| | THJ | Reviewing and verifying investor transactions | 0.35 | 50.75 |
| | CWD | Call with counsel; update distribution analysis | 0.75 | 243.75 |
| 2/21/2026 | THJ | Reviewing and verifying investor transactions | 0.65 | 94.25 |
| | THJ | Reviewing and verifying investor transactions | 0.73 | 106.33 |
| | THJ | Reviewing and verifying investor transactions | 0.80 | 116.00 |
| 2/23/2026 | THJ | Reviewing and verifying investor transactions | 1.90 | 275.50 |
| | THJ | Reviewing and verifying investor transactions | 1.13 | 164.33 |
| | THJ | Reviewing and verifying investor transactions | 0.42 | 60.42 |
| | THJ | Reviewing and verifying investor transactions | 1.02 | 147.42 |

Sage
FORENSIC ACCOUNTING

*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*   Page 4

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 2/24/2026 THJ | Reviewing and verifying investor transactions | | 1.63 | 236.83 |
| THJ | Discussing work plan progress with CWD | | 0.12 | 16.92 |
| CWD | Discuss updates with THJ | | 0.08 | 27.08 |
| 2/27/2026 PEG | Reviewing responses from CWD and updating work plan items | | 0.08 | 8.00 |
| THJ | Reviewing and downloading case materials | | 0.68 | 99.08 |
| THJ | Tracing and researching investor transactions | | 0.40 | 58.00 |
| THJ | Tracing and researching investor transactions | | 0.15 | 21.75 |
| THJ | Tracing and researching investor transactions | | 0.98 | 142.58 |

| | Hours | Amount |
|---|---:|---:|
| For professional services rendered | 54.07 | $11,299.93 |

Interest accrues monthly on balance not paid after 30 days.

## Professional Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| CWD | 19.34 | 325.00 | $6,283.34 |
| PEG | 0.40 | 100.00 | $40.66 |
| THJ | 34.33 | 145.00 | $4,975.93 |

# Sage

## FORENSIC ACCOUNTING

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

March 31, 2026

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:** 25393

In Reference To:  *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/2/2026 | PEG | Reviewing responses from THJ and updating work plan items | 0.08 | 8.00 |
| | THJ | Tracing and researching investor transactions from updates; update schedules | 1.00 | 145.00 |
| | THJ | Tracing and researching investor transactions from updates; update schedules | 0.35 | 50.75 |
| | THJ | Tracing and researching investor transactions from updates; update schedules | 0.37 | 53.17 |
| | THJ | Tracing and researching investor transactions from updates; update schedules | 1.47 | 212.67 |
| | THJ | Discussing work plan with CWD | 0.05 | 7.25 |
| | THJ | Tracing and researching investor transactions from updates; update schedules | 0.15 | 21.75 |
| 3/3/2026 | THJ | Tracing and researching investor transactions from updates; update schedules | 0.97 | 140.17 |
| | THJ | Reviewing and discussing work plan progress with CWD | 0.32 | 45.92 |

Sage
FORENSIC ACCOUNTING

*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*   Page  2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 3/3/2026 | THJ | Emails with counsel | 0.53 | 77.33 |
| | THJ | Emails with counsel | 0.32 | 45.92 |
| | CWD | Test and review investor tracing update | 1.03 | 335.83 |
| | CWD | Test and review investor tracing update | 0.67 | 216.67 |
| 3/4/2026 | THJ | Tracing and reviewing investor transactions; update net winner schedules | 0.20 | 29.00 |
| | THJ | Tracing and reviewing investor transactions; update net winner schedules | 0.27 | 38.67 |
| | THJ | Tracing and reviewing investor transactions; update net winner schedules | 0.47 | 67.67 |
| | THJ | Tracing and reviewing investor transactions; update net winner schedules | 1.28 | 186.08 |
| | THJ | Tracing and reviewing investor transactions; update net winner schedules | 0.23 | 33.83 |
| | PEG | Reviewing responses from THJ and updating work plan items | 0.08 | 8.00 |
| | CWD | Review and send investor tracing update | 0.20 | 65.00 |
| | CWD | Review and test investor tracing updates | 1.85 | 601.25 |
| 3/5/2026 | PEG | Reviewing responses from THJ and updating work plan items | 0.13 | 13.00 |
| | CWD | Test, update, and send investor tracing updates | 1.17 | 379.17 |
| 3/11/2026 | THJ | Tracing and reviewing investor transactions from updates; add to net winner schedule | 0.18 | 26.58 |
| | THJ | Meeting with counsel prep | 0.17 | 24.17 |
| | THJ | Meeting with counsel | 0.42 | 60.42 |
| | THJ | Tracing and summarizing investor transactions; update investor balances | 0.17 | 24.17 |
| | THJ | Reviewing and discussing work plan with CWD | 0.13 | 19.33 |

