# EXHIBIT C

R. Jeremy Adamson (12818)
Tucker F. Levis (17793)
**BUCHALTER LLP**
60 E. South Temple Street, Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 401-8625
jadamson@buchalter.com
tlevis@buchalter.com

*Attorneys for Receiver Chad S. Pehrson*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company, <br><br> Defendants, <br><br> WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company, <br><br> Relief Defendants. | **ORDER GRANTING SIXTH INTERIM FEE APPLICATION** <br><br> Case No.: 1:22-cv-00135-RJS-DBP <br><br> Judge: Robert J. Shelby <br><br> Magistrate Judge: Dustin B. Pead |

Before the Court is the sixth interim fee application (the "Fee Application") submitted by

Chad S. Pehrson in his capacity as the Court-Appointed Receiver for the Receivership

Defendants, seeking approval by the Court for the expenses incurred by the Receiver, the

1

Receiver's counsel, Buchalter, and the Receiver's experts at Sage Forensic Accounting, for the period of November 1, 2025 through April 30, 2026, and authorization to pay, on an interim basis 80 percent of the allowed fees and expenses from the funds of the Receivership Estate.

Based on the Fee Application and accompanying exhibits, and for good cause shown,

IT IS HEREBY ORDERED that:

1. The Fee Application is GRANTED;

2. The Receiver is hereby authorized to pay the fees and expenses incurred by the Receiver as follows:

    a.  RECEIVER, $16,786.00 for fees and $646.66 for out-of-pocket expenses.

    b.  BUCHALTER, $65,167.50 for fees and $1,685.61 for out-of-pocket expenses.

    b. SAGE: $28,626.18 for fees.

3. The Receiver is authorized to pay from funds of the Receivership Estate 80 percent of the allowed fees and expenses incurred by Receiver, Buchalter, and Sage.  The remaining 20 percent of the fees and expenses approved on an interim basis, totaling $22,582.39, shall be held back pending final review and order of the Court.

**DATED this ___ day of _____ 2026.**

_____