IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>v.<br><br>THE ESTATE OF STEPHEN ROMNEY SWENSEN, and CREW CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>     Defendants,<br><br>WENDY SWENSEN, an individual, SARIA C. RODRIGUEZ, an individual, WS FAMILY IP, LLC, a Utah limited liability company, WINGMAN, LLC, a Utah limited liability company, and SWENSEN CAPITAL, LLC, a Utah limited liability company,<br><br>     Relief Defendants. | **ORDER GRANTING SIXTH INTERIM FEE APPLICATION**<br><br>No. 1:22-cv-00135-RJS-DBP<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Before the court is Receiver Chad S. Pehrson's Sixth Interim Fee Application (the Fee Application).[1] The Fee Application seeks the court's approval for expenses incurred by the Receiver, the Receiver's counsel Buchalter, and the Receiver's experts Sage Forensic Accounting (Sage), for the period of November 1, 2025 through April 30, 2026, and authorization to pay, on an interim basis 80 percent of the allowed fees and expenses from the funds of the Receivership Estate.

---

[1] Dkt. 185, *Receiver's Sixth Interim Fee Application*.

1

Based on the Fee Application and accompanying exhibits,[2] and for good cause shown therein, the Fee Application is GRANTED.[3]  Receiver is authorized to pay from the Receivership Estate the following fees and expenses incurred:

- RECEIVER, $16,786.00 for fees and $646.66 for out-of-pocket expenses.

- BUCHALTER, $65,167.50 for fees and $1,685.61 for out-of-pocket expenses.

- SAGE: $28,626.18 for fees.[4]

SO ORDERED this 31st day of July, 2026.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge

---

[2] *Id.*; Dkt. 185-1, *Exhibit A* (Receiver and Buchalter time record); Dkt. 185-2, *Exhibit B* (Sage time record).

[3] Dkt. 185.

[4] The Receiver is authorized to pay 80 percent of the allowed fees and expenses incurred by Receiver, Buchalter, and Sage.  *See Receiver's Sixth Interim Fee Application* at 4–6.  The remaining 20 percent of the fees and expenses approved on an interim basis, totaling $22,582.39, shall be held back pending final review and order of the Court.

2