Sage
FORENSIC ACCOUNTING

*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*                Page   3

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/11/2026 | THJ | Tracing and summarizing investor transactions; update investor balances | 0.95 | 137.75 |
|  | PEG | Reviewing responses from counsel and updating work plan items | 0.08 | 8.00 |
|  | CWD | Call with counsel; update tasks with THJ | 0.48 | 157.08 |
|  | CWD | Check investor tracing; send notes to THJ for update | 0.70 | 227.50 |
| 3/12/2026 | THJ | Tracing and researching investor transactions; update investor balances | 0.60 | 87.00 |
|  | THJ | Tracing and researching investor transactions; update investor balances | 0.80 | 116.00 |
|  | THJ | Tracing and researching investor transactions; update investor balances | 1.05 | 152.25 |
|  | THJ | Tracing and summarizing investor transactions; testing new information against investor claims; update tracing | 0.43 | 62.83 |
|  | THJ | Tracing and summarizing investor transactions; testing new information against investor claims; update tracing | 0.27 | 38.67 |
|  | CWD | Review and update tracing; discuss with THJ | 1.15 | 373.75 |
|  | CWD | Review and send investor tracing update | 1.82 | 590.42 |
| 3/13/2026 | PEG | Reviewing responses from CWD and THJ and updating work plan items | 0.08 | 8.00 |
| 3/15/2026 | PEG | Reviewing communications; reviewing work plan updates; updating assignments and items for staff to complete | 0.08 | 8.00 |
| 3/23/2026 | PEG | Reviewing responses from counsel and updating work plan items | 0.08 | 8.00 |
| 3/24/2026 | THJ | Tracing and summarizing investor transactions; testing new information against investor claims; update tracing | 0.50 | 72.50 |
| 3/25/2026 | THJ | Tracing and summarizing investor transactions; testing new information against investor claims; update tracing | 1.42 | 205.42 |
|  | THJ | Tracing and summarizing investor transactions; testing new information against investor claims; update tracing | 2.15 | 311.75 |

Sage
FORENSIC ACCOUNTING

*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*                    Page   4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/25/2026 | THJ | Tracing and summarizing investor transactions; testing new information against investor claims; update tracing | 0.70 | 101.50 |
| | THJ | Tracing and summarizing investor transactions; testing new information against investor claims; update tracing | 1.03 | 149.83 |
| | THJ | Tracing and verifying Investor transactions; update tracing with new information | 1.02 | 147.42 |
| | CWD | Review issues with THJ; update counsel | 0.53 | 173.33 |
| | CWD | Review King investment claims; update counsel | 1.00 | 325.00 |
| | CWD | Review investor inquiry items; update investor tracing | 0.97 | 314.17 |
| 3/26/2026 | THJ | Tracing and verifying investor transactions | 1.22 | 176.42 |
| | THJ | Tracing and verifying investor transactions; update tracing with new information | 0.22 | 31.42 |
| | PEG | Reviewing responses from THJ and updating work plan items | 0.08 | 8.00 |
| | CWD | Review investor inquiry items; update investor tracing | 0.40 | 130.00 |
| | CWD | Review investor records and tracing reconciliation; update and prep response notes | 0.90 | 292.50 |
| | CWD | Review investor tracing with THJ; update counsel | 0.43 | 140.83 |
| 3/31/2026 | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 8.00 |
| | CWD | Update tracing schedule; send to counsel | 1.08 | 352.08 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 36.56 | $7,852.19 |
| Interest on overdue balance | | $71.50 |
| Total amount of this bill | | $7,923.69 |

Interest accrues monthly on balance not paid after 30 days.



*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*    Page   5

## Professional Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| CWD | 14.38 | 325.00 | $4,674.58 |
| PEG | 0.77 | 100.00 | $77.00 |
| THJ | 21.41 | 145.00 | $3,100.61 |

## Sage

**FORENSIC ACCOUNTING**

CORPORATE OFFICE
837 E. South Temple, Salt Lake City, Utah 84102
Telephone 801.531.0400
Federal Tax I.D. No.: 20-2490603
sagefa.com

April 30, 2026

Chad Pehrson, Receiver
KUNZLER BEAN & ADAMSON
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101

**Invoice #:** 25565

In Reference To: *Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*

### Detail and Description of Professional Services Rendered

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/1/2026 | PEG | Reviewing responses from CWD and updating work plan items | 0.08 | 8.00 |
| 4/7/2026 | THJ | Reviewing and downloading case materials | 0.20 | 29.00 |
| 4/8/2026 | PEG | Reviewing responses from THJ and updating work plan items | 0.08 | 8.00 |
| 4/14/2026 | PEG | Reviewing responses from THJ and updating work plan items | 0.08 | 8.00 |
| 4/15/2026 | PEG | Reviewing responses from THJ and updating work plan items | 0.08 | 8.00 |
|  | THJ | Tracing and summarizing investor transactions; updating schedules and incorporating new information | 0.83 | 120.83 |
|  | THJ | Tracing and summarizing investor transactions; updating schedules and incorporating new information | 0.55 | 79.75 |
|  | THJ | Tracing and summarizing investor transactions; updating schedules and incorporating new information | 0.37 | 53.17 |
|  | THJ | Tracing and summarizing investor transactions; updating schedules and incorporating new information | 0.40 | 58.00 |
| 4/16/2026 | PEG | Reviewing responses from THJ and updating work plan items | 0.08 | 8.00 |

*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*        Page   2

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 4/16/2026 | THJ | Reviewing and downloading case materials | 0.10 | 14.50 |
| | CWD | Review case status; update with counsel | 0.17 | 54.17 |
| 4/17/2026 | PEG | Reviewing responses from THJ and updating work plan items | 0.08 | 8.00 |
| | THJ | Reviewing additional investor docs received and updating analysis | 1.47 | 212.67 |
| | THJ | Reviewing and implementing work plan with CWD | 0.52 | 74.92 |
| | THJ | Reviewing additional investor docs received and updating analysis | 0.65 | 94.25 |
| | CWD | Review updated investor records and discuss tracing updates with THJ | 0.50 | 162.50 |
| 4/18/2026 | THJ | Reviewing additional investor docs received and updating analysis | 1.27 | 183.67 |
| 4/20/2026 | THJ | Reviewing and discussing work plan progress with CWD | 0.20 | 29.00 |
| | THJ | Reviewing investor documents received and updating related analysis schedules | 1.48 | 215.08 |
| | THJ | Reviewing investor documents received and updating related analysis schedules | 0.30 | 43.50 |
| | THJ | Reviewing investor documents received and updating related analysis schedules | 0.58 | 84.58 |
| 4/21/2026 | THJ | Reviewing case materials received | 0.12 | 16.92 |
| 4/23/2026 | PEG | Reviewing responses from THJ and updating work plan items | 0.08 | 8.00 |
| | THJ | Reviewing and downloading case materials | 0.08 | 12.08 |
| | THJ | Reviewing case materials received and updating analysis | 0.25 | 36.25 |
| | THJ | Meeting with counsel | 0.35 | 50.75 |
| | CWD | Review updated items for Mcallister and other investors; update tracing | 1.95 | 633.75 |
| | CWD | Call with counsel; prep notes and tasks for summary memos | 1.53 | 498.33 |

*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*    Page   3

|  |  | Hours | Amount |
|---|---|---|---|
| 4/23/2026 CWD  Prep memo template for Mcallister and other investors | | 0.32 | 102.92 |
| 4/24/2026 CWD  Prep memo template for Mcallister and other investors | | 0.78 | 254.58 |
| 4/26/2026 CWD  Edit memo for investor update and request | | 0.73 | 238.33 |
| 4/27/2026 PEG  Reviewing responses from CWD and updating work plan items | | 0.17 | 17.00 |
| 4/28/2026 THJ  Reviewing investor analysis and preparing investor memo | | 0.35 | 50.75 |
| THJ  Reviewing investor analysis and preparing investor memo | | 1.47 | 212.67 |
| THJ  Reviewing investor analysis and preparing investor memo | | 0.18 | 26.58 |
| THJ  Reviewing investor analysis and preparing investor memo | | 0.48 | 70.08 |
| THJ  Reviewing investor analysis and preparing investor memo | | 0.93 | 135.33 |
| THJ  Reviewing investor analysis and preparing investor memo | | 0.63 | 91.83 |
| THJ  Reviewing investor analysis and preparing investor memo | | 0.68 | 99.08 |
| 4/29/2026 THJ  Reviewing investor documents received and updating analysis | | 1.03 | 149.83 |
| THJ  Reviewing work plan progress and analyis with CWD | | 0.08 | 12.08 |
| THJ  Case management and updating tasks | | 0.05 | 7.25 |
| PEG  Reviewing responses from THJ and updating work plan items | | 0.17 | 17.00 |
| CWD  Edit and send McAllister memo | | 2.90 | 942.50 |
| CWD  Review and edit notes and inquiry on David Black | | 0.50 | 162.50 |
| 4/30/2026 THJ  Reviewing investor claims and preparing investor memo list | | 0.53 | 77.33 |
| THJ  Reviewing investor documents received and updating analysis | | 0.38 | 55.58 |
| PEG  Reviewing responses from THJ and updating work plan items | | 0.08 | 8.00 |

| | | Hours | Amount |
|---|---|---|---|
| For professional services rendered | | 26.87 | $5,544.89 |
| Interest on overdue balance | | | $191.15 |

**Sage**
FORENSIC ACCOUNTING

*Securities and Exchange Commission v. The Estate of Stephen Romney Swensen, et al.*    Page   4

|  | Amount |
|---|---|
| Total amount of this bill | $5,736.04 |

Interest accrues monthly on balance not paid after 30 days.

### Professional Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CWD | 9.38 | 325.00 | $3,049.58 |
| PEG | 0.98 | 100.00 | $98.00 |
| THJ | 16.51 | 145.00 | $2,397.31 |